## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on April 29, 2005**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO:** |
| | : | **Grand Jury Original** |
| | : | |
| **v.** | : | **VIOLATIONS: 26 U.S.C. § 7201 (Tax:** |
| | : | **Evasion);22 D.C. Code § 3221(a)(Fraud in** |
| | : | **the First Degree).** |
| **CASSANDRA HARRIS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE
### Tax Evasion 1999

_____From on or about January 1, 1999, through on or about September 24, 2003, in the District of Columbia and elsewhere, CASSANDRA HARRIS, a resident of the District of Columbia, did willfully attempt to evade and defeat a large part of the income tax due and owing by her to the United States for the tax year 1999 by various means, including but not limited to:

a)    filing and causing to be filed a false and fraudulent federal withholding certificate (Form W-4) with her employer, in which she falsely claimed she was exempt from withholdings;

b)    filing and causing to be filed a false and fraudulent 1999 United States Individual Income Tax Return, wherein she falsely stated that her total income was $0 that the total tax due and owing thereon was $0, whereas, as she then and there well knew

and believed, her total income was substantially greater than what she reported and

a substantial additional tax was due and owing to the United States; and

c)    making false and fraudulent verbal and written representations to the government.

In violation of Title 26, United States Code, Section 7201.


## COUNT TWO
### Tax Evasion 2000__

_____From on or about January 1, 2000, through on or about September 24, 2003, in the District

of Columbia and elsewhere, CASSANDRA HARRIS, a resident of the District of Columbia, did

willfully attempt to evade and defeat a large part of the income tax due and owing by her to the

United States for the tax year 2000 by various means, including but not limited to:

a)    filing and causing to be filed a false and fraudulent federal withholding certificate

(Form W-4) with her employer, in which she falsely claimed she was exempt from

withholdings;

b)    filing and causing to be filed a false and fraudulent 2000 United States Individual

Income Tax Return, wherein she falsely stated that her total income was $0 that the

total tax due and owing thereon was $0, whereas, as she then and there well knew

and believed, her total income was substantially greater than what she reported and

a substantial additional tax was due and owing to the United States; and

c)    making false and fraudulent verbal and written representations to the government.

In violation of Title 26, United States Code, Section 7201.

## COUNT THREE
### Tax Evasion 2001

_____From on or about January 1, 2001, through on or about September 24, 2003, in the District of Columbia and elsewhere, CASSANDRA HARRIS, a resident of the District of Columbia, did willfully attempt to evade and defeat a large part of the income tax due and owing by her to the United States for the tax year 2001 by various means, including but not limited to:

     a)     filing and causing to be filed a false and fraudulent federal withholding certificate (Form W-4) with her employer, in which she falsely claimed she was exempt from withholdings;

     b)     failing to timely file a 2001 United States Individual Income Tax Return; and

     c)     making false and fraudulent verbal and written representations to the government.

.      In violation of Title 26, United States Code, Section 7201.

## COUNT FOUR
### Tax Evasion 2002

_____From on or about January 1, 2002, through on or about September 24, 2003, in the District of Columbia and elsewhere, CASSANDRA HARRIS, a resident of the District of Columbia, did willfully attempt to evade and defeat a large part of the income tax due and owing by her to the United States for the tax year 2002 by various means, including but not limited to:

     a)     filing and causing to be filed a false and fraudulent federal withholding certificate (Form W-4) with her employer, in which she falsely claimed she was exempt from withholdings;

     b)     failing to timely file a 2002 United States Individual Income Tax Return; and

c)      making false and fraudulent verbal and written representations to the government.

In violation of Title 26, United States Code, Section 7201.


## COUNT FIVE
### Fraud in the First Degree

_____Beginning on or about January 1, 1999, through on or about April 15, 2003, in the District

of Columbia and elsewhere, CASSANDRA HARRIS engaged in a scheme and systematic course

of conduct with intent to defraud the District of Columbia and to obtain for CASSANDRA HARRIS

property of the District of Columbia by means of false and fraudulent pretenses, representations and

promises, and thereby obtained property of the District of Columbia and caused the District of

Columbia to lose property, consisting of District of Columbia income taxes required by law to be

paid by CASSANDRA HARRIS, in the approximate value of $24,475, by committing the following

acts:

a)      filing and causing to be filed a false and fraudulent withholding certificate (Form D-
        4) with her employer, in which she falsely claimed she was exempt from
        withholdings;

b)      filing and causing to be filed a false and fraudulent 1999 District of Columbia
        Individual Income Tax Return, wherein she falsely stated that her total income was
        $0 that the total tax due and owing thereon was $0, whereas, as she then and there
        well knew and believed, her total income was substantially greater than what she
        reported and a substantial additional tax was due and owing to the District of
        Columbia;

-4-

c)      filing and causing to be filed a 2000 District of Columbia Individual Income Tax Return, wherein she stated that her total income was $74,824 that the total tax due and owing thereon was $6,140, but failed to remit payment with the filing of the return or thereafter;

d)      failing to timely file a 2001 District of Columbia Individual Income Tax Return or pay the substantial income tax due and owing for 2001;

e)      failing to timely file a 2002 District of Columbia Individual Income Tax Return or pay the substantial income tax due and owing for 2002;

f)      making verbal and written claims that she was not obligated to file District of Columbia income tax returns or pay any income taxes to the District of Columbia; and

g)      making false and fraudulent representations to a District of Columbia revenue officer that she would file correct District of Columbia income tax returns and pay the income taxes due and owing to the District of Columbia.

In violation of Title 22, District of Columbia Code, Section 3221(a)._____

A TRUE BILL

FOREPERSON

ATTORNEY FOR THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA