UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 06-0124 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **CASSANDRA HARRIS,** | : | |
| Defendant. | : | |

NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Susan B. Menzer, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
SUSAN B. MENZER
Assistant United States Attorney
Fraud and Public Corruption Section,
Bar No. 421007
555 4th Street, NW, Room 5834
Washington, DC 20530
(202)514-6968

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2006, a copy of the Government's Notice of Appearance was provided by the electronic case filing system to counsel for the defendant: Dennis Eshman, Esq., 1717 K Street, NW, Suite 600, Washington, DC 20036.

_____
Susan B. Menzer
ASSISTANT UNITED STATES ATTORNEY