UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-0124 (ESH) |
| : | |
| CASSANDRA HARRIS, : | |
| : | |
| Defendant. | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorney Susan B. Menzer. This is a notice that Assistant United States Attorney Diane G. Lucas, Bar Number 443610, telephone number (202) 514-8097, is entering appearance as co-counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
DIANE G. LUCAS
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 461615
555 4th Street, N.W., Room 5921
Washington, DC 20530
(202) 514-8097

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Assignment and Appearance as Co-Counsel was served by ECF to counsel for the defendant, Dennis Eshman, 1717 K Street, NW, Suite 600, Washington, DC on this 9th day of June, 2006.

_____
DIANE G. LUCAS
ASSISTANT UNITED STATES ATTORNEY