THE LAW FIRM OF

# Dennis Eshman
—PLLC—

1717 K Street, NW, Ste.600
Washington, DC 20036
Tel (202) 332-1244 or
(703) 339-8783
Fax (703) 339-8783

Admitted in D.C. and Florida

June 6, 2006

Susan B. Menzer and
Diane G. Lucas
Assistant United States Attorneys
U.S. Department of Justice
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20530

RE:   <u>United States v. Cassandra Harris</u>, Case No. 06-124 (ESH)

Dear Ms. Menzer and Ms. Lucas:

Pursuant to Federal Rule of Criminal Procedure 16, and our continuing obligations under <u>Brady v. Maryland</u>, 373 U.S. 83 (1973), I have enclosed the following documents:

1. Letter to IRS dated 11/26/03
2. Registered Bond for Discharge of Debt, dated 12/23/2003
3. <u>Cracking the Code, Third Edition</u>*
4. IRS Transcript for Cassandra Harris for Tax Period 2000
5. IRS Transcript for Cassandra Harris for Tax Period 2001
6. photocopy of check number 0174131 from Government of the District of Columbia

At this time, we are not planning to use expert testimony. However, in the event that such testimony becomes necessary, we will provide the requisite information to you.

Sincerely,

Dennis Eshman, Esq.

\*   <u>Cracking the Code</u> is a lengthy document that we have not photocopied as of this date, but it will be produced as soon as it is photocopied

REGISTERED MAIL # RA 153 081 264 US                                         December 26, 2003

To:   DENNIS PAIZ, OPERATIONS MANAGER
      IRS/DEPARTMENT OF THE TREASURY
      1973 NORTH RULON WHITE BLVD
      OGDEN, UTAH 84404

   RE:   Form 1040 for years 2000 and 2001

Dear Thomas Mathews

Thank you for your offer of 11/21/03 requesting a Form 1040 for the tax period(s) 2000 and 2001. This is a timely response to your offer. The undersigned is not aware of a requirement to file a Form 1040, but does not want to dishonor your request if indeed there is a lawful requirement. Furthermore, should the undersigned have a debt owing; the undersigned does not want to be accused of evading lawful taxes. The undersigned believes every citizen should pay all lawful taxes.

The undersigned notices that if a return is required, the Secretary or his duly authorized agent can make a return from his own knowledge and from such information as he can obtain. Such return shall be prima facie good and sufficient for all legal purposes. *See* 26 USC § 6020(b)(1), (2), 26 CFR § 1.6061-1, and 26 CFR § 601.104. This return is to be signed under the penalty of perjury by the duly authorized agent making the return. *See* 26 USC §§ 6061, 6065, and 26 CFR § 1.6061-1. The undersigned requests that as a duly authorized agent to file returns on behalf of the Secretary that you make any required return(s) for, CASSANDRA HARRIS, SS#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. The undersigned gives his firm promise to pay any tax owing when you provide a completed return showing the amount due.

To assist you in this matter the undersigned has enclosed a power of attorney, Form 2848, authorizing you to make the required return(s). The undersigned requests that you provide copies, front and back, of the executed returns after they have been completed.

As a result of your computations on the return, if there should be any tax owing, the undersigned has enclosed a Registered Bond to settle the account. The undersigned has left the amount blank allowing you to fill in the amount necessary to provide discharge, settlement, and closure. Having made the return and completed the bond, the undersigned requests that you provide a receipt for taxes paid pursuant to 26 USC § 6314. Thank you for your prompt assistance in this matter.

                                       Sincerely,

                                       _____
                                       By Cassandra Harris, a Woman, Holder In Due Course, Principal, Surety,
                                       Owner Secured Party—Creditor
                                       c/o: CASSANDRA HARRIS
                                            5310 2ND STREET, NW
                                            WASHINGTON, DC 20011

Enclosures: Form 2848
            Bond

You are hereby put on NOTICE that this letter must be filed as a permanent part of my IRS/TDA/AIMS/IMF/23C records. If such record(s) has/have been deleted or substituted, this demand still applies.

