UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 06-124 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **CASSANDRA HARRIS,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER**

After having duly considered the government's Motion in Limine to Exclude Evidence, and the Defendant's opposition thereto, it is hereby ordered that the Government's Motion is DENIED.

IT IS SO ORDERED.

_____
ELLEN SEGAL HUVELL
District Judge


Cc:   Susan Menzer, AUSA
      Diane G. Lucas, AUSA

      Dennis Eshman, Esq.