UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-124 (ESH) |
| v. | : | |
| CASSANDRA HARRIS, | : | |
| Defendant. | : | |

FILED
AUG 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

After having duly considered the government's Motion in Limine to Exclude Evidence, and the defendant's opposition thereto, if any, it is hereby Ordered that the government's Motion is GRANTED. The Court finds that evidence of the defendant's attempts to pay her outstanding tax liabilities; the government's ability to proceed civilly, rather than criminally; and any tax protester materials are excluded.

IT IS SO ORDERED.

ELLEN SEGAL HUVELLE,
District Judge

cc:   Susan Menzer, AUSA
      Diane Lucas, AUSA

      Dennis Eshman, Esquire