UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 1:06-cr-0124 (ESH) |
| | : | |
| CASSANDRA HARRIS | : | Violation: TITLE 26 U.S.C. |
|    Defendant. | : | Sec. 7201 (Tax Evasion) |

**NOTICE OF APPEARANCE**

Mark Lane, an active member in good standing of the bar of this Court, respectfully files a Notice of Appearance for the Defendant, Cassandra Harris, in the above-captioned matter.

                                                  Respectfully submitted,

                                                  <u>/s/ Mark Lane</u>
                                                  Mark Lane, Esq.
                                                  D.C. Bar No. 445988
                                                  2523 Brunswick Road
                                                  Charlottesville, VA 22903
                                                  (434) 293-2349
                                                  e-mail: mlane777@cs.com

Dated:  September 6, 2006