UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-124 (ESH) |
| | : | |
| v. | : | |
| | : | |
| CASSANDRA HARRIS, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION FOR CONTINUANCE

  The United States, by and through its attorney, the United States Attorney for the District of Columbia, opposes defendant's motion for a continuance of the trial date. In support of its opposition, the government submits the following:

  1. On May 10, 2006, a federal grand jury indicted Cassandra Harris with four courts of tax evasion and one count of first degree fraud.

  2. On May 15, 2006, defendant, appearing with counsel, Dennis Eshman, was arraigned at which time she entered a plea of not guilty to the counts in the Indictment.

  3. On May 23, 2006, a status hearing was held.

  4. On May 30, 2006 and June 6, 2006, the government produced its discovery materials. In total, the government has produced less than a box of records.

  5. On June 6, 2006, the Court scheduled this matter for trial on July 24, 2006.

  6. On June 12, 2006, a status hearing was held. The court continued the status hearing to allow the defendant time to consult with other counsel.

  7. On June 16, 2006, the Court rescheduled the trial date to September 25, 2006.

8. On June 30, 2006, the government filed its Motion in Limine.

9. On July 9, 2006, the defendant filed her opposition to the government's Motion in Limine.

10. On July 27, 2006, the government met with two local attorneys who represented that defendant had requested their assistance in this case. They informed the government, however, that they had no intention of representing defendant in a trial. They were only seeking to discuss an alternative disposition to the case.

11. On August 17, 2006, a status hearing was held and defendant requested a continuance of the trial to secure new counsel. The Court denied her request, but notified her that new counsel would be permitted to enter his appearance on or before September 25, 2006. The Court also requested that the parties jointly submit proposed voir dire and jury instructions to the Court by September 18, 2006. If the parties could not agree, the Court requested that each party submit any question or instruction that it would like the Court to consider.

12. On September 5, 2006, the government and defendant's counsel of record, Dennis Eshman, agreed to meet on September 7, 2006 to discuss these and other issues regarding the trial. Mr. Eshman notified the government that co-counsel may be entering an appearance in the matter. The government invited co-counsel to be present at the meeting or available by conference call.

13. On September 6, 2006, the government received a telephone call from counsel Mark Lane's paralegal. He notified the government that Mr. Lane would be filing a notice of appearance and was seeking a continuance of the trial. The government voiced its objection to any continuance.

14. On September 7, 2006, Mr. Eshman informed the government that neither he nor Mr. Lane would attend the scheduled meeting. The Government suggested to Mr. Eshman that he appear and review the government's records to assure that discovery was complete. Mr. Eshman declined the government's offer.

15. The government is unaware of any requirement that the Central Intelligence Agency approve of defendant's choice of counsel.

16. There has been ample time for defendant to prepare for trial. Mr. Eshman previously informed the Court that he was willing and able to proceed to trial with or without co-counsel's assistance.

WHEREFORE, the United States moves this Court for an Order denying defendant's Motion for a continuance.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar #451058

_____
Susan Menzer D.C. Bar #421007
Diane G. Lucas, D.C. Bar #443610
Assistant United States Attorneys
Fraud and Public Corruption Section
555 4th Street NW, Fifth Floor
Washington, DC 20530
(202) 514-6968 (Menzer)
(202) 514-8097 (Lucas)

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing motion will be filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing and served by mail upon defense counsel, Dennis Eshman, Esquire, 1717 K Street N.W., Suite 600, Washington, D.C. and Mark Lane, Esquire, 2523 Brunswick Road, Charlottesville, VA 22093 on this 8th day of September, 2006.

_____

Diane G. Lucas