# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-124 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **CASSANDRA HARRIS,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Upon consideration of defendant's Motion for a Continuance of the trial and the government's opposition,

It is _____ day of September, 2006, hereby ordered that defendant's Motion for a Continuance is **DENIED**.

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE

cc:  Diane Lucas, AUSA
 Susan Menzer, AUSA
 555 4th Street NW, Fifth Floor
 Washington, DC 20530

 Dennis Eshman, Esquire
 Law Firm of Dennis Eshman, PLLC
 1717 K Street NW, Suite 600
 Washington, DC 20036

 Mark Lane, Esquire
 The Lane Law Firm
 2523 Brunswick Road
 Charlottesville, VA 22093

Case 1:06-cr-00124-ESH    Document 12-2    Filed 09/08/2006    Page 2 of 2