UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-124 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **CASSANDRA HARRIS,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Upon consideration of the government's Motion allow Special Agent Sharnell Thomas of the Internal Revenue Service to sit at counsel table throughout trial and the defendant's response,

It is _____ day of September, 2006, hereby ordered that the government's Motion is **GRANTED**.

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE