# Form 1040 U.S. Individual Income Tax Return 1999

Department of the Treasury—Internal Revenue Service

For the year Jan. 1–Dec. 31, 1999, or other tax year beginning , 1999, ending , 

2822112933315

IRS Use Only—Do not write or staple in this space.

**Label** (See instructions on page 18.)

Your first name and initial: **CASSANDRA**
Last name: **HARRIS**
Your social security number: **579 | 80 | 1874**

If a joint return, spouse's first name and initial
Last name
Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 18. Apt. no.
**5310 2ND ST NW**

**IMPORTANT!** You must enter your SSN(s) above.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 18.
**WASHINGTON DC 20011**

Presidential Election Campaign (See page 18.)
Do you want $3 to go to this fund? Yes / No — Note. Checking "Yes" will not change your tax or reduce your refund.
If a joint return, does your spouse want $3 to go to this fund?

**Filing Status** — Check only one box.
1. ☑ Single
2. ☐ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

**Exemptions**
6a ☑ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. ........ 1
b ☐ Spouse ........................
c Dependents:
  First name | Last name | Dependent's social security number | Dependent's relationship to you | ✓ if qualifying child for child tax credit (see page 19)

If more than six dependents, see page 19.

d Total number of exemptions claimed ........................ 1

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here. Also attach Form(s) 1099-R if tax was withheld.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 8 00 |
| 8a | Taxable interest. Attach Schedule B if required | 8 00 |
| 8b | Tax-exempt interest. DO NOT include on line 8a | |
| 9 | Ordinary dividends. Attach Schedule B if required | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions  15a  b Taxable amount (see page 22) | 15b |
| 16a | Total pensions and annuities  16a  b Taxable amount (see page 22) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits  20a  b Taxable amount (see page 24) | 20b |
| 21 | Other income. List type and amount (see page 24) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | |

If you did not get a W-2, see page 20.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | IRA deduction (see page 26) | 23 |
| 24 | Student loan interest deduction (see page 26) | 24 |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 |
| 26 | Moving expenses. Attach Form 3903 | 26 |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 |
| 28 | Self-employed health insurance deduction (see page 28) | 28 |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 |
| 30 | Penalty on early withdrawal of savings | 30 |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a |
| 32 | Add lines 23 through 31a | 32 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 |

RECEIVED PHILA, PA

ERS 522 G
ERS 420 00

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 54. Cat. No. 11320B Form **1040** (1999)

pg. 1 of 4

017

0017

Form 1040 (1999)

| | Tax and Credits | | | | |
|---|---|---|---|---|---|
| | Standard Deduction for Most People | 34 | | | |
| | | 35 | Enter your itemized deductions from Schedule A, line 28, OR standard deduction shown on the left. But see page 30 to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent | 35 | 4300.00 |
| | | 36 | Subtract line 35 from line 34 | 36 | 4300.00 |
| | | 37 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter | 37 | 2750.00 |
| | | 38 | **Taxable income.** Subtract line 37 from line 36. If line 37 is more than line 36, enter -0- | 38 | 0.00 |
| | | 39 | Tax (see page 31). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | 39 | |
| | | 40 | Credit for child and dependent care expenses. Attach Form 2441 | 40 | |
| | | 41 | Credit for the elderly or the disabled. Attach Schedule R | 41 | |
| | | 42 | Child tax credit (see page 33) | 42 | |
| | | 43 | Education credits. Attach Form 8863 | 43 | |
| | | 44 | Adoption credit. Attach Form 8839 | 44 | |
| | | 45 | Foreign tax credit. Attach Form 1116 if required | 45 | |
| | | 46 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 46 | |
| | | 47 | Add lines 41 through 47. These are your total credits | 47 | |
| | | 48 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- | 48 | 0.00 |
| | Other Taxes | 50 | Self-employment tax. Attach Schedule SE | 50 | |
| | | 51 | Alternative minimum tax. Attach Form 6251 | 51 | |
| | | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| | | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| | | 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| | | 55 | Household employment taxes. Attach Schedule H | 55 | |
| | | 56 | Add lines 49 through 55. This is your total tax | 56 | |
| | Payments | 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | 1917.58 |
| | | 58 | 1999 estimated tax payments and amount applied from 1998 return | 58 | |
| | | 59a | Earned income credit (EIC). If you have a qualifying child, attach Schedule EIC | 59a | |
| | | 59b | Nontaxable earned income: amount and type | | |
| | | 60 | Additional child tax credit. Attach Form 8812 | 60 | |
| | | 61 | Amount paid with request for extension to file (see page 49) | 61 | |
| | | 62 | Excess social security and RRTA tax withheld (see page 49) | 62 | |
| | | 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 63 | |
| | | 64 | Add lines 57, 58, 59a, and 60 through 63. These are your total payments | 64 | 1917.58 |
| | Refund Have it directly deposited! See page 49 and fill in 65b, 65c, and 65d. | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you OVERPAID | 65 | 1917.58 |
| | | 66a | Amount of line 65 you want REFUNDED TO YOU | 66a | 1917.58 |
| | | 66b | Routing number | ▶ Type: ☐ Checking ☐ Savings | |
| | | 66d | Account number | | |
| | | 67 | Amount of line 65 you want APPLIED TO YOUR 2000 ESTIMATED TAX | 67 | |
| | Amount You Owe | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the AMOUNT YOU OWE. For details on how to pay, see page 49 | 68 | |
| | | 69 | Estimated tax penalty. Also include on line 68 | 69 | |

Sign Here
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: *[signed]* Date: 7-26-00 Your occupation: Daytime telephone number (optional)
Spouse's signature. If a joint return, BOTH must sign. Date Spouse's occupation

Paid Preparer's Use Only
Preparer's signature Date Check if self-employed ☐ Preparer's SSN or PTIN
Firm's name (or yours if self-employed) and address EIN ZIP code

018

Form 1040 (1999)

0018