Department of the Treasury
R. Johnson, Revenue Officer
31 Hopkins Plaza (Room 1108)
Baltimore, MD 21201

>Re: Cassandra Harris
>5310 2nd Street, NW
>Washington, DC 20011
>SSN: 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

Please be advised that your notice of delinquent (so called) income taxes, is illegal and unconstitutional. Framers of the Constitution included not one but two limitations in the Constitution that forbid the government to impose any direct taxes upon individuals or upon any property. All direct taxes are required to be "apportioned" which means that they must be laid upon the State Government in proportion to each state's population. This rule also applies to the District government although denied the rights of statehood by the federal government but given the responsibility of statehood through the granting of limited Home Rule.

Article I, Section 9, Clause 4, states: *"No Capitation, or other direct Tax shall be laid, unless in Proportion to the Census or Enumeration hereinbefore directed to be taken."* These basic sections of the Constitution have never been repealed or amended. The Constitution still forbids direct taxation of individuals and property. Some incorrectly claim that the 16th amendment (the income tax amendment) changed the constitutional limitations on direct taxes and authorized an income tax as a direct tax without apportionment. The U.S. Supreme Court rejected these claims in the case of Brushaber v. Union Pacific R.R. Co. 240 US 1, (1916), when they ruled that the 16th Amendment created no new power of taxation and that it did not change the constitutional limitations which forbid any direct taxation of individuals.

The court stated that the nature of income tax is identified by the wording of the Amendment itself, which says: *"The Congress shall have power to lay and collect taxes on incomes, from whatsoever source derived, without apportionment among the several States, and without regard to any census or enumeration."*

If the income tax is not a direct tax, what kind of tax is it. The Brushaber decision, which has never been overruled, cleared up the misunderstanding by stating *"...taxation on income was in its nature an excise..."* and it further stated *"...that taxes on such income had been sustained as excises in the past."* The ruling established that income tax is constitutional as an excise tax, but not as a direct tax. According to the Court, the income tax is still an excise tax.

Many rely on the Brushaber decision to prove the constitutionality of the income tax, but ignore the Court's ruling that income tax is an excise tax who of necessity is subject to an excise tax? The U.S. Supreme Court in Flint v. Stone Tracey Co., 220 us 107, defined excise as ...*taxes laid upon the manufacture, sale, or consumption of commodities within the country, upon licenses to pursue certain occupations, and upon corporate privileges."*

The U.S. Supreme court also confirmed the voluntary nature of "so called" income tax in the case of the U.S. v. Flora, 362 U.S. taxation is based upon voluntary assessment and payment, not upon distraint (force). Be further advised that since the arbitrary and capricious act of the Federal government abolishing limited Home Rule to the citizens of the District of Columbia and putting in a Junta illegal Control Board that has denied us the power and right to exercise control over the expenditures of 80 percent of our Districts's "so called" income taxes through our Mayor and City Council. The District government has been derelict in its duty to the citizens of the District of Columbia by not challenging the congress in federal court with regards to the 14th amendment provision "no state shall abridge the privileges or immunities of citizens of the United States.

Be further noted that the residents of Guam, Puerto Rico and the Virgin Island do not pay Federal Taxes because they have no representation in Congress, neither should we the residents of the District of Columbia finance our own disenfranchisement. For these above reasons it is illegal for me to pay the "so called" income tax.

In addition, I have also enclosed an excerpt from the Supreme court decision **FEDERAL CROP INSURANCE CORP VS. A.A. MERRILL, 332 U.S. 380**. Note that the court held in that decision that:

>Anyone entering into an arrangement with the government **takes a risk** of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations upon his authority. (emphasis added)

Note that the Supreme Court in this decision warns the public that those who pay attention to what federal employees say "takes the risk" that such employees may not be acting " within the bounds of (their) authority" and that such employees may even be "unaware of the limitations of (their) authority."

