**Form 1040** Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return 1999** (99) IRS use only — Do not write or staple in this space.
OMB No. 1545-0074

For the year Jan 1-Dec 31, 1999, or other tax year beginning _____, 1999, ending _____

**Label** (See instructions.)
Your First Name: Cassandra  MI: ___  Last Name: Harris
Your Social Security Number: 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

If a Joint Return, Spouse's First Name: ___  MI: ___  Last Name: ___
Spouse's Social Security Number: ___

**Use the IRS label. Otherwise, please print or type.**

Home Address (number and street): 5310 2nd Street N.W.
Apartment No.: ___

City, Town or Post Office: Washington   State: DC   ZIP Code: 20011

**Important!** You must enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)
Do you want $3 to go to this fund? — Yes [ ]  No [X]
If a joint return, does your spouse want $3 to go to this fund? — Yes [ ]  No [ ]
Note: Checking 'Yes' will not change your tax or reduce your refund.

**Filing Status** — Check only one box.
1. [X] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's SSN above & full name here ▶ ___
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶ ___
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19___). (See instructions.)

**Exemptions**
6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
No. of boxes checked on 6a and 6b: 1

b [ ] **Spouse**

c Dependents:
| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on 6c who: lived with you ___; did not live with you due to divorce or separation (see instructions) ___

Dependents on 6c not entered above: ___

If more than six dependents, see instructions.

Add numbers entered on lines above ▶ 1

d Total number of exemptions claimed ___

**Income**
Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.
If you did not get a W-2, see instructions.

7  Wages, salaries, tips, etc. Attach Form(s) W-2 ............ **7** 70,608.
8a Taxable interest. Attach Schedule B if required ............ **8a**
 b Tax-exempt interest. **Do not** include on line 8a .... **8b**
9  Ordinary dividends. Attach Schedule B if required ............ **9**
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ... **10**
11 Alimony received ............ **11**
12 Business income or (loss). Attach Schedule C or C-EZ ............ **12**
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] **13**
14 Other gains or (losses). Attach Form 4797 ............ **14**
15a Total IRA distributions .... **15a** ___  b Taxable amount (see instrs) .. **15b**
16a Total pensions & annuities . **16a** 1,000.  b Taxable amount (see instrs) .. **16b** 264.
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. **17**
18 Farm income or (loss). Attach Schedule F ............ **18**
19 Unemployment compensation ............ **19**
20a Social security benefits ..... **20a** ___  b Taxable amount (see instrs) .. **20b**
21 Other income. List type & amount (see instrs) ___ **21**
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ **22** 70,872.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**
23 IRA deduction (see instructions) ............ **23**
24 Student loan interest deduction (see instructions) ............ **24**
25 Medical savings account deduction. Attach Form 8853 ........ **25**
26 Moving expenses. Attach Form 3903 ............ **26**
27 One-half of self-employment tax. Attach Schedule SE ............ **27**
28 Self-employed health insurance deduction (see instructions) ............ **28**
29 Keogh and self-employed SEP and SIMPLE plans ............ **29**
30 Penalty on early withdrawal of savings ............ **30**
31a Alimony paid  b Recipient's SSN ▶ ___  **31a**
32 Add lines 23 through 31a ............ ▶ **32**
33 Subtract line 32 from line 22. This is your **adjusted gross income** ............ ▶ **33** 70,872.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112  11/16/99   Form 1040 (1999)

Form 1040 (1999)    Cassandra Harris    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    Page 2

**Tax and Credits**

34 Amount from line 33 (adjusted gross income) .......... **34**   70,872.

35a Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind.
Add the number of boxes checked above and enter the total here ▶ **35a**

b If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ▶ **35b** ☐

**Standard Deduction for Most People**

Single: $4,300
Head of household: $6,350
Married filing jointly or Qualifying widow(er): $7,200
Married filing separately: $3,600

36 Enter your **itemized deductions** from Schedule A, line 28, **Or standard deduction** shown on the left. But see instructions to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent ........ **36**   10,816.

37 Subtract line 36 from line 34 .......................... **37**   60,056.

38 If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet in the instructions for the amount to enter ........ **38**   2,750.

39 **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- ........ **39**   57,306.

40 Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ........ ▶ **40**   12,704.

