**Form 1040** — Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return  2001**  (99) IRS use only — Do not write or staple in this space.
OMB No. 1545-0074

For the year Jan 1 – Dec 31, 2001, or other tax year beginning ____, 2001, ending ____, 20 ____

**Label** (See instructions)

Your First Name: Cassandra    MI: ____    Last Name: Harris
Your Social Security Number: 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

If a Joint Return, Spouse's First Name: ____    MI: ____    Last Name: ____
Spouse's Social Security Number: ____

Home Address (number and street): 5310 2nd Street N.W.    Apartment No.: ____

City, Town or Post Office: Washington    State: DC    ZIP Code: 20011

**Important!** You must enter your social security number(s) above.

**Presidential Election Campaign** (See instructions)
Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?
You: Yes [ ]  No [X]    Spouse: Yes [ ]  No [ ]

**Filing Status** — Check only one box.
1. [X] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's SSN above & full name here ▶ ____
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶ ____
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ ____). (See instructions.)

**Exemptions**
6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
6b [ ] Spouse

No. of boxes checked on 6a and 6b: 1

c Dependents:
(1) First name / Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs)

No. of your children on 6c who:
• lived with you: ____
• did not live with you due to divorce or separation (see instrs): ____

Dependents on 6c not entered above: ____

If more than six dependents, see instructions.

d Total number of exemptions claimed: **1**

**Income**
Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.
If you did not get a W-2, see instructions.

7  Wages, salaries, tips, etc. Attach Form(s) W-2 ............ 7  85,502.
8a Taxable interest. Attach Schedule B if required ........... 8a  34.
b  Tax-exempt interest. Do not include on line 8a .. 8b ____
9  Ordinary dividends. Attach Schedule B if required ........ 9
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ... 10
11 Alimony received ................................ 11
12 Business income or (loss). Attach Schedule C or C-EZ ... 12
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] ... 13
14 Other gains or (losses). Attach Form 4797 ................. 14
15a Total IRA distributions .. 15a ____  b Taxable amount (see instrs) 15b
16a Total pensions & annuities .. 16a ____  b Taxable amount (see instrs) 16b
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ... 17
18 Farm income or (loss). Attach Schedule F ................. 18
19 Unemployment compensation .......................... 19
20a Social security benefits ... 20a ____  b Taxable amount (see instrs) 20b
21 Other income ................................... 21
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ 22  85,536.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**
23 IRA deduction (see instructions) .............. 23
24 Student loan interest deduction (see instructions) .... 24
25 Archer MSA deduction. Attach Form 8853 ....... 25
26 Moving expenses. Attach Form 3903 .......... 26
27 One-half of self-employment tax. Attach Schedule SE ... 27
28 Self-employed health insurance deduction (see instructions) .. 28
29 Self-employed SEP, SIMPLE, and qualified plans ..... 29
30 Penalty on early withdrawal of savings ............ 30
31a Alimony paid  b Recipient's SSN ▶ ____  31a
32 Add lines 23 through 31a ............................. 32
33 Subtract line 32 from line 22. This is your **adjusted gross income** ▶ 33  85,536.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    Form 1040 (2001)
FDIA0112  12/10/01

Form 1040 (2001)   Cassandra Harri[s]                                   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           Page

