# Form 1040 — U.S. Individual Income Tax Return 2002

Department of the Treasury — Internal Revenue Service
(99) IRS use only — Do not write or staple in this space.
OMB No. 1545-0074

For the year Jan 1 – Dec 31, 2002, or other tax year beginning _____, 2002, ending _____, 20 ___

**Label** (See instructions)

Your first name: Cassandra    MI: ___    Last name: Harris
Your social security number: 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

If a joint return, spouse's first name: ___    MI: ___    Last name: ___
Spouse's social security number: ___

Use the IRS label. Otherwise, please print or type.

Home address (number and street). If you have a P.O. box, see instructions.
5310 2nd Street N.W.
Apartment no.: ___

City, town or post office. If you have a foreign address, see instructions.
Washington    State: DC    ZIP code: 20011

**Important!** You must enter your social security number(s) above.

**Presidential Election Campaign** (See instructions)
Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?
You: Yes ☐ No ☒   Spouse: Yes ☐ No ☐

## Filing Status (Check only one box.)

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here ► ___
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ___
5. ☐ Qualifying widow(er) with dependent child (year spouse died ► ___). (See instructions.)

## Exemptions

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
6b ☐ Spouse

No. of boxes checked on 6a and 6b: **1**

c Dependents:
| (1) First name / Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

- No. of children on 6c who: lived with you: ___
- did not live with you due to divorce or separation (see instrs): ___
- Dependents on 6c not entered above: ___
- Add numbers on lines above ► **1**

If more than five dependents, see instructions.

d Total number of exemptions claimed.

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.
If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 81,088. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9 | Ordinary dividends. Attach Schedule B if required | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ► ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions ___   b Taxable amount (see instrs) | |
| 16a | Pensions and annuities ___   b Taxable amount (see instrs) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits ___   b Taxable amount (see instrs) | |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 81,088. |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | IRA deduction (see instructions) | |
| 25 | Student loan interest deduction (see instructions) | |
| 26 | Tuition and fees deduction (see instructions) | |
| 27 | Archer MSA deduction. Attach Form 8853 | |
| 28 | Moving expenses. Attach Form 3903 | |
| 29 | One-half of self-employment tax. Attach Schedule SE | |
| 30 | Self-employed health insurance deduction (see instructions) | |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | |
| 32 | Penalty on early withdrawal of savings | |
| 33a | Alimony paid  b Recipient's SSN ► ___ | |
| 34 | Add lines 23 through 33a | |
| 35 | Subtract line 34 from line 22. This is your **adjusted gross income** ► | 81,088. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    FDIA0112  12/26/02    Form 1040 (2002)

| | | | |
|---|---|---|---|
| | 36 Amount from line 35 (adjusted gross income) | 36 | 81,088. |

**Tax and Credits**

37a Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind.
Add the number of boxes checked above and enter the total here ▶ 37a

b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 37b ☐

**Standard Deduction for —**
- People who checked any box on line 37a or 37b or who can be claimed as a dependent, see instructions.
- All others:
  Single, $4,700
  Head of household, $6,900
  Married filing jointly or Qualifying widow(er), $7,850
  Married filing separately, $3,925

| | | |
|---|---|---|
| 38 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 38 | 10,996. |
| 39 Subtract line 38 from line 36 | 39 | 70,092. |
| 40 If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet in the instructions | 40 | 3,000. |
| 41 Taxable income. Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | 41 | 67,092. |
| 42 Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | 42 | 14,456. |
| 43 Alternative minimum tax (see instructions). Attach Form 6251 | 43 | |
| 44 Add lines 42 and 43 ▶ | 44 | 14,456. |
| 45 Foreign tax credit. Attach Form 1116 if required | 45 | |
| 46 Credit for child and dependent care expenses. Attach Form 2441 | 46 | |
| 47 Credit for the elderly or the disabled. Attach Schedule R | 47 | |
| 48 Education credits. Attach Form 8863 | 48 | |
| 49 Retirement savings contributions credit. Attach Form 8880 | 49 | |
| 50 Child tax credit (see instructions) | 50 | |
| 51 Adoption credit. Attach Form 8839 | 51 | |
| 52 Credits from: a ☐ Form 8396  b ☐ Form 8859 | 52 | |
| 53 Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify ____ | 53 | |
| 54 Add lines 45 through 53. These are your total credits | 54 | |
| 55 Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- ▶ | 55 | 14,456. |

**Other Taxes**

| | | |
|---|---|---|
| 56 Self-employment tax. Attach Schedule SE | 56 | |
| 57 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 57 | |
| 58 Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 58 | |
| 59 Advance earned income credit payments from Form(s) W-2 | 59 | |
| 60 Household employment taxes. Attach Schedule H | 60 | |
| 61 Add lines 55-60. This is your total tax ▶ | 61 | 14,456. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | |
|---|---|---|
| 62 Federal income tax withheld from Forms W-2 and 1099 | 62 | |
| 63 2002 estimated tax payments and amount applied from 2001 return | 63 | |
| 64 Earned income credit (EIC) | 64 | |
| 65 Excess social security and tier 1 RRTA tax withheld (see instructions) | 65 | |
| 66 Additional child tax credit. Attach Form 8812 | 66 | |
| 67 Amount paid with request for extension to file (see instructions) | 67 | |
| 68 Other pmts from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 68 | |
| 69 Add lines 62 through 68. These are your total payments ▶ | 69 | |

**Refund**

Direct deposit? See instructions and fill in 71b, 71c, and 71d.

| | | |
|---|---|---|
| 70 If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you overpaid | 70 | |
| 71a Amount of line 70 you want refunded to you ▶ | 71a | |
| ▶ b Routing number ____ ▶ c Type: ☐ Checking ☐ Savings | | |
| ▶ d Account number ____ | | |
| 72 Amount of line 70 you want applied to your 2003 estimated tax ▶ | 72 | |

**Amount You Owe**

| | | |
|---|---|---|
| 73 Amount you owe. Subtract line 69 from line 61. For details on how to pay, see instructions ▶ | 73 | 14,456. |
| 74 Estimated tax penalty (see instructions) | 74 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No
Designee's name ____ Phone no. ____ Personal identification number (PIN) ▶ ____

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ ____ Date ____ Your occupation: Human Resources   Daytime phone number ____

Spouse's signature. If a joint return, both must sign. ▶ ____ Date ____ Spouse's occupation ____

**Paid Preparer's Use Only**

Preparer's signature ▶ ____ Date ____ Check if self-employed ☐   Preparer's SSN or PTIN ____
Firm's name (or yours if self-employed), address, and ZIP code ▶ Self-Prepared   EIN ____   Phone no. ____

Form 1040 (2002)

FDIA0112   12/26/02