# Form 1040 — U.S. Individual Income Tax Return 2003

Department of the Treasury — Internal Revenue Service
(99) IRS Use Only — Do not write or staple in this space.
OMB No. 1545-0074

For the year Jan 1 - Dec 31, 2003, or other tax year beginning _____, 2003, ending _____, 20__

**Label** (See instructions.)
Use the IRS label. Otherwise, please print or type.

Your first name MI: Cassandra
Last name: Harris
Your social security number: 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

If a joint return, spouse's first name MI: _____
Last name: _____
Spouse's social security number: _____

Home address (number and street). If you have a P.O. box, see instructions: 5310 2nd street n w
Apartment no.: _____

City, town or post office. If you have a foreign address, see instructions: washington
State: DC  ZIP code: 20011

▲ **Important!** ▲ You must enter your social security number(s) above.

COPY

**Presidential Election Campaign** (See instructions.)
Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ►
You: Yes [ ]  No [X]   Spouse: Yes [ ]  No [ ]

## Filing Status
Check only one box.

1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here ►
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here
5. [ ] Qualifying widow(er) with dependent child. (See instructions.)

## Exemptions

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b [ ] Spouse

No. of boxes checked on 6a and 6b: 1

c Dependents:
| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
• lived with you ____
• did not live with you due to divorce or separation (see instrs) ____
Dependents on 6c not entered above ____
Add numbers on lines above ► 1

If more than five dependents, see instructions.

d Total number of exemptions claimed

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 84,851. |
| 8a | Taxable interest. Attach Schedule B if required | |
| b | Tax-exempt interest. Do not include on line 8a [8b] | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| b | Qualified dividends (see instructions) [9b] | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13a | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ► [ ] | |
| b | If box on 13a is checked, enter post-May 5 capital gain distributions [13b] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions [15a] ___ b Taxable amount (see instrs) [15b] | |
| 16a | Pensions and annuities [16a] ___ b Taxable amount (see instrs) [16b] | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits [20a] ___ b Taxable amount (see instrs) [20b] | |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 84,851. |

## Adjusted Gross Income

| 23 | Educator expenses (see instructions) | |
|---|---|---|
| 24 | IRA deduction (see instructions) | |
| 25 | Student loan interest deduction (see instructions) | |
| 26 | Tuition and fees deduction (see instructions) | |
| 27 | Moving expenses. Attach Form 3903 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | |
| 29 | Self-employed health insurance deduction (see instrs) | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | |
| 31 | Penalty on early withdrawal of savings | |
| 32a | Alimony paid  b Recipient's SSN ► [32a] | |
| 33 | Add lines 23 through 32a | |
| 34 | Subtract line 33 from line 22. This is your **adjusted gross income** ► | 84,851. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112  10/17/03   Form 1040 (2003)

## Tax and Credits

**Standard Deduction for —**
- People who checked any box on line 36a or 36b or who can be claimed as a dependent, see instructions.
- All others:
Single or Married filing separately, $4,750
Married filing jointly or Qualifying widow(er), $9,500
Head of household, $7,000

| Line | Description | Amount |
|---|---|---|
| 35 | Amount from line 34 (adjusted gross income) | 84,851. |
| 36a | Check if: You were born before January 2, 1939, Blind. Spouse was born before January 2, 1939, Blind. Total boxes checked ▶ 36a | |
| 36b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 36b | |
| 37 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 18,811. |
| 38 | Subtract line 37 from line 35 | 66,040. |
| 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet in the instructions | 3,050. |
| 40 | Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 62,990. |
| 41 | Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | 12,554. |
| 42 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 43 | Add lines 41 and 42 ▶ | 12,554. |
| 44 | Foreign tax credit. Attach Form 1116 if required | |
| 45 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 46 | Credit for the elderly or the disabled. Attach Schedule R | |
| 47 | Education credits. Attach Form 8863 | |
| 48 | Retirement savings contributions credit. Attach Form 8880 | |
| 49 | Child tax credit (see instructions) | |
| 50 | Adoption credit. Attach Form 8839 | |
| 51 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | |
| 52 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify _____ | |
| 53 | Add lines 44 through 52. These are your total credits | |
| 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | 12,554. |

