IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>      Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>CASSANDRA HARRIS,  )<br>      Defendant  ) | CASE No.:  1:06-cr-00124-ESH |

**THE DEFENDANT'S MOTION FOR DISCLOSURE OF
ALL *BRADY* MATERIAL**

The Defendant Cassandra Harris, by and through undersigned counsel and pursuant to Rule 16, Federal Rule of Criminal Procedure and *Brady v. Maryland,* 373 U.S. 83, 10 L. Ed. 2d 215, 83 S. Ct. 1194 (1963), hereby moves the Court for an entry of an Order directing the United States Attorneys Office to copy and make available any and all documents, pleadings, recordings, transcripts, books, papers, photographs or any other tangible objects or matter, to include:

1.    Any oral statement or written statement and/or admission made by Ms. Harris to the United States government, to include the United States Attorneys Office or any law enforcement agency of the United States government, to include the United States Treasury Department, and any subdivision thereof;  (*e.g.*; "the government" herein) before or after the Defendant's arrest; and whether such evidence has been reduced to writing or not.

2.    Any and all confessions, admissions and/or statements made by any individual to the government at any time or place which allegedly incriminate or exculpate Ms. Harris,  whether such evidence has been reduced in writing or not.

3. Any and all documents, books, papers, photographs, objects or other tangible things which are evidentiary in nature or which are relevant or material to this case for the defense or for the government, which is within the government's dominion and control, or the United States Attorneys Office through due diligence could have access to, or any evidence that could be known to the United States Attorneys Office.

4. Any report, examination or the results of any scientific test which is within the government's dominion and control, or the United States Attorneys Office through due diligence could have access to, or any evidence that could be known to the United States Attorneys Office and which the government or the Defendant might choose to utilize in their case.

5. The name, address and telephone number of any expert witness, and a written summary of any testimony that such expert witness might present during the course of the proceedings, pursuant to Federal Rules of Evidence 702, 703 and 705.

**WHEREFORE**, in the interest of justice, the Defendant Cassandra Harris respectfully asks the Court to direct the government to furnish and provide the Defendant with all relevant exculpatory material in the government's possession. Grant any other relief to the Defendant that the Court may deem proper.

Respectfully Submitted,

s/ Mark Lane_____
MARK LANE
The Lane Law Firm
2523 Brunswick Rd
Charlottesville, Va. 22093
(434) 293-2349
Attorney for Cassandra Harris
Dated: September 14, 2006

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR DISCLOSURE OF ALL BRADY MATERIAL**

Under *Brady v. Maryland*, 373 U.S. 83, 10 L. Ed. 2d 215, 83 S. Ct. 1194 (1963), the government is required to disclose all evidence that is favorable to a defendant and "material either to guilt or to punishment." *Id*. at 87. The materiality of evidence depends on its importance to the case. *See United States v. Bagley*, 473 U.S. 667, 682, 87 L. Ed. 2d 481, 105 S. Ct. 3375 (1985).

Undersigned counsel was retained in this matter on September 6, 2006, and has just recently been able to obtain, and review the discovery that the government has to date, furnished the Defendant.

On September 8, 2006, the government admitted that, "On May 30, 2006 and June 6, 2006, the government produced its discovery materials. In total, the government has produced less than a box of records." *See Government's Response In Opposition To Continuance*, Docket at 12.

Indeed, the government has provided the Defendant with only a miniscule amount of documents, and what the government fails to mention, is that it has yet to provide the Defendant, on the eve of trial, with pertinent *Brady* material, and possibly even *Jencks* material, which the government was required to provide pursuant to the Federal Rules of Criminal Procedure and by Federal Statute. *See* Federal Rules of Criminal Procedure Rule 16(a)(1)(C); and 18 U.S.C. §3500.

In particular, the undersigned counsel believes that the Defendant has yet to be furnished with her "IRS Individual Master File"; and the government has yet to furnish the Office of Management and Budget's Control Numbers for the IRS Form 1040's for which the Defendant was required to file. It appears that there are other documents that should have been produced which have not yet been produced. However, counsel for the Defendant has not had adequate time

to make a thorough examination of all of the records that the government should have produced, but given additional time, counsel is confident that he can make specific reference to documents that should have been produced.

Although the government appears to assert in its September 8, 2006 Response Opposition that the Defendant requires no additional time for counsel to prepare an adequate defense because this case is not complicated, the government's statements about these matters have often been flawed. For example, the United States Court of Appeals for the District of Columbia just recently quoted Albert Einstein as stating, "The hardest thing in the world to understand is the income tax". *See Murphy v. IRS*, ___F.3d___, (Slip Op. at 10)2006 WL 2411372 (D.C.Cir. August 22, 2006).

The Court went on to say:

> At the outset, we reject the Government's breathtakingly expansive claim of congressional power under the Sixteenth Amendment--upon which it founds the more far-reaching arguments it advances here. The Sixteenth Amendment simply does not authorize the Congress to tax as "incomes" every sort of revenue a taxpayer may receive. As the Supreme Court noted long ago, the "Congress cannot make a thing income which is not so in fact. *(Internal citations omitted)*

*Murphy, supra, Slip Op. at 8.*

The Indictment makes allegations regarding the Defendant's alleged "false and fraudulent verbal and written representations to the government"; (See Docket at 1); yet the government to date, has not furnished Ms. Harris with any oral statement or written statement and/or admission made by Ms. Harris to the United States government, and whether such evidence has been reduced to writing, or not.

**WHEREFORE**, the Defendant Cassandra Harris respectfully moves the Court to Order the government to produce all *Brady* Material in its possession, allowing sufficient time for the

4

Defendant and her counsel to review such discovery, and grant any other relief to the Defendant that the Court may deem proper.

Respectfully Submitted,

s/ Mark Lane
MARK LANE
The Lane Law Firm
2523 Brunswick Rd
Charlottesville, Va. 22093
(434) 293-2349
Attorney for Cassandra Harris
Dated:  September 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Susan Beth Menzer**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 514-6968
Fax: (202) 307-2304
Email: *susan.menzer@usdoj.gov*

**Diane G. Lucas**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 5921
Washington, DC 20530
(202) 514-8097
Fax: (202) 305-8537
Email: *diane.lucas@usdoj.gov*

Law Firm of Dennis Eshman, PLLC
1717 K St. NW
Suite 600
Washington, DC 20036
Phone: (202) 332-1244
Fax: (703) 339-8783
Email:**eshmanlaw@cox.net**

                                                                                       S/  Mark Lane

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CASE No.: 1:06-cr-00124-ESH |
| ) | |
| CASSANDRA HARRIS,  ) | |
| Defendant  ) | |

**ORDER DIRECTING THE GOVERNMENT TO PRODUCE ALL RELEVANT DISCOVERY**

This action was heard on the Defendant's Motion to Produce *Brady* Material, and;

IT IS ADJUDGED that the government is directed to produce any and all exculpatory evidence to the Defendant within its possession.

DONE AND ORDERED, in Chambers, this the ___ day of September, 2006.