IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE No.:  1:06-cr-00124-ESH |
| | ) | |
| CASSANDRA HARRIS, | ) | |
| Defendant | ) | |

**MOTION TO PRODUCE THE RECORD OF
THE GRAND JURY CONCURRENCE**

   The Defendant Cassandra Harris, by and through undersigned counsel and pursuant to 28 U.S.C. §1867(a) and Rule 6(f) Federal Rule of Criminal Procedure, hereby moves the Court for an entry of an Order directing the Clerk of Court to produce the record which demonstrates that twelve of the Grand Jurors concurred in open court with regard to indicting the Defendant in the above captioned matter, and grant any other relief to the Defendant that the Court may deem proper.

Respectfully Submitted,

s/ Mark Lane_____
MARK LANE
The Lane Law Firm
2523 Brunswick Rd
Charlottesville, Va. 22093

(434) 293-2349
Attorney for Cassandra Harris

Dated:  September 14, 2006

**MEMORANDUM IN SUPPORT OF THE DEFENDANT'S MOTION TO PRODUCE THE RECORD OF THE GRAND JURY CONCURRENCE**

It has long been held in our system of American Jurisprudence, that it is essential to the validity of an indictment, that the indictment be presented by the grand jury in open court, and that the indictment signed by the grand jury foreperson in the presence of the body of the grand jury. See *Reneigar, v. United States*, 172 F. 646, 650 (4th Cir. 1909) (*e.g.;* holding that a valid indictment must be returned in open court and failure to do so is a jurisdictional claim).

The United States Constitution outlines the only method for preferring charges in serious criminal cases. Our system of jurisprudence demands that a Grand Jury be convened as a "body of laymen, free from technical rules, acting in secret, and pledged to indict no one because of prejudice." See *Costello* v. *United States*, 350 U.S. 359, 362 (1956). In the instant matter, the government filed an indictment, allegedly charging the Defendant with five counts of willfully evading a federal and District of Columbia tax. The indictment filed on the record is not signed by the Grand Jury Foreperson, or the United States Attorney. The copy of the indictment provided by the government, during the course of discovery, is signed by the Assistant United States Attorney, but is not signed by a Grand Jury Foreperson. The Defendant has shown a particularized need for reviewing the Grand Jury Concurrence, as articulated in" *Douglas Oil Co. v. Petrol Stops Northwest*, 441 U.S. 211 (1979); and *United States v. Proctor & Gamble*, 356 U.S. 677, 681-682 (1958).

Respectfully Submitted,

s/ Mark Lane
MARK LANE
The Lane Law Firm
2523 Brunswick Rd
Charlottesville, Va. 22093
(434) 293-2349
Attorney for Cassandra Harris
Dated: September 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September __, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Susan Beth Menzer**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 514-6968
Fax: (202) 307-2304
Email: *susan.menzer@usdoj.gov*

**Diane G. Lucas**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 5921
Washington, DC 20530
(202) 514-8097
Fax: (202) 305-8537
Email: *diane.lucas@usdoj.gov*

Law Firm of Dennis Eshman, PLLC
1717 K St. NW
Suite 600
Washington, DC 20036
Phone: (202) 332-1244
Fax: (703) 339-8783
Email:**eshmanlaw@cox.net**

S/  Mark Lane

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>     Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>CASSANDRA HARRIS,  )<br>     Defendant  ) | CASE No.: 1:06-cr-00124-ESH |

**ORDER DIRECTING THE CLERK TO UNSEAL THE RECORD OF THE GRAND JURY CONCURRENCE**

This action was heard on the Defendant's motion to produce the grand jury concurrence, and;

IT IS ADJUDGED that the grand jury concurrence shall be made available to the Defendant, Cassandra Harris, and her attorney, Mark Lane, Esquire.

DONE AND ORDERED, in Chambers, this the ___ day of September, 2006.