IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE No.: 1:06-cr-00124-ESH |
| | ) | |
| CASSANDRA HARRIS, | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION TO MODIFY THE TERMS AND CONDITIONS
OF PRE-TRIAL RELEASE**

The Defendant Cassandra Harris, by and through undersigned counsel, and pursuant to 18 U.S.C. §3142(b), (c) & (g), respectfully moves the Court for an entry of an Order modifying the terms and conditions of the Defendant's pre-trial release, in particular, to allow for the Defendant to exceed the standard fifty (50) mile travel restriction from the District of Columbia, and increasing the range of travel to one hundred twenty-five (125) miles.

On September 21, 2006, the undersigned counsel's office contacted the United States Attorneys Office, and the government has no objection to the Defendant's range of travel being increased.

Respectfully Submitted,

s/ Mark Lane
MARK LANE
The Lane Law Firm
2523 Brunswick Rd
Charlottesville, Va. 22093
(434) 293-2349
D.C. Bar No.: 445988

Attorney for Cassandra Harris

Dated: September 21, 2006

**MEMORANDUM**

1.	An indictment was returned on May 10, 2006, charging the Appellant with willful failure to file an income tax return, in violation of 26 U.S.C. §7201. *See* Docket at 1.   The Defendant was subsequently arraigned and released on her own recognizance on May 15, 2006. *See* Docket.

2.	One of the standard "pre-trial release" conditions of the United States Probation Office for the District of Columbia, is that a Defendant shall not travel in excess of fifty miles from the District of Columbia.

3.	The Defendant was born and raised in the District of Columbia, and has extensive ties to the community.  Ms. Harris is still an employee of the government, and is not considered to be a flight risk.

4.	The Defendant has immediate family within the Northern Virginia and Southern Maryland region, to include Salisbury Maryland, which is approximately one hundred seventeen (117) miles from the District of Columbia.

5.	The Defendant also has immediate family in the Orange, Virginia area, which is approximately eighty-eight (88) miles from the District of Columbia.

6.	Undersigned counsel's office is approximately one hundred fifteen (115) miles from the District of Columbia, and the Defendant's home.

7.	The Defendant has only spoken with her Probation Officer on the telephone, and has never met anyone from the United States Probation Office's pre-trial release section.  Ms. Harris was told by the United States Probation Office, that the only way to enlarge the traveling radius in order to see her immediate family and to consult with her attorney, was to petition the Court for an

enlargement of travel distances, of which would allow the Defendant to travel, visit with her family, and consult with her attorney.

8. The Defendant seeks only to travel to Salisbury Maryland, Orange Virginia, and/or Charlottesville Virginia, for short duration "day trips", and on these visits to Salisbury Maryland, Orange Virginia or Charlottesville Virginia, the Defendant's visit would not include an overnight stay.

9. As stated, the undersigned counsel's office contacted the United States Attorneys Office on September 21, 2006, and the government does not object to the Defendant's travel radius being enlarged to allow for travel to the aforementioned destinations.

**WHEREFORE**, the Defendant, for good cause shown, respectfully asks the Court to enlarge the travel radius of the Defendant, from its current 50 mile radius, to one hundred twenty five mile radius, and grant any other relief to the Defendant that the Court may deem proper.


Respectfully Submitted,

s/ Mark Lane
MARK LANE
The Lane Law Firm
2523 Brunswick Rd
Charlottesville, Va. 22093
(434) 293-2349
D.C. Bar No.: 445988

Attorney for Cassandra Harris

Dated:  September 21, 2006

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 21, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Susan Beth Menzer**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 514-6968
Fax: (202) 307-2304
Email: *susan.menzer@usdoj.gov*

**Diane G. Lucas**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 5921
Washington, DC 20530
(202) 514-8097
Fax: (202) 305-8537
Email: *diane.lucas@usdoj.gov*

Law Firm of Dennis Eshman, PLLC
1717 K St. NW
Suite 600
Washington, DC 20036
Phone: (202) 332-1244
Fax: (703) 339-8783
Email:**eshmanlaw@cox.net**

S/  Mark Lane

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   Plaintiff,       )<br>                )<br>   v.             )  CASE No.: 1:06-cr-00124-ESH<br>                )<br>CASSANDRA HARRIS,    )<br>   Defendant       )| |

**ORDER ENLARGING THE TRAVEL RANGE OF THE DEFENDANT**

  This action was heard on the Defendant's motion to modify the terms and conditions of the Defendant's pre-trial release, and, therefore;

  **IT IS ADJUDGED** that the Defendant shall be permitted to travel within a one hundred twenty-five mile radius of the District of Columbia, specifically to include the Orange Virginia, Charlottesville Virginia, and Salisbury Maryland communities.

  DONE AND ORDERED, in Chambers, this the ___ day of September, 2006.