# GOVERNMENT EXHIBIT 2

the number of withholding allowances you are entitled to claim. However, you may claim fewer allowances.

**Child tax and higher education credits.** For details on adjusting withholding for these and other credits, see Pub. 919, Is My Withholding Correct for 1999?

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES. Otherwise, you may owe additional tax.

on all jobs using worksheets from only one Form W-4. Your withholding will usually be most accurate when all allowances are claimed on the Form W-4 prepared for the highest paying job and zero allowances are claimed for the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your estimated total annual tax. Get Pub. 919 especially if you used the Two-Earner/Two-Job Worksheet and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a ~~~~~ security card.

...withholding. If you are ...complete only lines 1, 2, 3, 4, and 7, ...sign the form to validate it. Your exemption for 1999 expires February 16, 2000.

**Note:** *You cannot claim exemption from withholding if (1) your income exceeds $700 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.*

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet. The worksheets on page 2 adjust your withholding allowances based on itemized

### Personal Allowances Worksheet

A  Enter "1" for yourself if no one else can claim you as a dependent ........................... A _____

B  Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

B _____

C  Enter "1" for your **spouse**. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job. (This may help you avoid having too little tax withheld.) ........................... C _____

D  Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return ........ D _____

E  Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) . E _____

F  Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . F _____

G  **Child Tax Credit:**
- If your total income will be between $20,000 and $50,000 ($23,000 and $63,000 if married), enter "1" for each eligible child.
- If your total income will be between $50,000 and $80,000 ($63,000 and $115,000 if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children . . G _____

H  Add lines A through G and enter total here. Note: This amount may be different from the number of exemptions you claim on your return. ▶ H _____

For accuracy, complete all worksheets that apply.
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you are **single**, have **more than one job** and your combined earnings from all jobs exceed $32,000, OR if you are **married** and have a **working spouse or more than one job** and the combined earnings from all jobs exceed $55,000, see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

-------- Cut here and give the certificate to your employer. Keep the top part for your records. --------

| Form **W-4** Department of the Treasury Internal Revenue Service | **Employee's Withholding Allowance Certificate** ▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2. | OMB No. 1545-0010 **1999** |

1  Type or print your first name and middle initial: **CASSANDRA**   Last name: **HARRIS**   2  Your social security number: [redacted]

Home address (number and street or rural route): [redacted]

3  ☐ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
Note: *If married, but legally separated, or spouse is a nonresident alien, check the Single box.*

City or town, state, and ZIP code: [redacted]

4  If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card ... ▶ ☐

5  Total number of allowances you are claiming (from line H above or from the worksheets on page 2 if they apply) . 5 _____

6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . . . . 6  $ _____

7  I claim exemption from withholding for 1999, and I certify that I meet BOTH of the following conditions for exemption:
- Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability AND
- This year I expect a refund of ALL federal income tax withheld because I expect to have NO tax liability.
If you meet both conditions, write "EXEMPT" here . . . . . . . . . . . . . . . . . ▶ 7  **EXEMPT**

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature (Form is not valid unless you sign it) ▶ *Cassandra [signature]*   Date ▶ **1-5-99**

8  Employer's name and address (Employer: Complete 8 and 10 only if sending to the IRS)   9 Office code (optional)   10 Employer identification number

Cat. No. 10220Q

1430

Form **D-4**

District of Columbia

Department of Finance and Revenue

## Instructions for Form D-4
### Employee's Withholding Allowance Certificate

**GENERAL INSTRUCTIONS**

1. WHO MUST FILE — Every new employee who resides or is domiciled in the District of Columbia at the time tax is required to be withheld must fill out Form D-4 (Employee's Withholding Allowance Certificate) and file it with their employer. If you are not liable for D.C. taxes because you are a nonresident or not domiciled in the District of Columbia, you must file Form D-4A (Certificate of Nonresidence).
2. WHEN TO FILE — File Form D-4 whenever you start new employment. Once filed with your employer, the Withholding Allowance Certificate will remain in effect until an Amended Certificate is filed. An employee may file a new certificate at any time if the number of withholding allowances to which he or she is entitled increases. However, an employee must file a new certificate within 10 days if the number of withholding allowances previously claimed decreases.
3. WHAT TO FILE — After completing Form D-4 (Employee's Withholding Allowance Certificate), detach the bottom portion and file it with your employer. Keep the top portion for your records.

