# GOVERNMENT EXHIBIT 3

## PAGE 3 OF 4

I, Cassandra Harris, am submitting this statement as an integral part of this 1999 tax return even though I know that <u>NO</u> section of the Internal Revenue Code:

1) Establishes an income tax "liability" as, for example, Code Sections 4401, 5005 and 5703 do with respect to wagering, alcohol, and tobacco taxes;

2) Provides that income taxes "have to be paid on the basis of a return" -as for example, Code Sections 4374, 4404(c), 5601(a) and 5703(b) do with respect to other taxes; I am filing anyway, because I know that the government has prosecuted others for failing to file income tax return by (erroneously) invoking Code Sections 7201 and 7203.

### Therefore, this return is NOT being filed voluntarily, but is being filed out of fear that if I did not file this return, I could also be (illegally) prosecuted for failing to file an income tax return for the year 1999.

3) In addition to the above, I am filing even though the "Privacy Act Notice" as contained in the 1040 booklet clearly informs me that i am not required to file. It does so in at least two places.

> a) In one place, it states that I need only file a return for "any tax I may be 'liable" for. Since no code Section makes me "liable" for income taxes, this provision shows me that I **do not** have to file an income tax return.
>
> b) In another place, it directs me to Code Section 6001. This section provides, in relevant part, that, 'Whenever in the judgement of the Secretary it is necessary, he may require any person by notice served upon such person; or by regulations, to make such returns, render such statements, or keep such records, as the Secretary deems sufficient to show whether or not such person is liable for tax under this title." Since the Secretary of the Treasury has not 'served' me with any such 'notice" and since no legislative regulation exists requiring anyone to file an income tax return, I am again informed by the "Privacy Act Notice" that I am not required to file an income tax return.

4) In addition, 26 CFR 602.101 does not list a 1040 (OMB #1545-0074) as even being applicable to the income tax imposed in Section 1 of the Code. This regulation refers to public to a document carrying the OMB number 1545-0067, which is for reporting 'Foreign Earned Income." Since I have no foreign earned income to report, there seems to be no other document or return that 26CFR 602.101 makes applicable to the income tax imposed in Section 1 of the Internal Revenue Code.

5) Sections 6103 (h) and (I) provides that all return information can be used against me to determine and impose both civil and criminal fines. Therefore, I do not see how any law can compel me to provide information to the government that can be used against me in this manner, consistent with my Fifth Amendment right not be compelled to be a witness against myself. Fifth Amendment protection applies to any proceeding; civil or criminal, administrative or judicial, and may be invoked in connection with regards to Federal Income taxes. See *U.S. v. Argomaniz*, 925 F. 2d 1349 (11th Cir. 1990), *Cincinnati v. Bawtenheitmer*, 63 Ohio State. 3d page 260.

6) With respect to the information I included in my return, I wish to point out that the courts have ruled that "A (1040) form with 'zeros' inserted in the space provided...qualified as a return." See *U.S. v. Long*, 618 F. 2d 74 (9th Cir. 1980) *U.S. v. Kimball*, 896 F. 2d 1218 (9th Cir. 1990) *U.S. v. Moore*, 627 F. 2d 830 (7th Circuit 1980) and a Las Vegas bankruptcy Court held that "zeros entered on a Form 1040 constitutes a return", *Cross v. U.S.*, 91-2 USTC p. 50, 318; Banker L. Rep. P. 7404.

7 It should also be noted that I had "zero" income according to the Supreme Court's definition of income (See Note 1), since in *Merchant's Loan & Trust Co. v. Smietanka*, 255 U.S. 509, (at paages 518 & 519) that court held "The word (income) must be given the same meaning in all of the Income Tax acts of Congress that was given to it in the Corporation Excise Tax Act of 1909". Therefore, since I had no Earnings in 1999 that would have been taxable as "income" under the Corporation Excise Tax Act of 1909, I can only swear to having "zero" income in 1999.

## PAGE 4 OF 4

8) I am also putting the IRS on notice that my 1999 tax return does not constitute a "frivolous" return pursuant to Code Section 6702. My return is based on 13 supreme Court decisions, 9 Internal Revenue Code Sections, 3 Privacy Act Notice provisions, and numerous other references. As such, it cannot be termed "frivolous" on any basis as that term is defined and understood. In addition, my return is not designed to "delay or impede the administration of Federal Income Tax laws", since it is designed to be my final statement under those 'laws". In addition, no IRS employee has any delegated authority to impose a "frivolous" penalty, nor is there any legislative regulation implementing Section 6702, thus the statute is benign.

9) in addition, do not notify me that the IRS is "changing" my return, since there is no statute that allows the IRS to do that. You might prepare a return (pursuant to Code Section 6020b) where no return is filed, but where, as in the this case, a return has been filed, no statute authorizes IRS personnel to "change" that return.

10) Should the Service disagree with the figures and amounts shown on my tax return and claim for refund, then I demand an office or field audit to discuss these differences as required by the Administrative Procedure Act (APA), 5 U.S.C. 551 (1) as provided and specified for in **Treasury Regulation 601.105** and as specified and provided for in IRS documents, Publication 5, **Appeal rights and Preparation of Protests for Unagreed Cases** and Publication 1 **Your Rights As A Taxpayer** before any 'changes" in my return are made and/or any penalties proposed or imposed. In addition, if any "determination" is made that changes in my return are warranted, i demand to be notified as to , where and when I may "inspect" the "text of any written determination and any background file documents relating to such a determination" as provided by 26 U.S.C. 6110.

11) In addition, I will hold IRS employees who disregard the statues, court decisions, Privacy Act Notice provisions and other references contained in this document, accountable pursuant to 26 U.S.C. 7214 and 18 U.S.C. 241. Section 7214 makes a crime for IRS agents to seek to extract "other or greater sums that authorized by law" and to engage in "extortion and willful oppression under color of law". To the extent that IRS employees capriciously, wantonly and arbitrarily disregard the court decisions, statues and other references contained in this document, they will be in criminal violation of these statues, and you are accordingly being **put on notice**.

*NOTE #1: The word "income" is not defined in the Internal Revenue Code, *U.S. v. Ballard* 535 F. 2d 400, 404, but, as stated above, it can only be a derivative of corporate activity. The Supreme Court has held this numerous times. 'Whatever difficulty there may be about a precise and scientific definition of "income" it imports, as used here... the idea of gain or increase arising from corporate activities, *"Doyle v. Mitchell*, 247 U.S. 179". Certainly the term "income" has no broader meaning in the 1913 Act than in that of 1909 (See Stratton's *Independence v. Howbert*, 231 U.S. 399, 416, 417) and we assume that there is no difference in its meaning as used in the two acts". See also *Southern Pacific Company v. John Z. Lowe, Jr.*, 247 U.S. 330. 335. *Bowers v. Kerbaugh-Empire Company*, 271 U.S. 887 (1926) page 174; *Goodrich v. Edwards*, 225 U.S. 527; *United States v. Supplee-Biddle Handware C.*, 256 U.S. 189; *United States v. Pheilis*, 257 U.S. 156; *Miles v. Safe Deposit* 6 T. Ca 259 U.S. 247; *Irwin v. Gavit*, 286 U.S. 161; *Edwards v. Cuba R. Co.*, 268; *Burnett v. Harmel*; 287 U.S. 103, 108 (1932); *Lucas v. Earl* 281 U.S. 111).

**\*\*END OF STATEMENT\*\***