# GOVERNMENT EXHIBIT 4

Department of the Treasury
Internal Revenue Service
CHIEF, EXAMINATION BRANCH
PHILADELPHIA, PA 19255

Date of this notice                JUNE 26, 2000
Taxpayer Indentifying Number       ▮▮▮▮▮▮
Form: 1040        Tax Period: DEC. 31, 1999

For assistance you may
call us at:

CE TAX EXAMINER
(215) 516-3537
8:00 AM TO 3:00 PM



CASSANDRA HARRIS

WE ARE PROPOSING A CHANGE TO YOUR TAX RETURN THAT INCREASES THE AMOUNT YOU OWE

THIS IS NOT A BILL, BUT YOU DO NEED TO RESPOND

    WHILE WE WERE PROCESSING YOUR TAX RETURN FOR THE TAX PERIOD SHOWN ABOVE, WE
FOUND CERTAIN ITEMS THAT WE HAVE QUESTIONS ABOUT, AS EXPLAINED ON PAGE 4 OF THIS
NOTICE.  THEREFORE, WE ARE PROPOSING A CHANGE THAT WILL INCREASE THE TAX OR REDUCE
THE CREDITS SHOWN ON YOUR TAX RETURN.  WE SHOW THESE CHANGES ON PAGE 2 OF THIS
NOTICE.

    IF YOU AGREE WITH OUR FIGURES, PLEASE SIGN THE ATTACHED CONSENT STATEMENT AND
RETURN IT TO US.  IN ADDITION, IF YOU AGREE, YOU MAY INCLUDE YOUR PAYMENT WITH THE
SIGNED CONSENT.  YOU DO NOT NEED TO FILE AN AMENDED TAX RETURN FOR US TO MAKE THE
CHANGE.

    IF YOU DO NOT AGREE WITH OUR FIGURES, PLEASE READ THE ENCLOSED PUBLICATIONS,
WHICH EXPLAIN WHAT YOU NEED TO DO NEXT.  WE HAVE ENCLOSED PUBLICATION 1, YOUR RIGHTS
AS A TAXPAYER, AND NOTICE 609, PRIVACY ACT NOTICE, FOR YOUR INFORMATION.

    IF YOU MISLABELED AN ITEM OR ENTERED IT ON THE WRONG LINE OR SCHEDULE, SEND
A COPY OF THIS NOTICE AND EXPLAIN IN WRITING WHAT YOU DID.  IF WE ACCEPT YOUR
EXPLANATION, WE WILL NOT CHANGE YOUR TAX RETURN.  IF WE DO NOT AGREE WITH YOU, WE
WILL LET YOU KNOW WHY WE DID NOT ACCEPT YOUR EXPLANATION.

    PLEASE RETURN PAGE 3 OF THIS NOTICE AND THE INFORMATION REQUESTED WITH YOUR
WRITTEN DISAGREEMENT WITHIN 30 DAYS FROM THE DATE SHOWN ABOVE.  USE THE ENCLOSED
ENVELOPE TO BE SURE THAT YOUR REPLY REACHES THE PROPER OFFICE.  IF WE DO NOT
HEAR FROM YOU, WE WILL PROCESS YOUR RETURN USING THE INFORMATION WE HAVE AND
SEND YOU A LETTER OF FINAL DETERMINATION.

    IF YOU HAVE ANY QUESTIONS, YOU MAY CALL US AT THE NUMBER LISTED ABOVE.  THANK
YOU FOR YOUR COOPERATION.


ENCLOSURES:
PUBLICATION 1
PUBLICATION 5
NOTICE 609
ENVELOPE

1423

## TAX COMPUTATION

```
TOTAL TAX AFTER CHANGE.................................$14,487.00
TAX SHOWN BEFORE THIS CHANGE............................00
INCREASE IN TAX AND/OR
    DECREASE IN CREDITS.......................................14,487.00

MINUS OVERPAYMENT OR REFUND
    BEFORE THIS CHANGE.......................................1,917.58
TOTAL AMOUNT YOU OWE THE IRS NOW............................12,569.42
```

NOTE:   YOU MAY OWE INTEREST AND PENALTY ON THE TOTAL AMOUNT YOU OWE IRS NOW.  A
        SEPARATE BILL FOR INTEREST AND PENALTY WILL BE SENT TO YOU AFTER WE FINISH
        OUR EXAMINATION.  THE TOTAL AMOUNT YOU OWE IRS NOW DOES NOT INCLUDE ANY
        TAX, PENALTIES, OR INTEREST YOU OWED WHEN YOU FILED YOUR ORIGINAL RETURN.

        IF YOU DISAGREE AND DO NOT CONSENT TO THE CHANGES SHOWN ABOVE, PLEASE SEND THE
INFORMATION REQUESTED ON PAGE 4 OF THIS NOTICE.

        IF YOU AGREE AND CONSENT TO THE CHANGES SHOWN ABOVE, PLEASE SIGN THIS
CONSENT.

