# GOVERNMENT EXHIBIT 8

# Internal Revenue Service          Department of the Treasury

**Area Director**

Date: November 20, 2000

Cassandra Harris
~~[redacted]~~

In Reply Refer to:
    E:EB VII:2713:KG
Person to Contact:
    K.M. GLAWE
ID Number: 52-04875
Contact Telephone Number:
Voice: (202) 874-0205
Tax Year Ended: 199612

Dear Ms. Harris,

    Thank you for the information you gave us about your Federal income tax liability for the above year. We considered it carefully. The item checked below applies to you.

    ☐ We did not change our previous determination because you did not establish that you furnished more than half the total support of the dependents in question.

    ☐ We did not change our previous determination for the reasons given on the enclosed form(s).

    ☐ We adjusted your tax liability as shown in the enclosed revised examination report.

    ☒ We did not change our previous determination because you did not schedule the requested appointment, nor otherwise present the additional information requested in the letter sent to you.

    If you agree with our findings, please sign and return either the consent on the examination report, or the agreement form if one is enclosed. If a waiver form is enclosed, we would appreciate your signing and returning it.

    If you do not agree, you may do one of the following:

    1. Ask for a meeting with an examiner at one of our local offices, if the examination was conducted entirely by mail. During this informal discussion, you may furnish any additional information you would like considered. Please write or phone us and if necessary we will transfer your case. You will be contacted so that a convenient time and place can be arranged.

    2. Request a hearing with a member of our Office of Regional Director of Appeals. The Appeals Officer will be someone who has not examined your return. Please write or phone us and we will transfer your case to the Appeals Office nearest you and they will contact you. However, if the examination was conducted entirely by mail, we would appreciate your first discussing our findings with an examiner, as explained in item 1.

    The publications previously given you explain your appeal rights.

1878

Letter 692 (DO) (Rev 8-78)

Please reply within 10 days from the date of this letter. We have enclosed an addressed envelope for your convenience.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter.

Thank you for your cooperation.

Sincerely yours,

J. J. Jennings
Area Director

Enclosures:
☒ Examination report
☐ Agreement form
☐ Waiver of notice of claim disallowance

Letter 692(DO)(Rev 8-78)

1879