# GOVERNMENT EXHIBIT 9

| | Department of the Treasury - Internal Revenue Service | Schedule No. or Exhibit |
|---|---|---|
| | **Explanation of Items** | |
| Name of Taxpayer<br>Cassandra Harris | | Year/Period Ended<br>199912 |

The adjustments are being made based on the return you filed which reported none of your incomes or deductions.

The term "voluntary" as used in the IRS publications refers to our system of allowing the taxpayer to disclose the relevant facts to determine the correct amount of tax rather than the government determining the amount of tax for them. "Voluntary self-assessment" does not grant the individual the option to decide not to file a tax return, to leave taxable income off a filed return, or to show incorrect tax on the return. Trying to do so will result in sanctions. [See Helvering v. Mitchell, 303 U.S. 391, 399(1938); Lonsdale v. United States, 919 F. 2d 144 (10th Cir. 1999); United States v. Payne, 978 F. 2d 1177 (10th Cir. 1992)].

Reporting of an individual's income is not voluntary. Internal Revenue Code section 61 states that all income is taxable unless specifically excluded by another provision of the code. There are no provisions to exclude any of the income which is added back by this report. You have provided no basis for excluding any of this income.

Imposition of the income tax is not voluntary. Section 1 of the Internal Revenue Code imposes the tax on the taxable income of every individual who files a return in accordance with the tables provided.

While the Internal Revenue does not have the authority to physically alter a return filed, it does have the authority to examine the return (IRC sec. 7602), make adjustments to include the correct income, and to assess the correct tax on the corrected income. ( Reg. Sec. 301.6201-1)

As regards to withholding, all employers are required to withhold income tax on an employee's wages. The withholding is based on the number of withholding exemptions listed on the form W-4 that the employee files with the employer. The publication 515 that was quoted in your letter deals with non-resident aliens of the US, not with US citizens.

1864

Form 886-A (Rev.4-68)  Department of the Treasury - Internal Revenue Service