# GOVERNMENT EXHIBIT 11

Department of the Treasury  
Internal Revenue Service  
31 Hopkins Plaza  
Room 1108  
Baltimore, Maryland 21201  
Attn: Scott E. Irick

July 27, 2001

Re: Cassandra Harris

**AFFIDAVIT OF EXHAUSTION OF ADMINISTRATIVE REMEDIES PURSUANT TO CODE SECTION 26 C.F.R 301.7403-1 (d) AND CLAIM FOR RELIEF HEREIN**

Dear Sir,

I am sending this affidavit in rebuttal to the findings by your agency, the Internal Revenue Service, Examinations Branch, on the reasons stated by your agency as regarding me as being a taxpayer liable for something I don't even earn.

The first issue I would like to address, is the voluntary compliance of our income tax system. The Supreme Court states that our entire income tax system is based on voluntary assessment, not distraint.

**"OUR TAX SYSTEM IS BASED UPON VOLUNTARY ASSESSMENT AND PAYMENT, NOT UPON DISTRAINT"**

**Supreme Court,:**   Flora v. U.S., 362 U.S. 145, 4 L ed 2nd 623, 80 s Ct 630  
Helvering v. Mitchell, 303 IS 391, 399, 82 L ed 917, 921, 58 S Ct  
Treasury Regulations on Procedural Rules (1954 Code) 601.103 (a)

"The tax system is based on voluntary compliance..."   26 CFR 601.602 (a)

**Voluntary:** 1) given freely without compulsion, 2) having the power of free choice - **Webster's Dictionary**

**"By means which the law permits, a taxpayer has the right to decrease the amount of what otherwise would be his taxes or to altogether avoid them."** - Gregory vs. Helvering

I filed my 1040 voluntarily assessing myself with no tax liability according to the laws of the IRS code and the Supreme Court. I would like to have more of an understanding from your agency explaining why I am being compelled to pay voluntary tax.

**RECEIVED**

**SEP 2 4 2001**

INTERNAL REVENUE SERVICE  
SB/SE CASE PROCESSING EAST

0400

Note: the Supreme Court also ruled that income is defined as profits and gains that derive from the sale of corporate activity.

**Income**, as defined by the **Supreme Court** means, **gains and profits as a result of corporate activity** and **profit** **gained through the sale or conversion of capital assets."** **Stanton v Baltic Mining Co.** 240 U.S. 103, **Stratton's Independence v. Howbert** 231 U.S. 399. **Doyle v. Mitchell Bros.** Co. 247 U.S. 179, **Eisner v. Macomber** 252 U.S. 189, **Evans v. Gore** 253 U.S. 245, **Merchants Loan & Trust Co. V. Smietanka** 225 U.S. 509.

I am requesting information that you have on me as having any profits and gains for tax year 1999. If I had reported on a 1040 that I had profits and gains as gross income, I would be committing perjury on the 1040 form and your agency is trying to force me to commit perjury by asking me to agree to the illegal assessment and sending to me form 4089-B, Notice of Deficiency Waiver. I will not sign this agreement because the Supreme Court has also stated that I should not trust you because you might be acting outside of your jurisdiction, and you may be unaware of that fact.

An excerpt from the Supreme court decision **FEDERAL CROP INSURANCE CORP VS. A.A. MERRILL, 332 U.S. 380.** Note that the court held in that decision that:

> Anyone entering into an arrangement with the government **takes a risk** of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations upon his authority. (emphasis added)

If you are taking actions against me because I entered "0" on the gross income box on the 1040, then your assumption is with error. As courts have validated, that a return with "0" entered in the correct spaces, is a valid return.

*It should be noted that the courts have ruled that "a (1040) form with 'zeros' inserted in the space provided...qualified as a return." See U.S. vs Long, 618 F. 2d 74 (9th Circuit 1980); U.S. vs Kimbal, No 87-1392 D.C. No. Cr 86-0017-ECR (9th Cir. Filed 2/26/1990); and U.S. vs Moore, 627 F. 2d 830 (7th Cir.)*

Therefore there are no mistakes on my return which would not give the Internal Revenue Service agents the authority to make any changes on my return.

