# GOVERNMENT EXHIBIT 14

Internal Revenue Service

District Director

Department of the Treasury
31 Hopkins Plaza (Room 1108)
Baltimore, Maryland 21201

Contact: Notices Clerk
Telephone Number:
(410) 962-3093

Cassandra Harris

Refer Reply to: 90 day

Date: **September 4, 2001**

STATUTORY NOTICE DATED:
**July 13, 2001**

SSN:

Dear Ms. Harris:

This will acknowledge receipt of information from you regarding the additional income taxes proposed in the Statutory Notice of Deficiency.

A careful evaluation of this extra data has resulted in the following conclusions:

[XX] No basis exists for modification of the determination stated in the Statutory Notice. Therefore, you are advised to (a) sign the Waiver, Form 4098, enclosed with the Notice or (b) file a petition with the Tax Court of the United States to contest the proposal.

[ ] Since there is less than 30 days remaining in the Statutory period, there is not sufficient time to reconsider this case. Therefore, if you are still in disagreement with the findings, we suggest that you file a petition with the Tax Court of the United States prior to the expiration of the 90 day period.

[ ] Your case file has been referred to an examination group for reconsideration. You will be contacted by them in the near future.

[ ] We have reviewed the file as well as the correspondence you sent in. However, before we can recommend that your case be returned to the group for consideration, copies of all additional documentation must be sent to our office for review (see below or attached for details). Please mail us this additional documentation within 10 days. Once this information is received and reviewed, we will contact you again concerning our determination.

Presentation of supplementary information does not serve to suspend or extend the period specified in the Statutory Notice within which you may petition the Tax Court of the United States. Last day for filing a petition is within 90 days of the above Statutory Notice date.

R. Johnson 52-02365, Reviewer

1772