# GOVERNMENT EXHIBIT 15

District Director
                                    Department of the Treasury
                                    31 Hopkins Plaza (Room 1108)
                                    Baltimore, Maryland 21201

                                    Contact: Notices Clerk
                                    Telephone Number:
                                    (410) 962-3093

                                    Refer Reply to: 90 day

Cassandra Harris

                                    Date: **September 26, 2001**

                                    STATUTORY NOTICE DATED:
                                        July 13, 2001

                                    SSN:



Dear Ms. Harris:

This will acknowledge receipt of information from you regarding the additional income taxes proposed in the Statutory Notice of Deficiency.

A careful evaluation of this extra data has resulted in the following conclusions:

[X] No basis exists for modification of the determination stated in the Statutory Notice. Therefore, you are advised to (a) sign the Waiver, Form 4089, enclosed with the Notice or (b) file a petition with the Tax Court of the United States to contest the proposal.

[ ] Since there is less than 30 days remaining in the Statutory period, there is not sufficient time to reconsider this case. Therefore, if you are still in disagreement with the findings, we suggest that you file a petition with the Tax Court of the United States prior to the expiration of the 90 day period.

[ ] Your case file has been referred to an examination group for reconsideration. You will be contacted by them in the near future.

[ ] We have reviewed the file as well as the correspondence you sent in. However, before we can recommend that your case be returned to the group for consideration, copies of all additional documentation must be sent to our office for review (see below or attached for details). Please mail us this additional documentation within 10 days. Once this information is received and reviewed, we will contact you again concerning our determination.

Presentation of supplementary information does not serve to suspend or extend the period specified in the Statutory Notice within which you may petition the Tax Court of the United States. Last day for filing a petition is within 90 days of the above Statutory Notice date.

R. Johnson

Johnson 52-02365, Reviewer