# GOVERNMENT EXHIBIT 16

Department of the Treasury
Internal Revenue Service
P.O. BOX 219236
KANSAS CITY, MO 64121-9236

ACCEPTED FOR VALUE

THIS PROPERTY IS EXEMPT FROM LEVY
PLEASE ADJUST THIS ACCOUNT AND RELEASE
THE PROCEEDS, PRODUCTS, ACCOUNTS AND
FIXTURES AND RELEASE THE ORDER OR ORDERS
OF THE COURT TO ME IMMEDIATELY

EMPLOYER ID# ▓▓▓▓▓▓▓▓
VALUE 19,582.11   DATE 2-7-03
CASSANDRA HARRIS

WI

Date:
JAN. 21, 2003

Taxpayer Identifying Number:
▓▓▓▓▓▓▓ V 01

Caller ID: 278004

Contact Telephone Number:
TOLL FREE: 1-800-829-7650

BEST TIME TO CALL: 8:00AM TO 8:00PM
EXPECT ANSWER DELAYS: 4PM TO 6:30PM

RECEIVED
MAR 17 2003

**Reminder Notice**   FRP 307

We are required by law to remind you periodically in writing about your overdue tax. The amount you owe is shown on the back of this letter.

You do not need to contact us about this letter if you are working with us to resolve your account. However, please call the telephone number listed above if you:

- have unanswered questions about the overdue taxes.
- wrote or called us more than 30 days ago and have not received a reply.

If you have NOT been working with us to resolve your account, please read the rest of this letter carefully. Then, based upon your situation, take the action listed in either Step 1 or Step 2.

**Step 1:**
Send us the full payment if you agree with the amount you owe shown on the back of this letter and have no questions. Make your check or money order payable to United States Treasury. Write your social security number or employer identification number and the tax year of your payment. Send your payment in the enclosed envelope with a copy of this letter.

**Step 2:**
Call the telephone number listed above if you:

- believe the overdue tax is incorrect or have other questions.
- are unable to pay your overdue taxes in full. Be ready to tell us what your monthly income and expenses are so we can help you arrange a payment plan.

This office is authorized to take enforcement action to collect the amount you owe. This can include taking your property, or rights to property, such as wages, bank accounts, real estate or automobiles. We may also file a Notice of Federal Tax Lien without giving you advance notice. A lien is public notice to your creditors that the government has a right to your interests in your current assets and assets you acquire after we file a lien. This can affect your ability to obtain credit. To avoid possible enforcement actions, we must hear from you within 10 days from the date of this notice.

MAR 19 2003
OGDEN COMPLIANCE
SERVICES CENTER

Enclosures:
Copy of this letter
Envelope


*579801874103*

Operations Manager, Automated Collection System

1702

Letter 3228 (Rev. 01-2002)(LT-39)

ACCEPTED FOR VALUE

THIS PROPERTY IS EXEMPT FROM LEVY
PLEASE ADJUST THIS ACCOUNT AND RELEASE
THE PROCEEDS, PRODUCTS, ACCOUNTS AND
FIXTURES AND RELEASE THE ORDER OR ORDERS
OF THE COURT TO ME IMMEDIATELY

EMPLOYER ID# ▮▮▮▮▮▮▮▮
VALUE _19,582.11_  DATE _2-7-03_
/S/ _Cassandra_

If you want a detailed explanation of the statutory additions (penalties and interest), please call the telephone number shown on the front of this letter.

### Account Summary — CASSANDRA HARRIS

| Type of Tax | Period Ending | Assessed Balance | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12-31-1999 | $ 16,346.00 | $ 2,701.85 | $ 19,047.85 |
| CIVPEN | 12-31-1999 | $    500.00 | $    34.26 | $    534.26 |
|  |  |  | **Total Amount Due** | **$ 19,582.11** |

| Type of Tax | Period Ending | Name of Return |
|---|---|---|
|  |  |  |

1703