# GOVERNMENT EXHIBIT 17

Commissioner Mr. Charles Rossotti Internal Revenue Service
1111 Constitution Avenue NW Room 3000
Washington, D.C. 20224

February 06, 2003

CONDITIONAL ACCEPTANCE FOR VALUE ON LIABILITY TO TILE 26 AND STATUS OF TAXPAYER - REQUEST FOR PROOF OF CLAIM AND AGREEMENT FOR COMMERCIAL DISCHARGE OF TAX
File/UCC Contract Trust Acct #: [REDACTED]

Dear Mr. Rossotti:

It has come to my attention of certain facts relative to some perceived nexus or liability to Title 26 (Income Tax Code). Based upon my past and limited knowledge and any disclosure of certain points or facts, I have come to the understanding that, in respect to my 'account' (record, communications, filing, etc.) that I may had been in error and may had made gross mistakes in dealing with any 'legal' tax liability. Obviously, I was led to believe that I was required to file, that I was a 'taxpayer,' etc. I may had taken certain advice to 'protect' my livelihood and property. It is my firm belief that **I'm not a 'Tax Protestor,'** and in my search and understanding, I have come to understand and are aware of the following:

1. I'm not specifically named in IRC 6331 for the tax. to be applied (see THE PEOPLE v. Herkimer, 4 Cow. 345; 1825 N.Y. LEXIS 80)
2. I have not received notice that I'm required to keep books and records.
3. I was not in any manner notified that I was the 'subject' and/or the 'object' of the income tax. (see Long v. Rasmussen, 281 F. 236, at 238 (1922) & Economy Plumbing and Heating v. U.S., 470 F. 2nd 585, at 589 (1972)
4. I was not noticed that the tax. is only applied to corporate activity. (see Doyle v. Mitchell Bros., 247 U.S. 179 (1989) and the Corporation Tax. Act of 1909).
5. I have not been shown that my livelihood is considered 'income,' having the aspect of 'gain and profit.' (see South Pacific v. Lowe, 238 F. 847)
6. I have not been noticed that the Internal Revenue Service is an agency of the United States. (see District Court of the District of Idaho Case #93-405-E- EJL/11-19-93)
7. I'm unaware of any specific contract (implied or otherwise) with such 'agency' not a part of the United States, to have some bearing to the 'internal' (taxing) affairs of the United States on any debt owed by the United States Corporation.
8. I have not been noticed that I'm a party to the U.S. Constitution that would establish a nexus to any federal agency for any purpose not previously disclosed, aside from any secret or implied contracts entered into without full disclosure. (see Padleford, Fay & Co. v The Mayor & City of Savannah, 14 Ga. 438 (1854))
9. I have not been disclosed of the 'interest' the United States has in myself, my property or same as applied to my debtor, how it was created (as to any pledge or hypothecation of my property) and/or if the 'interest' is merely found or established in the corporate entity Debtor as identified on the IMF file.

The above points are relative to my 'case,' and while it is my right to challenge jurisdiction, being the fact that the IRS and your 'agency' is required to prove or substantiate, that is, provide proof of claim, to support your belief that I am a 'taxpayer' in my 'private capacity,' and therefore subject to Title 26. Please keep in mind I am not protesting.

Page 1 of 3

It has come to my attention that the income tax is imposed or laid upon corporate entities (corporate officers) and upon corporate activity (Flint v. Stone Tracy, 220 U.S. 107 & THE CORPORATION TAX ACT 1909) In respect to this, I'm now aware of the named entity on the 'INDIVIDUAL MASTER FILE' (and IRS tax presentments, etc.) of which identifies such a corporate entity, being registered in Puerto Rico under IRS Trust #62 and which bears a 'taxable activity code' not in alignment to my specific livelihood.

THEREFORE; I conditionally accept for value you and your private agency's claim that I may be specifically subject to Title 26 and may be liable for said 'income tax, and I will pay or discharge any said tax liability, predicated by you or your 'agencies' PROOF OF CLAIM..

