# GOVERNMENT EXHIBIT 19

REGISTERED MAIL # RA153 081 009 US  
Cassandra Harris  
c/o: CASSANDRA HARRIS©  
████████████████

August 25, 2003

## REMINDER NOTICE

| | |
|---|---|
| Reference: | SS# ████████ |
| Trace No.: | Letter 3228 of 16 August 2003 |
| Purpose: | Discharge Tax Lien for 1040 tax: 1999 |

DEPARTMENT OF THE TREASURY  
INTERNAL REVENUE SERVICE  
ATTN: JEFFREY PIPPLER, OR ANY AGENT  
5800 E. BANNISTER ROAD  
KANSAS CITY, MO 64134

UNITED STATES TREASURY  
ROSARIO MARIN, TREASURER  
1500 PENNSYLVANIA AVENUE NW  
FEDERAL BUILDING, ROOM 2134  
WASHINGTON, DC 20220

To each and all of the above concerning correspondence IRSLetter3228 of 16 August 2003 regarding one CASSANDRA HARRIS©. The debt is hereby satisfied with the attached bond pursuant to 26 USC § 6325(a)(2) and IRM 5.12.2.2.3. Please note that the amount of the bond is blank in order that you assess the appropriate amount of additional interest incurred. Please discharge the IRSLetter3228 dated 16 August 2003, and release CASSANDRA HARRIS© from the purported debt when you have done this. Please return the voucher to me. You are using my private exemption.

_____  
By Me, Cassandra Harris, a Woman Holder In Due Course, Principal,  
Surety, Owner, Secured Party—Creditor without-recourse

Enclosures: Instructions; Bond; Copyright, UCC-1 Financing Statement

c: Comptroller STATE OF KANSAS  
Sheriff KANSAS CITY: 12 S Water Street, Liberty, MO 64068  
  JUAN A. FLORES GALARZA  
  ROSARIO MARIN

0416

REGISTERED MAIL # RA 153 081 009 US                                                             August 26, 2003

Cassandra Harris
c/o: CASSANDRA HARRIS©
███████████████

    Reference: SS# ███████

    Trace No.: IRSLetter 3228 of the 16th of August 2003

    Creditor Claim: 1040 for 1999

| | |
|---|---|
| DEPARTMENT OF THE TREASURY | UNITED STATES TREASURY |
| INTERNAL REVENUE SERVICE | ROSARIO MARIN, TREASURER |
| ATTN: JEFFREY PIPPLER OR ANY AGENT | 1500 PENNSYLVANIA AVENUE NW |
| 5800 E. BANNISTER ROAD | FEDERAL BUILDING, ROOM 2134 |
| KANSAS CITY, MO 64134 | WASHINGTON, DC 20220 |

### REGISTERED BOND FOR DISCHARGE OF DEBT

I, Cassandra Harris, Principal, Surety, Owner am held and bound to pay the INTERNAL REVENUE SERVICE the sum of _____ USD, unless the Defendant CASSANDRA HARRIS© shall satisfy any judgment which may be recovered against Her by the said Plaintiff, INTERNAL REVENUE SERVICE in this attachment. Pursuant to House Joint Resolution 192 of June 5, 1933 this bond is being returned for the Defendant CASSANDRA HARRIS© for _____ USD, for discharge of said Claim record in «RECIPIENTCITYSTZIP». The recorded Claim Account Number is 579801874, and for tax year 1999. This bond is returned on 26 August 2003.

_/s/ Cassandra_
By Me, Cassandra Harris,
a Woman, Holder In Due Course, Principal, Surety, Owner, Secured
Party—Creditor without-recourse

NEGOTIATE THIS ITEM THROUGH THE BACK OFFICE FOR SETTLEMENT VIA THE PASS THROUGH
ACCOUNT AT THE TREASURY WINDOW :

DEPARTAMENTO DE HACIENDA
JUAN A. FLORES GALARZA, SECRETARIO DE HACIENDA
P.O. BOX 9024140
SAN JUAN, PUERTO RICO 00902-4140

A DISHONOR OF THE ABOVE BOND IS SEDITION AGAINST THE UNITED STATES TREASURY