# GOVERNMENT EXHIBIT 20

```
STATE OF MARYLAND
DEPT OF ASSESSMENTS AND TAXATION
CUST ID:0001110986
WORK ORDER:0000731432
DATE:04-25-2003 10:32 AM
AMT. PAID:$99.00
```

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CASSANDRA HARRIS INC.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: HARRIS, CASSANDRA IN-CORPORATED

1c. MAILING ADDRESS: 5310 2nd STREET NORTHWEST
CITY: WASHINGTON
STATE: DC
POSTAL CODE: 20011
COUNTRY: USA

1e. TYPE OF ORGANIZATION: IN-CORPORATED
1f. JURISDICTION OF ORGANIZATION: District of Columbia
1g. ORGANIZATIONAL ID #: #10859001949

3. SECURED PARTY'S NAME

3b. INDIVIDUAL'S LAST NAME: Harris
FIRST NAME: Cassandra
COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

1) The above named Secured Party, Employer Identification No. ▓▓▓▓▓▓▓▓, a living soul, hereby secures all right, interest, and title in birth certificate number 1▓▓▓▓▓▓▓▓ as received by the DISTRICT OF COLUMBIA Vital Records Department on ▓▓▓▓▓▓▓▓ and the pledge represented by same including, but not limited to the pignus, hypotheca, hereditiments, res, and the energy and all products derived therefrom, including, but not limited to, the all cap name of CASSANDRA HARRIS, HARRIS, CASSANDRA and Cassandra Harris, or and variation/derivation thereof, and all signatures on all contracts and agreements predicated on the Straw Man described above as the debtor. 2) District of Columbia Driver Licence 9566869    3) Social Security Number ▓▓▓▓▓▓▓▓.

Security Agreement No.CH-012877-SA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

1447

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME: HARRIS, CASSANDRA in-corporated

OR

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY US

11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☑ fixture filing.

14. Description of real estate:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description:

All of debtor's assets, land and personal property, and all of debtor's interest in said assets, land, and personal property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, described fully in Security Agreement No.CH-012877-SA dated the Twenty-Eighth Day of the First Month in the Year of Our Lord one Thousand Nine-Hundred and Seventy-Seven. Inquiring parties may consult directly with debtor for ascertaining, in detail, the financial relationship and contractual obligations associated with this commercial transaction, identified in security agreement referenced above. Adjustment of this filing is in accord with UCC §§ 1-103, 1-104, AND House Joint Resolution 192 of June 5, 1933. Secured Party accepts Debtor's signature in accord with UCC §§ 1-201(39), 3-401.

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☑ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)