# GOVERNMENT EXHIBIT 22

Criminal Investigation Division                              May 15, 2002
941 North Capitol Street, N.E., Suite 3100
Washington, D.C.  20002

Cassandra Harris


Dear Ms. Harris:

In connection with an investigation of your income tax liability for the years 1999
and 2000, it is requested that you appear at the Office of Tax and Revenue
located at 941 North Capitol Street, N.E., Suite 3100, on Wednesday, May 29,
2002 at 10:00 a.m.  Please bring with you all records and documents to support
the information reported on your tax returns filed for the above-mentioned years.
If you have any questions concerning the appointment, please do not hesitate to
contact me at (202) 442-6880.

Sincerely,


Joseph E. Sadler
Special Agent
Criminal Investigation Division