# GOVERNMENT EXHIBIT 23

## NOTICE OF STATUS

I, Cassandra Harris, a living soul and inhabitant of the land in the District of Columbia, by the exercise of substantive and inherent rights, does hereby NOTICE the General Public and All Governmental, Administrative and Corporate Entities operating upon the Soil of Washington DC that Cassandra Harris is not a representative, in any manner, of a Legal Fiction.

## STATEMENT OF LAWFUL STATUS

Cassandra's proper Christian and Surname is Cassandra Harris, born live to Edgar and Beatrice Harris in the community of the District of Columbia.

Cassandra Harris is a woman and a living soul, a lawful woman under God's Law and an inhabitant of the land in Republic of the District of Columbia.

Cassandra Harris is a free woman, free to exercise the substantive and inherent rights God gave to his creation. Cassandra Harris does not waive or give up any God given, substantive, inherent rights at any time under any circumstance.

Cassandra Harris has taken an oath to God, to God's Law, and to Common Law and Self-Responsibility; Cassandra, by operation of religious conscience, cannot be subjected to woman's law where it does not coincide with God's Law.

## PRESUMPTION OF STATUS

There is a deception that is being perpetrated upon the public in general by certain entities. Said entities are operating in District of Columbia as well as the UNITED STATES, Administrative Agencies thereof, Political Subdivisions thereof, and other Corporate Entities (herein after "Entities") serving the goals thereof.

The deception is being perpetrated through lack of full disclosure of the true nature of the Entities and the lack of full disclosure regarding contracts or agreements with Entities.

The Entities are legal fictions and such can only deal with other legal fictions. The Entities are operating on the **presumption** that Cassandra Harris is a surety, representative or serves in some fiduciary capacity for a legal fiction.

This deception has been perpetrated to transfer or convert the natural people, of which Cassandra Harris is one, from operating under private, substantive, inherent rights to representing a Legal Fiction operating in commerce.

The deception is a fraud upon Cassandra Harris and all of the People. Bouvier's Law Dictionary, as a definition of fraud, states: "22 Fraud voids a contract [agreement]. Ab initio, both at law and in equity, whether the object be to deceive the public, or third persons. or one party endeavor thereby to cheat the other."

## DOCUMENTS CONSTITUTE FRAUD

All agreements, contracts or instruments of any kind (Documents) between Cassandra Harris and Entities which may have led to the presumption that Cassandra Harris is a fiduciary, surety, or representative of a legal fiction, constitute fraud to wit:

1. Documents constitute fraud as there can be no lawful agreement or contract between a legal fiction and one of the natural, living people.

2. Documents constitute fraud as they do not contain the signature of all parties to the contract.

3. Documents constitute fraud as there was no full disclosure made regarding the fact that by entering the agreements or contracts Cassandra Harris would be trading substantive, inherent rights for governmental, administrative or corporate issued privileges.

4. Documents constitute fraud as there was no full disclosure that by entering into said agreements or contracts Cassandra Harris would be signing as a representative or surety for a Legal Fiction, by which Cassandra Harris would be bound to compelled performance under the private statutes, rules, regulations, codes, procedures, by-laws, resolutions, ordinances and so forth of Entities.

5. Documents constitute fraud as there was no full disclosure that Entities are operating as commercial entities engaged in commercial enterprise for the purpose of generating a profit and regulating all phases of life of the private people, of which Cassandra Harris is one.

6. Documents constitute fraud as they were not entered into willfully or intentionally by Cassandra Harris with knowledge of the facts, due to the lack of full disclosure on the part of Entities.

7. Documents which constitutes fraud due to the lack of full disclosure include, but are not limited to, birth certificate, social security application, drivers license application, voter registration card, bank account, mortgage, other types of "loans" or other documents which may contribute to the presumption that a natural person is a fiduciary, surety or representative of a legal fiction.

## DOCUMENTS VOID AB INITIO

Cassandra Harris hereby gives notice of rescission of Cassandra Harris's signature from any and all Documents which have previously been used to create a presumption of Cassandra Harris being a surety or representative in any way for any legal fiction. Rescission is retroactive ab initio.

Aforementioned Documents are hereby declared **null and void ab initio** for fraud and lack of bona fide signature. Said Documents have no legal or lawful effect for Cassandra Harris nor do they create a legal encumbrance or obligation for Cassandra Harris in any capacity.

## SUMMARY

Cassandra Harris is not a citizen, resident, person or subject as defined in the laws of the UNITED STATES, the District of Columbia or any other corporate, governmental, or religious entity.

Cassandra Harris is not a party of the Constitution for the United States of America or any other Constitution; Therefore Cassandra Harris is not a citizen under the terms of the 14th amendment to the Constitution for the United States of America.

Cassandra Harris IS NOT a fiction at law, legal fiction, legally created person, legally created entity, corporation, trust or artificial entity of any kind, and is not a res of any constructive public trust or other trust created by any government, corporate or religious entity.

Cassandra Harris DOES NOT serve in the capacity of trustee, administrator, fiscal agent, surety, representative or in any other fiduciary capacity for any legal fiction.

Cassandra Harris takes exception to, does not consent to, and is not subject to "in rem" proceedings or actions in administrative commercial courts of governmental, corporate, or religious entities.

The use of any and all Bills of Credit in any form is done indebitatus non-assumpsit and without recourse, by the Law of Necessity, and does not validate the presumption that Cassandra Harris is a representative of legal fiction.

A federally assigned zip code, if used, without Cassandra Harris's permission and will in no way establish a presumption that Cassandra Harris is located in a federal zone, accepts a legal fiction designation, or accepts being a representative of a legal fiction. The use of such a number is done expressly at the decision of the sender and Cassandra Harris accepts no responsibility, obligation, or encumbrance for the sender's use of such a number.

Notice of the Agent is Notice of the Principal and Notice of the Principal is Notice to the Agent.

Any response to this Notice, to repudiate or refute, is required before the expiration of 30 days from the date of this notice. Silence, lack of response, or non-responsive answer will establish the veracity of declarations made in this notice, and will be taken as affirmation without dispute establishing the declarations made in this notice as fact and law.

Lawful response may be made to the following mailing location:

:Cassandra Harris



Cassandra Harris, a woman and living soul. Date:05/22/2002