# GOVERNMENT EXHIBIT 24

# DISTRICT OF COLUMBIA



941 North Capitol St, N.E. 5th Floor
Washington, D.C. 20002

Revenue Officer  J. SPICER
Telephone: (202) 202-7274 Ext. 3011

## Notice of Levy

To: NORTHWEST FEDERAL CREDIT UNION          Taxpayer: CASSANDRA HARRIS

At: P.O. BOX 1229                            SSN/BTN: [redacted]
    HERNDON, VA

The taxpayer named above owes the Government of the District of Columbia for taxes totaling $ __9,148.60__ . There is a lien for the amount owed. Notice and demand has been made of this taxpayer as provided by law, but the amount shown has not been paid.

Under authority of the District of Columbia code (applicable excerpts of which are on the reverse of this document), you are directed to turn over to the Office of Tax and Revenue all property now in your possession belonging to the taxpayer (such as money, unpaid wages, debts, and bank deposits), not to exceed the amount owed.

If you fail to follow this direction, the amount specified may be assessed against you personally and collected from you.

Dated at Washington, D. C. this __11__ day of __Septembe__, __2002__

By: _____   Revenue Officer  _____

Directions:
1. Please acknowledge receipt of this levy by signing below.
2. Return Part 1 to us in the envelope provided with your remittance or a statement you possess no property belonging to the taxpayer. Furnish the taxpayer's current address if different from the above.
3. Furnish Part to the taxpayer.
4. Retain Part 3 for your records.
5. If you have questions, contact me at the above address and telephone number.
   Thank you for your cooperation.

Received by __D. Vasquez__  Title __Collections Specialist__  Date __9-13-02__

Full amount enclosed ____    Partial amount enclosed __✓__  No money due taxpayer ____

0365

Form OTR-19 (Rev.3/98)        2. TAX PAYERS'S COPY