# GOVERNMENT EXHIBIT 25



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 30, 2006

Dennis Eshman, Esquire
1717 K Street NW
Suite 600
Washington, DC 20036

Re:   United States v. Cassandra Harris, Case No. 06-00129 (ESH)

Dear Mr. Eshman:

Pursuant to Federal Rule of Criminal Procedure 16, and our continuing obligations under Brady v. Maryland, 373 U.S. 83 (1973), please find enclosed the following documentary evidence:

1. Internal Revenue Service records relating to Cassandra Harris, Bates stamped 001-091, 0400-0419, 1158-1161.
2. District of Columbia Department of Taxation records relating to Cassandra Harris, Bates stamped 092-201 and 1162-1173.
3. Washington Mutual records relating to real estate purchase by Cassandra Harris, Bates stamped 202-239, 0484-0836.
3. Bank of America records relating to Cassandra Harris, Bates stamped 240-0362.
4. Northwest Federal Credit Union records relating to Cassandra Harris accounts, Bates stamped 0363-0399.
5. Equiserve records re: investments, Bates stamped 0424-0445.
6. CIA documents, Bates stamped 0446-0449, 0420-0423.
3. McDonald's Corporation records relating to stock, Bates stamped 0450-0483.
4. American Express/Costco records relating to Cassandra Harris, Bates stamped 0837-1157.

As we continue to receive documentary evidence, we will forward copies to you.[1] We plan to introduce many of these documents as business records pursuant to Fed. R. Evid. 902(11) and have included the custodian declarations with this discovery. In addition, please be advised that we expect to use at trial several summary charts, pursuant to Fed. R. Evid. 1006. We will insure that you have these charts in advance of trial and we will identify the underlying documents and their admissibility.

**Rule 16(a) Statements**: At this time the government is aware of a number of oral statements by your client which are contained in the enclosed scanned documents disc. Specifically, please refer to:

1. IRS notes, Bates stamped 1158-1161.
2. IRS Memorandums, Bates stamped 082–089.
3. District of Columbia Department of Taxation notes, Bates stamped 1162-1173.

Please note that this representation does not encompass any oral statements your client may have made to third parties–or any other statements not encompassed by the terms of Rule 16(a). The government reserves its full right to introduce any and all such statements in its case-in-chief and elsewhere in trial without advance notice.

**Expert Testimony**: The government may seek to qualify two experts pursuant to Fed. R. Evid. 702 to explain the calculations of Cassandra Harris' tax liability for the tax years 1999-2002.[2] Once the IRS and the DC Office of Tax and Revenue designate its employees, we will provide a CV and summary of the experts' testimony as required by the rule.

**FRE 404(b) Evidence**: At this time, the government does not anticipate the presentation of any FRE 404(b) evidence. However, if the government determines that there exists pertinent evidence admissible under 404(b), we will file formal notice with the Court at the appropriate time.

**Defendant's Prior Record**: At this time, we are not aware of any prior convictions by your client.

**Identification**: The government used no identification procedures in this investigation. Any witnesses who identified your client knew her from repeated personal contact.

**Brady Issues**: The government is unaware of any Brady material at this time.

---

[1] For example, the government has not yet received certified copies of IRS documents, including the transcripts of Ms. Harris' account.

[2] One expert would testify regarding your client's federal tax obligations, the other expert would testify regarding your client's District of Columbia tax obligations.

       A plea offer was extended to your client by letter dated February 27, 2006. Ms. Harris rejected that plea offer. Please advise us immediately if your client has any interest in resolving this matter short of trial. While we can no longer offer the same plea, we are willing to negotiate in good faith to minimize your client's exposure under the Federal Sentencing Guidelines.

       At this time, the government formally requests all defense discovery materials pursuant to Fed. R. Crim. P. 16(b) including, but not limited to, any and all documents or tangible evidence which you intend to use at trial, any expert testimony you intend to use at trial, and any tests or examinations performed on behalf of the defendant.

       Please contact us if you have any questions or need any additional information.

                        Sincerely,

                        KENNETH L. WAINSTEIN
                        UNITED STATES ATTORNEY

BY:     _____
                        SUSAN B. MENZER
                        DIANE G. LUCAS
                        Assistant United States Attorneys
                        (202) 514-6968
                        (202) 514-8097

Enclosures (as noted)