# GOVERNMENT EXHIBIT 26

U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 6, 2006

Dennis Eshman, Esquire
1717 K Street NW
Suite 600
Washington, DC 20036

Re:   United States v. Cassandra Harris, Case No. 06-00129 (ESH)

Dear Mr. Eshman:

Pursuant to Federal Rule of Criminal Procedure 16, and our continuing obligations under Brady v. Maryland, 373 U.S. 83 (1973), please find enclosed the following documentary evidence:

1. Internal Revenue Service records relating to Cassandra Harris, Bates stamped 1174-1269 and 1283-1522.
2. District of Columbia Department of Taxation records relating to Cassandra Harris, Bates stamped 1270-1282.

Again, the government formally requests all defense discovery materials pursuant to Fed. R. Crim. P. 16(b) including, but not limited to, any and all documents or tangible evidence which you intend to use at trial, any expert testimony you intend to use at trial, and any tests or examinations performed on behalf of the defendant.

Please contact us if you have any questions or need any additional information.

Sincerely,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

BY: *[signature]*
SUSAN B. MENZER
DIANE G. LUCAS
Assistant United States Attorneys
(202) 514-6968
(202) 514-8097

DGL/enc.