# GOVERNMENT EXHIBIT 27



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 28, 2006

**VIA FACSIMILE**

Dennis Eshman, Esquire
1717 K Street NW
Suite 600
Washington, DC 20036

Re:   <u>United States v. Cassandra Harris</u>, Case No. 06-00129 (ESH)

Dear Mr. Eshman:

Pursuant to our continuing obligations under Rule 16 of the Rules of Criminal Procedure, the government notifies you that it intends to call Internal Revenue Service employee Erin Edwards as a summary witness to compute defendant's federal tax due and owing for the prosecution years. Revenue Agent Edwards earned her bachelor of science degree in accounting from Boston University. She subsequently received a masters of science degree in taxation from Suffolk University. Agent Edwards has been employed by the IRS for 11 years, where she has examined several hundred income tax returns filed by individuals, corporations and partnerships and assisted in criminal investigation. She has testified as the summary and/or expert witness in <u>United States v. Sakiliba Mines and Charles Mines</u>, <u>United States v. Adel Iskander</u>, and <u>United States v. Uche Kamalu</u>. All three trials were conducted in the U.S. District Court for Maryland.

The government also intends to call District of Columbia Office Tax and Revenue employee David Baynes, a senior auditor in the Compliance Division of the Office of Tax and Revenue as a summary witness to calculate defendant's District of Columbia tax due and owing for the prosecution period. Mr. Baynes earned his bachelor of science degree in accounting from the University of Maryland in 1975. Mr. Baynes has worked at the Office of Tax and Revenue as an auditor since 1979. He is the fraud coordinator for that office. He has testified on behalf of the Office of Tax and Revenue on several occasions, most recently in 2003.

The government formally requests defense discovery materials pursuant to Fed. R. Crim.P. 16(e) including, but not limited to, any and all documents or tangible evidence which you intend to use at trial, any expert testimony you intend to use at trial, their qualifications, conclusions and the bases for their conclusions, and any tests or examinations performed on

behalf of the defendant.

Please contact us if you have any questions or concerns regarding this matter.

Sincerely,

Susan B. Menzer (202) 514-6968
Diane Lucas (202)514-8097
Assistant United State Attorneys