UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-124 (ESH) |
| v. | : | |
| CASSANDRA HARRIS, | : | |
| Defendant. | : | |

## ORDER

Upon consideration of defendant's Motions to Produce the Record of the Grand Jury Concurrence, Inspect the Grand Jury Minutes, for Disclosure of <u>Brady</u> Material, and Dismiss the Indictment. and the government's consolidated response,

It is _____ day of October, 2006, hereby ordered that defendant's Motions are **DENIED**.

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE