IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
    Plaintiff, )
)
v. )    CASE No.: 1:06-cr-00124-ESH
)
CASSANDRA HARRIS, )
    Defendant )

### ORDER ENLARGING THE TRAVEL RANGE OF THE DEFENDANT

This action was heard on the Defendant's motion to modify the terms and conditions of the Defendant's pre-trial release, and, therefore;

**IT IS ADJUDGED** that the Defendant shall be permitted to travel within a one hundred twenty-five mile radius of the District of Columbia, specifically to include the Orange Virginia, Charlottesville Virginia, and Salisbury Maryland communities.

DONE AND ORDERED, in Chambers, this the 25 day of September, 2006.

*Ellen S Huvelle*