UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Criminal No. 06-00124 (ESH) |
| ) | |
| CASSANDRA HARRIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons explained in the attached Memorandum Opinion, it is hereby

**ORDERED** that defendant's motions [#s 14, 15, 16, 17] are **DENIED**.

_____
ELLEN SEGAL HUVELLE
United States District Judge

October 6, 2006