UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Criminal No. 06-124 (ESH) |
| | : |
| **CASSANDRA HARRIS,** | : |
| | : |
| Defendant | : |

## GOVERNMENT'S PROPOSED VOIR DIRE

The United States of America, by and through its attorneys, respectfully request that the Court give the following additional voir dire as set forth below.

1. Have you, your family or your close friends had any dealings with the IRS? If so, what were those dealings?

    a. Do you feel that these dealings were properly resolved?

    b. Do you have any feelings of dissatisfaction because of those dealings?

2. Have any of you or your close relatives ever failed to timely file a federal income tax return when you, or your close relative, had enough income to require the filing of a tax return?

3. Have you, or your relatives or close friends, ever had a negative experience with the I.R.S. or with an I.R.S. agent?

    a. If so, how would that affect your ability to hear the evidence in this case?

4. Government agents or employees may testify in this case. Do you believe that the testimony of a government agent or employee is entitled to greater or lesser weight than any other witness?

5. Have any of you, or your relatives or close friends, ever been audited by the Internal

       Revenue Service?

          a.       Do you feel that these dealings were properly resolved?

          b.       Do you have any feelings of dissatisfaction because of those dealings?

6.       Have any of you, your relatives, or close friends ever been the subject of an Internal Revenue Service or other federal investigation?

          a.       Who was the subject of the investigation?

          b.       How long ago?

          c.       Was the matter resolved to your/their satisfaction?

          d.       Were you/they treated fairly and courteously by Government employees?

          e.       Do you hold any grudges against the Government, or against Government employees?

       To jurors who responded negatively to (c) or (d) above, or affirmatively to (e) above:

          f.       Would your feelings prevent you from listening to the Government's case fairly and impartially and rendering a verdict based solely on the evidence?

          g.       Could you give the Government a fair trial in this case just as you would give the defendant a fair trial?

7.       Do any of you hold strong personal or philosophical feelings about the tax system of the United States? If so, what are those feelings?

8.       Do any of you believe that the income tax laws of the United States are unconstitutional?

9.       Do any of you feel that it is wrong for the Government to impose income taxes?

10.     Do any of you have any disagreement with the idea that everyone is obligated to obey the income tax laws, as well as all other laws of this country?

11.     Do any of you feel that violations of income tax laws should not be prosecuted as crimes

by the United States?

12. Would the fact that the Internal Revenue Service is involved in this case influence your deliberations?

13. Are you, or a close relative or friend, a member of or affiliated with any group or organization, whether formal or informal, which is engaged in advocating reform of the tax system of the United States? For example: the Pilot Connection Society, the Association de Libertas, We the People, American Rights Litigators, Save-A-Patriot, the Christian Patriot Association, or the Montana Freeman. If yes:

   a. Which organization?

   b. Who is the member of the organization?

   c. What does the organization advocate?

   d. Do you support the organization's mission?

14. Have you, or a close relative or friend, ever attended any lecture, seminar, or discussion organized or attended by people who advocate reform of the United States' tax system or who resist the United States' tax laws?

   a. If so, who attended the seminar?

   b. If so, who sponsored the seminar?

15. Have any of you, your family members of close friends had any training in accounting or law?

   A. If so, who?

   B. What kind of training?

   C. Would that training affect your ability to follow the court's instructions on the law that should be applied in this case?

16.  Who among you have prepared your own income tax returns?

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

        _____
        Susan Menzer,
        Diane G. Lucas, D.C. Bar #443610
        Assistant United States Attorneys
        Fraud and Public Corruption Section
        555 4th Street NW, Fifth Floor
        Washington, DC 20530
        (202) 514-8097 (Lucas)
        (202) 514-6968 (Menzer)