UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-124 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **CASSANDRA HARRIS,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## GOVERNMENT'S STATEMENT OF THE CASE

The United States of America, by and through its attorneys, hereby submits this brief statement of the case for the Court to read to the jury during its preliminary instructions.

Defendant Cassandra Harris has been charged with four counts of income tax evasion in violation of 26 U.S.C. § 7201 and one count of First Degree Fraud, in violation of 22 D.C. Code § 3221(a) for the 1999 through 2002 tax years. In 1999, defendant Harris instructed her employer, the Central Intelligence Agency (the "CIA") to stop withholding both federal and D.C. income taxes from her pay. When it came time for defendant Harris to file her 1999 and 2000 Individual Income Tax Returns with the Internal Revenue Service, defendant Harris reported that she had zero income and owed no taxes. Attached to these returns, defendant Harris submitted affidavits in which she claimed that she was not required to file returns or pay income taxes. When her 2001 and 2002 Individual Income Tax Returns were due, defendant Harris simply failed to file.

Defendant Harris filed Individual Income Tax Returns with the District of Columbia for the tax years 1999 and 2000. On her 1999 Form D-40EZ, defendant Harris stated she had zero income and owed no taxes. On her 2000 Form D-40EZ, defendant Harris reported her income

from the CIA and calculated the resulting tax, but failed to pay. With both these returns, defendant Harris informed the District of Columbia that she was not required to pay taxes. For the tax years 2001 and 2002, defendant Harris failed to timely file D.C. income tax returns.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

        _____
        Susan Menzer D.C. Bar #421007
        Diane G. Lucas, D.C. Bar #443610
        Assistant United States Attorneys
        Fraud and Public Corruption Section
        555 4th Street NW, Fifth Floor
        Washington, DC 20530
        (202) 514-6968 (Menzer)
        (202) 514-8097 (Lucas