**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.  06-124 (ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **CASSANDRA HARRIS,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE**
**SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULE 902(11)**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, hereby gives notice that it intends to introduce evidence pursuant to

Fed. R. Evid. 902(11).

The Federal Rules of Evidence allow for business records to be admitted in evidence at

trial without a custodian of records testifying about their authenticity.  Fed. R. of Evid. 902(11),

which went into effect on December 1, 2000, reads as follows:

Rule 902. Self-authentication

　　　Extrinsic evidence of authenticity as a condition precedent to admissibility is not
required with respect to the following:

* * *

(11) Certified domestic records of regularly conducted activity. — The original or a
duplicate of a domestic record of regularly conducted activity that would be admissible
under Rule 803(6) if accompanied by a written declaration of its custodian or other
qualified person, in a manner complying with any Act of Congress or rule prescribed by
the Supreme Court pursuant to statutory authority, certifying that the record —

　　　(A) was made at or near the time of the occurrence of the matters set forth by, or
from information transmitted by, a person with knowledge of those matters;

1

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them.

Pursuant to Rule 902(11), the government hereby gives written notice of its intention to introduce evidence consisting of business records from the following entities:

American Express
Bank of America
District of Columbia Office of Tax & Revenue
Northwest Federal Credit Union
Washington Mutual Bank
Internal Revenue Service
United States Central Intelligence Agency

All of the business records the government seeks to introduce pursuant to this Rule have been designated and made available to the defendant during discovery.  The government has obtained the necessary declarations and will furnish those to defendant prior to trial.  By seeking to admit evidence pursuant to Rule 902(11), the government anticipates that this will decrease the total number of witnesses and otherwise shorten the length of the trial.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____

Susan Menzer D.C. Bar #421007
Diane G. Lucas, D.C. Bar #443610
Assistant United States Attorneys
Fraud and Public Corruption Section
555 4th Street NW, Fifth Floor
Washington, DC 20530
(202) 514-6968 (Menzer)
(202) 514-8097 (Lucas

3