D MAIL # ~~illegible~~ US     December 22, 2003

~~ris~~
DRA HARRIS©
STREET NORTHWEST
WASHINGTON DC 20011

COPY

Reference: SS# 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

Trace No.: LETTER 1862 FORM 4549 & 886-A IN RE 1040 FORM

Creditor Claim: 1040 for 2000 & 2001

Internal Revenue Service
Bob Cloonan
District Director at el
Service Center
PO Box 920 Bensalem, PA 19020

UNITED STATES TREASURY
ROSARIO MARIN, TREASURER
1500 PENNSYLVANIA AVENUE NW
FEDERAL BUILDING, ROOM 2134
WASHINGTON, DC 20220

## REGISTERED BOND FOR DISCHARGE OF DEBT
### EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY BY LAW

I, Cassandra Harris, Principal, Surety, Owner am held and promises to pay the US Treasury the sum of $_____ USD unless the Defendant CASSANDRA HARRIS© shall satisfy any judgment which may be recovered against her by the said Plaintiff, Department of the Treasury Internal Revenue Services in this attachment. Pursuant to House Joint Resolution 192 of June 5, 1933 this bond is being returned for the Defendant CASSANDRA HARRIS© for $_____ USD for discharge of said Claim record in Department of the Treasury Internal Revenue Service Ogden, Utah. The recorded Claim Account Number is 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 for tax years 12/31/2000 and 12/31/2001. This

Serial A 38260

DISTRICT OF COLUMBIA

TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:

I CERTIFY THAT ---------- SANDRA F. HUTTON ------------------

whose name is subscribed to the accompanying instrument, was at the time of signing the same a Notary Public in and for the District of Columbia, and duly commissioned and authorized by the laws of said District of Columbia to take acknowledgment and proof of deeds or conveyance of lands, tenements, or hereditaments, and other instruments to be recorded in said District, and to administer oaths; and that I am well acquainted with the handwriting of said Notary Public and verily believe that the signature and impression of seal thereon are genuine, after comparison with signature and impression of seal on file in this office.

WITNESS WHEREOF, the Executive Secretary to Commissioner of the District of Columbia, has hereunto caused the Seal of the District of Columbia to be affixed at the City of Washington, D.C., this 23RD day of DECEMBER 2003

(D.C. SEAL)

Chief, Notary Public Section
JOYCE M. OGBURN

JRY
003

Notary Signature     My Commission Expires September 14, 2005     Seal

Notary Address    637 INDIANA AVENUE. N.W.
WASHINGTON, D.C. 20004

DATE REQUESTED 02-25-2005                                   PRINT DATE 02-25-2005
FORM NUMBER: 1040                                            TAX PERIOD: DEC  2000

                    TAXPAYER IDENTIFICATION NUMBER: 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

    CASSANDRA HARRIS
    5310 2ND ST NW
    WASHINGTON                     DC 20011-6612-100         BODC-WI BODCLC-

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

        ACCOUNT BALANCE:              0.00
        ACCRUED INTEREST:             0.00     AS OF 03-07-2005
        ACCRUED PENALTY:              0.00     AS OF 03-07-2005

        ACCOUNT BALANCE
            PLUS ACCRUALS:            0.00


** EXEMPTIONS: 01                       **FILING STATUS: SINGLE
** ADJUSTED GROSS INCOME:             0.00
** TAXABLE INCOME:                    0.00
   TAX PER RETURN:                    0.00

** PER RETURN OR AS ADJUSTED

04-16-2001 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
07-30-2001 PROCESSING DATE

                                TRANSACTIONS
                                                          MONEY AMOUNT
CODE                EXPLANATION                  DATE     (IF APPLICABLE)
 150 RETURN FILED AND TAX ASSESSED            07-30-2001             0.00
     28221-174-45104-1
 960 RECEIVED POA/TIA                         05-18-2004

Case 1:06-cr-00124-ESH   Document 7-2   Filed 06/30/2006   Page 5 of 6   IRS EMPLOYEE 0341320829

DATE REQUESTED 02-25-2005                                              PRINT DATE 02-25-2005
FORM NUMBER: 1040A                                                     TAX PERIOD: DEC  2001

                TAXPAYER IDENTIFICATION NUMBER: 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

     CASSANDRA HARRIS
     5310 2ND ST NW
     WASHINGTON              DC 20011-6612-100           BODC-WI BODCLC-

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

     ACCOUNT BALANCE:            0.00
     ACCRUED INTEREST:           0.00    AS OF 03-07-2005
     ACCRUED PENALTY:            0.00    AS OF 03-07-2005

     ACCOUNT BALANCE
         PLUS ACCRUALS:          0.00


** EXEMPTIONS: 01                    **FILING STATUS: SINGLE
** ADJUSTED GROSS INCOME:    0.00
** TAXABLE INCOME:           0.00
   TAX PER RETURN:           0.00

** PER RETURN OR AS ADJUSTED

06-12-2003 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
07-14-2003 PROCESSING DATE

                              TRANSACTIONS
                                                          MONEY AMOUNT
CODE            EXPLANATION                     DATE      (IF APPLICABLE)
 150 NO RETURN FILED SUBSTITUTE FOR RETURN    07-14-2003         0.00
     29210-165-25920-3
 960 RECEIVED POA/TIA                         05-18-2004