>Well I am not **PREPARED TO TAKE THAT "RISK."**

Therefore, I am demanding a meeting (and audit of my _____ 1040) to determine whether or not the person or persons who "changed" my return had the "proper authority" (as described in 31 CFR 0.205) to do so, in order and to avoid my having to "take the risk" described in the Supreme Court case cited above.

**I am requesting an office audit/meeting at which time you should have available:**

1. The "text of any written determination and any background file documents relating to (the) determination" that my "zero" return was not correct as provided in 26 USC 6110
2. Since Sections 6001 and 6011 (as referred to in the Privacy Act Notice that is contained in the 1040 booklet) only direct me to **comply with Treasury regulations**, I will expect you to have the Treasury regulation that imposes upon me a legal obligation to treat seriously the "changes" you have proposed in my _1999_ return.
3. The statue and implementing regulation that allowed you to "change" my _1999_ return, and
4. Your Delegation Order from the Secretary of the Treasury authorizing you to act in his behalf.

Without these documents I will be unable to "ascertain" (pursuant to the Federal Crop decision cited above) whether the IRS agents who "changed" my return, acted "within the bounds of (their) authority."

"...It is to be noted that by the language of the Act, it is not 'salaries, wages or compensation for personal services that are to be included in gross income". That which is to be included is **'gains, profits, and income derived from** salaries, wages or compensation for personal service'."
                      <u>Lucas v. Earl</u>, 281 U.S. 111 (1930)

"There is a clear distinction between 'profit' and 'wages' or 'compensation for labor'. *Compensation for labor cannot be regarded as profit within the meaning of the law...the word profit is a different thing altogether from mere compensation for labor...*The claim that salaries, wages and compensation for personal services are to be taxed *as an entirely* and therefore must be returned by the individual who performed the services which produced the gain is without support either in the language of the Act or in the decision of the courts construing it and is directly opposed to provisions of the Act and to regulations of the Treasury Department..."
         <u>U.S. v. Balard</u>, 575 F. 2D 400 (1976), <u>Oliver v. Halstead</u>, 196 VA 922;
                          86 S.E. Rep. 2D 858

"One does not derive income by rendering services and charging for them."
                <u>Edwards v. Keith</u>, 231 Fed. Rep. 1

The Income Tax is an excise tax. To be legally required to pay an excise tax, an individual must be involved in the excise of a taxable *privilege*. I am not exercising no privileges upon which an *excise* tax could be imposed by law.

<u>Privilege</u>: "A particular benefit or advantage enjoyed by a person, company, or class beyond the common advantages of other citizens..." (**Black's - 6th Edition**)   "...An advantage possessed by an individual or a class of persons, which is not possessed by others which exist by operation of law or by virtue of a license of a license, franchise, grant or other permission..." (**Ballentine's Law Dictionary**)

"That the right to ...**accept employment as a laborer for hire is a fundamental right, is inherent in every free citizen**, and is indisputable..." <u>United States v. Morris</u>, 125 F. Rept. 325, 331

> "*The conclusion reached in the Pollack case...recognized the fact that taxation on income was, in its nature, an <u>excise</u>...*" <u>**Brushaber v. Union Pacific Railroad Co.**</u>, 240 U.S. 1, 16-17
>
> **EXCISE**: "*Excises are taxes laid upon... license to pursue <u>certain</u> [regulated] occupations and upon <u>**corporate privileges; the requirement to pay such taxes involves the exercise of privilege**</u>... Conceding the power of Congress to tax the <u>business activities</u> of private <u>corporations</u>...the tax must be measured by some standard...It is, therefore, well settled by the decisions of this court that when the sovereign authority has exercised the right to tax <u>**a legitimate subject of taxation as an exercise of a franchise or privilege.** It is no objection that the <u>measure of taxation is income</u>....*"
>
> <u>**Flint v. Stone Tracy Co.**</u>, 220 U.S. 107, at pg 154, 165

This is the documentation that I submit which makes your request Null and Void. Also I am requesting a rebate of all monies paid into the system illegally.

Taxation Without Representation is Tyranny.

Respectfully,
Cassandra Harris