41 Credit for child and dependent care expenses. Attach Form 2441 ...... **41**

42 Credit for the elderly or the disabled. Attach Schedule R ..... **42**

43 Child tax credit (see instructions) ................. **43**

44 Education credits. Attach Form 8863 .............. **44**

45 Adoption credit. Attach Form 8839 ................ **45**

46 Foreign tax credit. Attach Form 1116 if required ....... **46**

47 Other. Check if from .. a ☐ Form 3800 b ☐ Form 8396
c ☐ Form 8801 d ☐ Form (specify) _____ **47**

48 Add lines 41 through 47. These are your **total credits** .......... **48**

49 Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ........ ▶ **49**   12,704.

**Other Taxes**

50 Self-employment tax. Attach Schedule SE ........ **50**

51 Alternative minimum tax. Attach Form 6251 ...... **51**

52 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 ........ **52**

53 Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required ..... No .. **53**   26.

54 Advance earned income credit payments from Form(s) W-2 ..... **54**

55 Household employment taxes. Attach Schedule H ........ **55**

56 Add lines 49-55. This is your **total tax** ........ ▶ **56**   12,730.

**Payments**

57 Federal income tax withheld from Forms W-2 and 1099 ...... **57**   1,971.

58 1999 estimated tax payments and amount applied from 1998 return ....... **58**

59a Earned income credit. Attach Schedule EIC if you have a qualifying child.
b Nontaxable earned income: amount ▶ _____
and type ▶ _____ **59a**

60 Additional child tax credit. Attach Form 8812 ........ **60**

61 Amount paid with request for extension to file (see instructions) ....... **61**

62 Excess social security and RRTA tax withheld (see instrs) ... **62**

63 Other payments. Check if from ..... a ☐ Form 2439
b ☐ Form 4136 .................. **63**

64 Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ........ ▶ **64**   1,971.

**Refund**
Have it directly deposited! See instructions and fill in 66b, 66c, and 66d.

65 If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **Overpaid** ........ **65**

66a Amount of line 65 you want **Refunded to You** .......... ▶ **66a**

▶ b Routing number _____ ▶ c Type: ☐ Checking ☐ Savings
▶ d Account number _____

67 Amount of line 65 you want Applied to Your 2000 Estimated Tax ........ ▶ **67**

**Amount You Owe**

68 If line 56 is more than line 64, subtract line 64 from line 56. This is the **Amount You Owe**. For details on how to pay, see instructions ...... ▶ **68**   10,759.

69 Estimated tax penalty. Also include on line 68 ....... **69**

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your Signature: [signed]    Date: 6/24/04    Your Occupation: Human Resources    Daytime Telephone Number (optional):

Spouse's Signature. If a Joint Return, Both Must Sign.    Date:    Spouse's Occupation:

**Paid Preparer's Use Only**

Preparer's Signature ▶    Date:    Check if self-employed ☐    Preparer's SSN or PTIN:

Firm's Name (or yours if self-employed) and Address ▶ Self-prepared    EIN:    ZIP Code:

FDIA0112   11/15/99    Form 1040 (1999)

| | | | | |
|---|---|---|---|---|
| **Schedule A** (Form 1040) Department of the Treasury Internal Revenue Service (99) | **Itemized Deductions** ▶ Attach to Form 1040. ▶ See Instructions for Schedule A (Form 1040). | | OMB No. 1545-0074 **1999** 07 | |

Name(s) Shown on Form 1040: Cassandra Harris
Your Social Security Number: 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

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | |
| | 2 | Enter amount from Form 1040, line 34 | 2 | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes | 5 | 639. |
| | 6 | Real estate taxes (see instructions) | 6 | 895. |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ▶ | 8 | |
| | 9 | Add lines 5 through 8 | 9 | 1,534. |
| **Interest You Paid** (See instructions.) **Note:** Personal interest is not deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 9,282. |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ▶ | 11 | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instructions.) | 13 | |
| | 14 | Add lines 10 through 13 | 14 | 9,282. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **Must** attach Form 8283 if over $500 | 16 | |
| | 17 | Carryover from prior year | 17 | |
| | 18 | Add lines 15 through 17 | 18 | |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See instructions for expenses to deduct here.) | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. You **Must** attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | 20 | |
| | 21 | Tax preparation fees | 21 | |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ▶ | 22 | |
| | 23 | Add lines 20 through 22 | 23 | |
| | 24 | Enter amount from Form 1040, line 34 | 24 | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ▶ | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? [X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. [ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter. | 28 | 10,816. |

BAA For Paperwork Reduction Act Notice, see separate instructions.    Schedule A (Form 1040) 1999
FDIA0301   10/27/99