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) | 34 | 85,536 |
| | 35a Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| **Standard Deduction for —** | b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 35b | | |
| • People who checked any box on line 35a or 35b **or** who can be claimed as a dependent, see instructions. | 36 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 36 | 11,052 |
| | 37 Subtract line 36 from line 34 | 37 | 74,484 |
| | 38 If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet in the instructions | 38 | 2,900 |
| | 39 Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 71,584 |
| • All others: Single: $4,550 | 40 Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814  b ☐ Form 4972 | 40 | 16,483 |
| Head of household, $6,650 | 41 Alternative minimum tax (see instructions). Attach Form 6251 | 41 | |
| | 42 Add lines 40 and 41 ▶ | 42 | 16,483 |
| | 43 Foreign tax credit. Attach Form 1116 if required | 43 | |
| | 44 Credit for child and dependent care expenses. Attach Form 2441 | 44 | |
| Married filing jointly or Qualifying widow(er), $7,600 | 45 Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| | 46 Education credits. Attach Form 8863 | 46 | |
| | 47 Rate reduction credit. See the worksheet | 47 | 300. |
| | 48 Child tax credit (see instructions) | 48 | |
| | 49 Adoption credit. Attach Form 8839 | 49 | |
| Married filing separately, $3,800 | 50 Other credits from a ☐ Form 3800  b ☐ Form 8396  c ☐ Form 8801  d ☐ Form (specify) | 50 | |
| | 51 Add lines 43 through 50. These are your total credits | 51 | 300. |
| | 52 Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ▶ | 52 | 16,183 |
| | 53 Self-employment tax. Attach Schedule SE | 53 | |
| **Other Taxes** | 54 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| | 55 Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 55 | |
| | 56 Advance earned income credit payments from Form(s) W-2 | 56 | |
| | 57 Household employment taxes. Attach Schedule H | 57 | |
| | 58 Add lines 52-57. This is your total tax ▶ | 58 | 16,183 |
| **Payments** | 59 Federal income tax withheld from Forms W-2 and 1099 | 59 | |
| If you have a qualifying child, attach Schedule EIC. | 60 2001 estimated tax payments and amount applied from 2000 return | 60 | |
| | 61a Earned income credit (EIC) | 61a | |
| | b Nontaxable earned income      61b | | |
| | 62 Excess social security and RRTA tax withheld (see instrs) | 62 | |
| | 63 Additional child tax credit. Attach Form 8812 | 63 | |
| | 64 Amount paid with request for extension to file (see instructions) | 64 | |
| | 65 Other payments. Check if from a ☐ Form 2439  b ☐ Form 4136 | 65 | |
| | 66 Add lines 59, 60, 61a, and 62 through 65. These are your total payments ▶ | 66 | |
| **Refund** | 67 If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you overpaid ▶ | 67 | |
| Direct deposit? See instructions and fill in 68b, 68c, and 68d. | 68a Amount of line 67 you want refunded to you | 68a | |
| | ▶ b Routing number _____  ▶ c Type: ☐ Checking  ☐ Savings | | |
| | ▶ d Account number _____ | | |
| | 69 Amount of line 67 you want applied to your 2002 estimated tax ▶ 69 | | |
| **Amount You Owe** | 70 Amount you owe. Subtract line 66 from line 58. For details on how to pay, see instructions ▶ | 70 | 16,183 |
| | 71 Estimated tax penalty. Also include on line 70      71 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following.  ☒ No Designee's Name ▶  Phone No. ▶  Personal Identification Number (PIN) ▶ | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. Your Signature ▶   Date   Your Occupation Human Resources   Daytime Phone Number Spouse's Signature. If a Joint Return, Both Must Sign. ▶   Date   Spouse's Occupation | | |
| **Paid Preparer's Use Only** | Preparer's Signature ▶ _(signature)_   Date 9-19-0[?]   Check if self-employed ☐   Preparer's SSN or PTIN Firm's Name (or yours if self-employed), Address, and ZIP Code ▶  Self-Prepared   EIN   Phone No. | | |

FDIA0112  12/10/01

Form 1040 (2001)

# Schedule A (Form 1040) — Itemized Deductions — 2001

Department of the Treasury — Internal Revenue Service (99)
► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074
07

Name(s) Shown on Form 1040: **Cassandra Harris**
Your Social Security Number: **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**

## Medical and Dental Expenses

Caution. Do not include expenses reimbursed or paid by others.

| Line | Description | Amount | Total |
|---|---|---|---|
| 1 | Medical and dental expenses (see instructions) | | |
| 2 | Enter amount from Form 1040, line 34 | | |
| 3 | Multiply line 2 above by 7.5% (.075) | | |
| 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | |

## Taxes You Paid (See instructions.)

| Line | Description | Amount | Total |
|---|---|---|---|
| 5 | State and local income taxes | | |
| 6 | Real estate taxes (see instructions) | 933. | |
| 7 | Personal property taxes | | |
| 8 | Other taxes. List type and amount ► | | |
| 9 | Add lines 5 through 8 | | 933 |

## Interest You Paid (See instructions.)

Note. Personal interest is not deductible.

| Line | Description | Amount | Total |
|---|---|---|---|
| 10 | Home mtg interest and points reported to you on Form 1098 | 9,196. | |
| 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | | |
| 12 | Points not reported to you on Form 1098. See instrs for spcl rules | | |
| 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | | |
| 14 | Add lines 10 through 13 | | 9,196 |

## Gifts to Charity

If you made a gift and got a benefit for it, see instructions.

| Line | Description | Amount | Total |
|---|---|---|---|
| 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 675. | |
| 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 248. | |
| 17 | Carryover from prior year | | |
| 18 | Add lines 15 through 17 | | 923 |

## Casualty and Theft Losses

| Line | Description | Total |
|---|---|---|
| 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | |

## Job Expenses and Most Other Miscellaneous Deductions (See instructions for expenses to deduct here.)

| Line | Description | Amount | Total |
|---|---|---|---|
| 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. You **must** attach Form 2106 or 2106-EZ if required. (See instructions.) ► | | |
| 21 | Tax preparation fees | 40. | |
| 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► | | |
| 23 | Add lines 20 through 22 | 40. | |
| 24 | Enter amount from Form 1040, line 34 | 85,536. | |
| 25 | Multiply line 24 above by 2% (.02) | 1,711. | |
| 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 0 |

## Other Miscellaneous Deductions

| Line | Description | Total |
|---|---|---|
| 27 | Other — from list in the instructions. List type and amount ► | |

## Total Itemized Deductions

28 Is Form 1040, line 34, over $132,950 (over $66,475 if MFS)?

[X] No. Your deduction is not limited. Add the amts in the far right col for lines 4 through 27. Also, enter this amt on Form 1040, line 36. ► **28  11,052**

[ ] Yes. Your deduction may be limited. See instructions for the amount to enter.

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0301  01/07/02    Schedule A (Form 1040) 2001