## Other Taxes

| Line | Description | Amount |
|---|---|---|
| 55 | Self-employment tax. Attach Schedule SE | |
| 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | |
| 58 | Advance earned income credit payments from Form(s) W-2 | |
| 59 | Household employment taxes. Attach Schedule H | |
| 60 | Add lines 54-59. This is your total tax ▶ | 12,554. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Amount |
|---|---|---|
| 61 | Federal income tax withheld from Forms W-2 and 1099 | 10,823. |
| 62 | 2003 estimated tax payments and amount applied from 2002 return | |
| 63 | Earned income credit (EIC) | |
| 64 | Excess social security and tier 1 RRTA tax withheld (see instructions) | |
| 65 | Additional child tax credit. Attach Form 8812 | |
| 66 | Amount paid with request for extension to file (see instructions) | |
| 67 | Other pmts from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | |
| 68 | Add lines 61 through 67. These are your total payments ▶ | 10,823. |

## Refund

Direct deposit? See instructions and fill in 70b, 70c, and 70d.

| Line | Description | Amount |
|---|---|---|
| 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid ▶ | |
| 70a | Amount of line 69 you want refunded to you ▶ | |
| 70b | Routing number | |
| 70c | Type: ☐ Checking ☐ Savings | |
| 70d | Account number | |
| 71 | Amount of line 69 you want applied to your 2004 estimated tax ▶ | |

## Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 72 | Amount you owe. Subtract line 68 from line 60. For details on how to pay, see instructions ▶ | 1,731. |
| 73 | Estimated tax penalty (see instructions) | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No
Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: [signed]    Date: 5-24-04    Your occupation: human resources    Daytime phone number:
Spouse's signature. If a joint return, both must sign.    Date:    Spouse's occupation:

## Paid Preparer's Use Only

Preparer's signature ▶ [signed]    Date: 5-24-04    Check if self-employed ☐    Preparer's SSN or PTIN:
Firm's name (or yours if self-employed), address, and ZIP code: Self-Prepared    EIN:    Phone no.:

Form 1040 (2003)

SCHEDULE A
(Form 1040)    Case 1:06-cr-00124-ESH    Document 14-10    Filed 09/14/2006    Page 3 of 3

Itemized Deductions

OMB No. 1545-00

2002

07

Department of the Treasury
Internal Revenue Service (99)

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

Name(s) shown on Form 1040: Cassandra Harris

Your social security number: 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

| Section | # | Description | Amount |
|---|---|---|---|
| Medical and Dental Expenses | 1 | Medical and dental expenses (see instructions) | |
| | 2 | Enter amount from Form 1040, line 36 | |
| | 3 | Multiply line 2 by 7.5% (.075) | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | |
| Taxes You Paid | 5 | State and local income taxes | |
| | 6 | Real estate taxes (see instructions) | 1,259. |
| | 7 | Personal property taxes | |
| | 8 | Other taxes. List type and amount ► | |
| | 9 | Add lines 5 through 8 | 1 |
| Interest You Paid | 10 | Home mtg interest and points reported to you on Form 1098 | 9,089. |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | |
| | 14 | Add lines 10 through 13 | 9 |
| Gifts to Charity | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 425. |
| If you made a gift and got a benefit for it, see instructions. | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 223. |
| | 17 | Carryover from prior year | |
| | 18 | Add lines 15 through 17 | |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. You must attach Form 2106 or 2106-EZ if required. (See instructions.) ► | |
| | 21 | Tax preparation fees | 30. |
| (See instructions for expenses to deduct here.) | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► | |
| | 23 | Add lines 20 through 22 | 30. |
| | 24 | Enter amount from Form 1040, line 36 | 81,088. |
| | 25 | Multiply line 24 by 2% (.02) | 1,622. |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | |
| Other Miscellaneous Deductions | 27 | Other — from list in the instructions. List type and amount ► | |
| Total Itemized Deductions | 28 | Is Form 1040, line 36, over $137,300 (over $68,650 if MFS)? [X] No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 38. [ ] Yes. Your deduction may be limited. See instructions for the amount to enter. | 1 |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0301 10/28/02    Schedule A (Form 1