**D-4 WORKSHEET INSTRUCTIONS**

A thru D — Follow instructions on Worksheet below.

E. Enter a "1" or "2" for each category of Age or Blindness, depending on the number of allowances you are claiming for yourself or your spouse or both. Does not apply to dependents.

F. Dependents — Enter the number of dependents you are entitled to and who are not claiming themselves on a separate District of Columbia Individual Tax return.

G. Additional Allowances — You may claim additional withholding allowances, determined by dividing the excess of your estimated itemized deductions over your applicable standard deduction by the current allowable personal exemption amount.

H. Add the total number of withholding allowances claimed in A through G.

### D-4 Worksheet To Figure Your Withholding Allowances

A. SINGLE: If you claim an allowance for yourself only, and if no one else claims you as a dependent, write the figure "1" ...........

B. HEAD OF HOUSEHOLD: If you are single, or married and not living with your spouse and maintain one or more dependents, write the figure "2" ...........

C. MARRIED FILING JOINTLY: If you claim an allowance for yourself and your spouse, and an allowance for your spouse is not claimed on another certificate, write the figure "2" ...........

D. MARRIED FILING SEPARATELY: If you claim an allowance for yourself only, write the figure "1" ...........

E. AGE AND BLINDNESS: (Applicable only to you and your spouse, but NOT to dependents) AGE If you or your spouse will be 65 years of age or older at the end of the year, write the figure "1". If both will be 65 or older, write the figure "2" ...........

BLIND If you or your spouse are blind, write the figure "1". If both are blind, write the figure "2" ...........

F. DEPENDENTS: Write the number of dependents for whom allowances are claimed ...........

G. Additional withholding allowances. (See Instructions above) ...........

H. Add the number of allowances you have entered in the spaces above and write the TOTAL here and on line 1 of Form D-4 below.

**D-4 EMPLOYEE'S WITHHOLDING ALLOWANCE CERTIFICATE INSTRUCTIONS**

1. Print or type your full name, current address and correct social security number. Under Title V, Sec.1(a) of the D.C. Income and Franchise Tax Act, each employee is required to furnish their employer their social security number on Form D-4. Your social security number is necessary for proper identification of your account with the District of Columbia and will be used only for tax administration purposes.
2. Be sure to check the proper Filing Status box. This enables your employer to use the correct withholding table.
3. Enter total allowances claimed on line H of the worksheet above and on line 1 of Form D-4 below.
4. In some instances, even though you claim zero withholding allowances, you may still not have enough tax withheld. You may, upon agreement with your employer, have more tax withheld by filling in a dollar amount on line 2 of Form D-4.
5. You may claim an exempt status on line 3 of Form D-4, only if you qualify for an exempt status on Federal Form W-4.
6. Be sure to sign and date Form D-4.

---

District of Columbia

Department of Finance and Revenue

**Employee's Withholding Allowance Certificate**    Form **D-4**

Type or print your full name: CASSANDRA HARRIS

Your social security number: [redacted]

Home address: [redacted]

**FILING STATUS** (Check only one) ▶   ☐ Single   ☐ Head of Household   ☐ Married Filing Jointly   ☐ Married Filing Separately

1. Total number of allowances you are claiming (from the Worksheet above)
2. Additional amount, if any, you want deducted from each pay period
3. I claim exemption from withholding because (check boxes below that apply):
   a. ☒ Last year I did not owe any District income tax and had a right to full refund of ALL income tax withheld AND
   b. ☐ This year I do not expect to owe any District income tax and expect to have a right to a full refund of ALL income tax withheld. If both a and b apply, enter the year effective and "EXEMPT" here ▶ Year 19
   c. If you entered "EXEMPT" on line 3b, are you a full-time student?   ☐ Yes   ☐ No

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or if claiming exemption from withholding, that I am entitled to claim the exempt status.

Employee's signature ▶ [signature]    Date ▶ 1-5-99

EMPLOYER: Keep this Certificate with your records. If the employee is believed to have claimed too many allowances, the Department of Finance and Revenue should be so advised.

D-1900

1584