### CONSENT TO ASSESSMENT AND COLLECTION

        I DO NOT WISH TO EXERCISE MY APPEAL RIGHTS WITH THE INTERNAL REVENUE SERVICE
OR TO CONTEST THE FINDINGS OF THIS NOTICE IN THE UNITED STATES TAX COURT.  THEREFORE,
I CONSENT TO THE IMMEDIATE ASSESSMENT AND COLLECTION OF THE ADDITIONAL TAX SHOWN IN
THIS NOTICE, PLUS INTEREST AND PENALTY.  ALSO, I WAIVE THE REQUIREMENT THAT A NOTICE
OF CLAIM DISALLOWANCE BE SENT TO ME BY CERTIFIED MAIL FOR ANY OVERPAYMENT SHOWN IN
THIS NOTICE.

```
YOUR SIGNATURE              SPOUSE'S SIGNATURE IF JOINT RETURN        DATE
```

### KEEP THIS PAGE FOR YOUR RECORDS

```
RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER      BEST TIME TO CALL
(   )  -
                                      AMOUNT YOU OWE..................$12,569.
                                      LESS PAYMENTS NOT INCLUDED. $_____
91                                    PAY ADJUSTED AMOUNT........ $_____
```

```
579801874 JX 0000 30 0 199912 640 00001256942
```

```
                INTERNAL REVENUE SERVICE       CASSANDRA  HARRIS
                CHIEF, EXAMINATION BRANCH       ██████████  ██████████
19G             PHILADELPHIA, PA   19255

                |..lll.l....l.l.l.l.l.l.l.l.l       1424
```

```
200024              28221-129-33315-0
```

```
TOTAL TAX AFTER CHANGE.............................$14,487.00
TAX SHOWN BEFORE THIS CHANGE...............................00
INCREASE IN TAX AND/OR
   DECREASE IN CREDITS.....................................14,487.00
MINUS OVERPAYMENT OR REFUND
   BEFORE THIS CHANGE.....................................1,917.58
TOTAL AMOUNT YOU OWE THE IRS NOW..........................12,569.42
```

NOTE:   YOU MAY OWE INTEREST AND PENALTY ON THE TOTAL AMOUNT YOU OWE IRS NOW.  A
        SEPARATE BILL FOR INTEREST AND PENALTY WILL BE SENT TO YOU AFTER WE FINISH
        OUR EXAMINATION.  THE TOTAL AMOUNT YOU OWE IRS NOW DOES NOT INCLUDE ANY
        TAX, PENALTIES, OR INTEREST YOU OWED WHEN YOU FILED YOUR ORIGINAL RETURN.

        IF YOU DISAGREE AND DO NOT CONSENT TO THE CHANGES SHOWN ABOVE, PLEASE SEND THE
INFORMATION REQUESTED ON PAGE 4 OF THIS NOTICE.

        IF YOU AGREE AND CONSENT TO THE CHANGES SHOWN ABOVE, PLEASE SIGN THIS
CONSENT.


                        CONSENT TO ASSESSMENT AND COLLECTION


        I DO NOT WISH TO EXERCISE MY APPEAL RIGHTS WITH THE INTERNAL REVENUE SERVICE
OR TO CONTEST THE FINDINGS OF THIS NOTICE IN THE UNITED STATES TAX COURT.  THEREFORE,
I CONSENT TO THE IMMEDIATE ASSESSMENT AND COLLECTION OF THE ADDITIONAL TAX SHOWN IN
THIS NOTICE, PLUS INTEREST AND PENALTY.  ALSO, I WAIVE THE REQUIREMENT THAT A NOTICE
OF CLAIM DISALLOWANCE BE SENT TO ME BY CERTIFIED MAIL FOR ANY OVERPAYMENT SHOWN IN
THIS NOTICE.



YOUR SIGNATURE                 SPOUSE'S SIGNATURE IF JOINT RETURN        DATE




                 RETURN THIS PAGE TO US WITH YOUR CHECK OR INQUIRY




RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER        BEST TIME TO CALL
(    )    -
                                        AMOUNT YOU OWE..................$12,569.

                                        LESS PAYMENTS NOT INCLUDED. $_____
91                                      PAY ADJUSTED AMOUNT........ $_____


     579801874 JX 0000 30 0 199912 640 0000125942


           INTERNAL REVENUE SERVICE           CASSANDRA  HARRIS
           CHIEF, EXAMINATION BRANCH
19G        PHILADELPHIA,  PA   19255


           |...|||.|....|.|.|.|.||.|.|.|.||
                                               1425


200024              28221-129-33315-0

PHILADELPHIA SERVICE CENTER

REASON(S) FOR THE CHANGE(S):

91              $70,608.00

        THE TAX ON YOUR RETURN HAS BEEN CORRECTED BECAUSE A DEDUCTION, CREDIT,
OMISSION OF INCOME, OR OTHER ADJUSTMENT AS AN INDICATION OF PROTEST CANNOT BE
ALLOWED.

1426