For income tax purposes, one must rely on the statutory construction of the Internal Revenue Code, which means to learn the definitions that have been changed from the common sense to the meanings given to such words by the Secretary of the Treasury. First we will look at the word employee, the code states:

2

*26 U. S. C. or 8 Federal Register. September 7, 1943   404.104. pg   12267.*   as   follows

> **26 CFR 31.3401 (c)-1. Employee.**
> "(a) The term "Employee", ...<u>includes officers and employees whether elected or appointed of the United States, a state, Territory, Puerto Rico or any political subdivision thereof,</u>...
>
> (c) Generally, physician, lawyers, dentist, veterinarians, contractors, public stenographers, auctioneers, and others who follow and **independent trade, business, or profession**, in which they offer their services to the public, <u>**are not employees.**</u>

When examining this code section, it is apparent that I am not the employee that is defined in the code section above. I am not elected nor am I appointed to any government positions, also I have no special privileges beyond the scope of an ordinary citizen with my employer. As the Supreme Court has also ruled, that the income tax, because of its direct nature, is in fact an excise tax on privileges. Please send me a copy of all privileges that I am being taxed for.

In the Supreme Court case **Brushaber v. Union Pacific RR Co. the court "recognize the fact that taxation on income was in its nature an excise"** Sense the **excise tax** can **only** tax a privilege. **Excise Taxes Must Be Voluntary** "The obligation to pay an excise is based upon the **voluntary action** of the person taxed in performing the act, enjoying the privilege, or engaging in the occupation which is the subject of the excise, and **the element of absolute and unavoidable demand is lacking"**
People ex rel. Atty Gen. v. Naglee, 1 Cal 232: Bank of Commerce & T. Co. v. Senter, 149 Tenn. 441, 381 S W 144, If you don't want to pay the tax, you can refuse the privilege!

According to your form 886A, last paragraph of the letter of examinations of items, you stated as regarding to withholding, all employers are required to withhold income tax on employee's wages. Please provide me with information that you have that would make me that employee defined in the above code **26 CFR 31.3401 (c)-1.**

In addition, you stated that publication 515 was quoted in my letter and you stated that it dealt with non-residence aliens, not United States citizens. You are perfectly correct in your assumption of publication 515. However, you are incorrect as to my status as a citizen of the United States. **I AM NOT A CITIZEN OF THE UNITED STATES.** I have not entered into any agreements with the government that would subject me to being a citizen of the United States. I am not involved in any trades or businesses that would make me a citizen of the United States.

3

Further, I had no *gross income* because I am not subject to the Public Salary Act of 1939 (76th Congress, 1st Session, Chap. 59, pgs 574, 575), as follows:

> **Public Salary Act of 1939, TITLE I – SECTION 1.** 22(a) of the Internal Revenue Code relating to the definition of '**gross income**', is amended after the words '**compensation for personal service**' the following: "Including personal service <u>as an officer or employee of a State, or any political subdivision thereof, or any agency or instrumentality of any one or more of the foregoing.</u>"

So it becomes clear to me at this point, that I did not earn taxable income as defined by the code and the Supreme Court rulings and the IRS cannot charge me with any privileges and can not take a common right endowed to me by the Constitution and make it a taxable privilege.

## 26 CFR 1.871-7.

### Taxation of nonresident alien individuals *not engaged in trade of U.S. business*. –

> Imposition of tax. (1) "... a nonresident alien individual ... is NOT subject to the tax imposed by Section 1" [Subtitle A, Chapter 1]

I would have to be classified as a nonresident alien. According to the tax laws I am not engaged in a trade or business in the United States. Let it be also noted that I turn in a exempt w-4 with proof of citizenship to my employer as defined by the Secretary. According to the tax laws my employer is to stop withholding in which they did and they were not to submit any information on me stating I had gross income or taxable wages and if they did then you have a right to question them as well in this issue for reporting false information to the IRS and there are penalties involve here.