PROOF OF CLAIM will be established by your bringing forward and producing the 'proof' of your claim in respect to the following:

1. PROOF OF CLAIM that the tax imposed is lawfully binding upon me in my private capacity.
2. PROOF OF CLAIM that the tax imposed is not laid against any corporate entity in regards to any presumed corporate activity.
3. PROOF OF CLAIM that I'm subject"1o or a party to the U.S. Constitution to establish said nexus to the federal government and therefore to the IRS.
4. PROOF OF CLAIM that I'm subject to the tax liability via any secret, implied or other agreement or contract, bearing my signature, etc.
5. PROOF OF CLAIM that the name on the IMP file is not an ENS LEGIS, for the purpose of laying the tax for corporate activity.
6. PROOF OF CLAIM that I have consented, agreed or signed a contract allowing my 'private' property to be taken in any manner to discharge any tax debt.
7. PROOF OF CLAIM that I have consented to any 'Pledge' of any property for the benefit of any foreign principal.
8. PROOF OF CLAIM that I'm not bankrupt or insolvent and have lawful means to 'pay' the taxes at law.
9. *PROOF* OF CLAIM that I, as Secured Party / Creditor cannot discharge the fine, fee, tax or debt via the remedy provided by Congress through HJR -192, by and through acceptance for value and discharge by Bill of Exchange, for the benefit of the Republic in behalf of my Debtor as identified on the IMP file.

This communique/Conditional Acceptance is sent in good faith in and for the request for PROOF OF CLAIM. You and your agency have 10 days (7 days beyond the 3 days Truth in Lending) to respond with PROOF OF CLAIM(S). You or your agency's failure or refusal to provide PROOF OF CLAIM will establish your default and *dishonor* in the matter, and you and your agency will have admitted to the points raised and presumption will be taken by and through your tacit *agreement* that the IRS will accept and honor any commercial discharge of any 'tax liability' accepted for value in respect to the Debtor's UCC Contract Trust Account as identified on the IMP and any tax presentments sent by the IRS and cause the 'account' to be adjusted to '0' for the tax years in question, as to any so-called dollar amount, as to this 'account' in respect to the secured party below.

Again, I have come to understand my past dealings with this matter may have been incorrect and that I may had been protesting in some capacity, that I may had dishonored the IRS in respect to the corporate tax laid on 'my' ENS LEGIS, and that I may have made several mistakes in regards thereto. I do apologize. Please be advised that it is my good faith and intent to rectify this matter, commercially, and discharge the tax as soon as possible.

Please respond within the time period and provide said PROOF OF CLAIM to the Notary's address below. Your failure to provide proof of claim to Documant will constitute self-executing evidence of dishonor and agreement to accept commercial discharge.

Thanking you in advance for your time in this matter, I remain

Sincerely,

*Cassandra Harris* (signature)

Cassandra Harris - Secured Party - Principal
As authorized representatives in behalf of
CASSANDRA HARRIS. -ENS LEGIS

cc filed
David B. Palmer Kansas-Missouri District Posts of Duty District Director 1222 Spruce St. St. Louis, MO 63103
Operations Manager, IRS, P.O. Box 219236, Kansas City, MO 64121-9236

Notary
SUBSCRIBED AND AFFIRMED: State of Virginia, County of Fairfax

On this 7th day of February 2003, Cassandra Harris personally appeared, personally known to me, OR proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to the within instrument.

Witness my hand and official seal.

_(signature)_

Signature of Notary

My Commission Expires: My Commission Expires May 31, 2005

### AFFIDAVIT OF SERVICE

On this 10th day of February 2003, Cassandra Harris mailed the CONDITIONAL ACCEPTANCE FOR VALUE ON LIABILITY TO TILE 26 AND STATUS OF TAXPAYER - REQUEST FOR PROOF OF CLAIM AND AGREEMENT FOR COMMERCIAL DISCHARGE OF TAX by certified return receipt, United States Postal Services to David B. Palmer Kansas-Missouri District Posts of Duty District Director 1222 Spruce St. St. Louis, MO 63103 & Operations Manager, IRS, P.O. Box 219236, Kansas City, MO 64121-9236, Commissioner Mr. Charles Rossotti Internal Revenue Service 1111 Constitution Avenue NW Room 3000 Washington, D.C. 20224

## "MEMORANDUM OF LAW ON SUBJECT OF PEONAGE"

Louisiana State        )
                       )ss          Affidavit
Calcasieu Parish       )

We,the woman Frances-Ann:Holliman-Propst,and the man Charles-Edward:Propst,Junior,a being over the age of majority,of sound mind,and having first hand knowledge of the facts stated herein,hereby timely say that the following is true and correct to the best of our knowledge and belief,materially complete,not misleading,the truth,the whole truth and nothing but the truth.