Civil damages for fraudulent filing of Forms W-2.   If you willfully file a
> fraudulent Form W-2 for payments you claim you made to another person, that person may be able to sue you for damages. You may have to pay $5.000 or more.

Reconciling Forms W-2, W-3, 941, and 943

> When there are discrepancies between amounts reported on Forms 941 or 943 filed with the IRS and Forms W-2 and W-3 filed with the SSA, we must contact you to resolve the discrepancies.

See Pub. 1602, General Rules for Individual Retirement Arrangements Under the
Tax Reform Act of 1986, for information on who qualifies as an active participant.
Do not check this box for contributions made to a nonqualified or section 457
plan.

General Instructions for Forms W-2 and W-3
Who must file Form W-2.   Employers must file Form W-2 for wages paid to
each employee from whom:

> Income, social security, or Medicare taxes were withheld or
> Income tax would have been withheld if the employee had claimed no more
> than one withholding allowance or **had not claimed exemption from
> withholding on Form W-4, Employee's Withholding Allowance Certificate**.

My question to you would be can you instruct me as what to do , in obtaining a correct w-2 from my employer ?

In a recent meeting with agent Karen Glawe in her explanation of income, means everything that comes in. I prove to her that, that is not true according to the code and Supreme Court rulings. Then she start citing cases that were of corporate issues. Then she came to the conclusion that the word include as define in the tax code means to include everybody else. The Supreme Court ruling on the word include, including was a very limited one it states:

In defining the words "Include" and "including," The Supreme Court, ruled as follows:
"The ordinary significance of the terms, as defined by the dictionaries, both Webster and the Standard, is "to confine within; to hold; to contain; to shut up; embrace; and involve.  Include or the participial form thereof, is defined to comprise within'; 'to hold'; 'to contain'; 'to shut up; and synonyms are 'contain'; 'enclose'; 'comprehend'; 'embrace."
**Montillo Salt Co. V. Utah**, 221 U.S. 452, at 455, 466

**Treasury Definition 3980, Vol. 29, January-December, 1927, pgs 64 and 65** defines the words *includes* and *including* as: "(1) **To comprise, comprehend, or embrace...** (2) **To enclose within; contain; confine...** But granting that the word *including* is a term of enlargement, it is clear that it **only** performs that office by introducing the **specific elements** constituting the enlargement. It thus, and thus **only**, enlarges the otherwise more **limited, preceding general language**... The word 'including' is obviously used in the sense of its *synonyms*, comprising, comprehending; embracing."

*Includes* is a word of *limitation*. Where a *general term* in Statue is followed by the word, '*including*' the primary import of specific words following quoted words is to indicate restriction rather that enlargement. **Powers ex rel Doyon v. Charron R.I.**, 135 A, 2nd 829, 832 Definitions - Words and Phrases pages 156-156, Words and Phrases under "**limitations**'.]

6

At the ending of the meeting agent Karen Glawe stated she would get back to me with relevant information proving that the word include when used in statues of the tax laws means to expand to everyone, of corse after her findings I knew I wouldn't hear from her again. The Internal Revenue Code is the most crafty piece of work ever constructed by lawyers. The Supreme Court warns us about the statutory construction of the IRS Code.

The **Malat v. Riddell** court ruled, **"Congress may provide its own definitions for the term used. The student should be aware of a number of general definitions contained in the Title 26, Internal Revenue Code".**

If possible I would love to have a meeting with you and a representative from my employer so we can get to the bottom of this issue as soon as possible. I truly believe my employer intentionally or ignorantly submitted false information on the W-2. There is nothing on the w-2 that says income or gross income.

In conclusion I want to take this time to thank you for any assistance you give me in resolving this issue.


Constitutionally yours

*[signature]*

PRESERVATION OF EXISTING RIGHTS AND REMEDIES, I preserve all of my rights and

remedies, including but not limited to, common law as well as equity.

7