1.    The following evidence as to the subject of "peonage" is added to,and made an intregral part of,our September 22,2002,16 page affidavit titiled "MEMORANDUM OF LAW *identifying property subject to what is termed "income tax" and "the person liable" therefor.*"

2.    It has been established by silence to our prior affidavits that we are NOT transferees of the public's money(the United States(U.S.)Government's property referred to as "Federal income tax,that is liable to be returned to the U.S.Treasury).  This means our entire estate or trust is foreign to the U.S. Government,as defined in 26 U.S.C.Sec.7701(a)(31),and therefore not lawfully subject exaction by governments under internal revenue laws or subject to any Federal or State withholding or reporting statutes.

3.    It has been established by silence to our prior affidavits that when we,by mistake,filed a Form 1040 we did not return to the U.S.Government its "Federal income tax" but,instead,delivered to the U.S.Government our income in the form of a gift.  The nature of this act is that we tax our own income,our labor,and deliver it to the U.S.Government via the IRS.

### Peonage

4.    The U.S.Supreme Court explained that "peonage" is a condition of being compelled to specific performance to labor for others to discharge a claim of debt;and that peonage is sometimes classified as voluntary or involuntary,the latter being forced upon the alleged debtor by some provision of law.  The *Clyatt* Court[1] ruled that any person party to any form of commercial transaction has remedy available as to damages for breach of contract in a court of law when based upon a verified claim of injury.

---

1.    On next page.

Memorandum of Law on Subject of Peonage                Page 1 of 5

5.   With it esatblished by silence to our prior affidavits that the Internal Revenue Code(IRC or 26 U.S.C.)statutes are inapplicable to us and our property then any claims of debt against us fabricated by agents of the IRS Commissioner are in fact fictitious claims of debt.  Reliance upon having followed IRS procedures does not alter this fact or the fact that any exaction from us based thereon is an unlawful conversion of property and becomes evidence of the revenue agents intent to place us into a prohibited condition of peonage.  This is so because all of our property is acquired through our labor and our income is NOT derived from sources within any agency or instrumentality of the U.S.Government;thus any transfer of our property without our consent constitutes deprivation that has the result to compel us to labor for others,a prohibited condition of peonage addressed in Federal law[2] and in most State statutes.

### Only injury to government provides cause

6.   With it established that the IRC statutes are inapplicable to us or our property,where our conduct of willful failure to compel ourselves to specific performance to labor for the U.S. Government is perceived as injuring it then remedy is found under

---

1.   "What is peonage?  It may be defined as a status or condition of compulsory service,based upon the indebtedness of the peon to the master.  The basal fact is indebtedness.  As said by Judge Benedict, delivered the opinion in *Jaremillo v.Romero*,1 N.Mex.190,194:"One fact existed universally;all were  indebted to their masters.  This was the cord by which they seemed bound to their masters' service "  Upon this is based a condition of compulsory service.  Peonage is sometimes classified as voluntary or involuntary,but this  implies simply a difference in the mode of origin,but none inthe character of the servitude.  The one exists where the debtor voluntarily contracts to enter the service of his creditor.  The other is forced upon the debtor by some provision of law.  But peonage,however created,is compulsory service,involuntary servitude.  The peon can release himself therefrom, it is  true,by the payment of the debt,but otherwise the service is enforced.  A clear distinction exists between peonage and the voluntary performance of labor or rendering of service in payment of a debt.  In the latter case the debtor,though contracting to pay his indebtedness by labor or service,and subject like any other contractor to an action for damages for breach of that contract,can elect at any time to break it,and no law or force compels performance or a continuance of the service."                                          [emphasis added]
      Clyatt v. U.S.,197 U.S.207,215-216(1905)

2.   On next page.

Memorandum of Law on Subject of Peonage              Page 2 of 5

*Bailey v.Alabama*,219 U.S.219[3],where that court relied upon the *Clyatt* Court ruling as to what is peonage(see footnote 1). As shown by this *Clyatt* Court ruling,where the U.S.Government or anyone within the U.S.Government is injured by our conduct then remedy can be in the form of damages upon a verified complaint of

---

2. Revised Statutes of the United States
    Sec.1990. The holding of any person to service or labor under the system known as peonage is abolished and forever prohibited in the Territory of New Mexico,or in any other Territory or State of the United States;and all acts,law,resolutions orders,regulations,or usages of the Territory of New Mexico,or of any other Territory or State,which have heretofore established,maintained,or enforced,by virtue of which any attempt shall hereafter be made to establish,maintain,or enforce, directly or indirectly,the voluntary or involuntary service or labor of any persons as peons,in liquidation of any debt or obligation,or otherwise,are declared null and void.
    Sec. 5526. Every person who holds,arrests,returnsor causes to be held,arrested,or returned,or in any manner aids in the arrest or return of any person to a condition of peonage,shall be punished by a fine of not less than one thousand nor more than five thousand dollars,or by imprisonment not less than one year nor more than five years,or by both.
        [currently found in 42 U.S.C.Sec.1994 and 18 U.S.C.Sec.1581, respectively]

3. Bailey,a man who entered into a contract to work on a farm owned by a corporation,received an advance of $15.oo under the agreement to pay it back by deductinbg $1.25 per month from his wages over a period of time of 12 months. Bailey quit after working for a little over a month,and did not pay the $13.75 still due on the advance. A law enacted by the Alabama legislature made the mere evidence of refusal to continue in a contract or pay back such advance a prima facie case of fraud against the employer. The U.S.Supreme Court struck down that law and ruled that "no person can be compelled to specific performance to labor for others"and that such a condition is a form of involuntary servitude called peonage. In the <u>Bailey</u> case the "others" was an entity (corporation) that is analogous to a department of the corporate U.S. Government)or corporate State governments,and so must be such "others."
        **OTHER**. Different or distinct from that already mentioned; additional,or further. State v.Chicago,M.St.P.Ry.Co.,128 Minn.25, 150N.W.172,173;City of Ft.Smith v.Gunter,106 Ark.371,154 SW.181, 183;State v.Blumenthal,136 Ark.532,203 S.W.36,37,L.R.A.1918E.482.
        Following an enumeration nof particular classes 'other" must be read as "other such like," and includes only others of like kind and character. [cases cited are omitted].
        Black's Law Dictionary,Third Edition(1933)

Memorandum of Law on Subject of Peonage                Page 3 of 5

1709

injury to the U.S.Government in a State court of justice under common law;just as we would have a cause of action for damages personally against any person whose conduct results in injury to us.

7.   Where employees of the IRS Comisioner refuse,fail or neglect to seek such remedy and they are on notice that their reliance upon IRC statutes and IRS procedures will result in unlawful conversion of property and violation of peonage laws, then any enforcement becomes evidence of their intent to place us into a prohibited condition of peonage.

### NOTICE OF DELIVERY

8.   BE IT KNOWN,the original of this affidavit is being retained by us for use as evidence should the need arise.

9.   The sending of a copy of this affidavit is considered NOTICE to anyone associated directly or indirectly with the person to whom it is sent,and to be deemed delivered personally into their hands no matter who signs the Certified Mail Return Card.

10.   We hereby expressly authorize and require that this "MEMORANDUM OF LAW ON SUBJECT OF PEONAGE" be made a part of ALL records maintained by the IRS as to any account with names spelled like ours(our property).  The intent and purposes for this being that a record be maintained that refutes and rebuts any misinformation upon which revenue agents,the courts,any other U.S.Government entity,or others operate.

The foregoing is said by us to be true and correct to the best of our knowledge and belief, materially complete, not misleading, the truth, the whole truth and nothing but the truth.

Date January 7, 2003        Frances-Ann:Holliman-Propst,

Date Jan 7, 2003            Charles-Edward:Propst, Junior

On this 7th day of January, 2003, the foregoing affidavit titled "MEMORANDUM OF LAW ON SUBJECT PEONAGE" was sworn to and subscribed before me by Frances-Ann:Holliman-Propst, and Charles-Edward:Propst,Junior, proven to me to be this woman and this man by satisfactory evidence.

Notary Public, my commission expires:
at death

Memorandum of Law on Subject of Peonage          Page 5 of 5

1711