IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>      Plaintiff,            )<br>            )<br>v.            )<br>            )<br>CASSANDRA HARRIS,            )<br>      Defendant            ) | CASE No.: 1:06-cr-00124-ESH |

**DEFENDANT'S PROPOSED QUESTIONS FOR JURY *VOIR DIRE***

The Defendant Cassandra Harris, by and through undersigned counsel, respectfully submits the following questions and reasonable follow-up questions of prospective jurors during the *voir dire* of the jury panel.

1. Will you accept the Court's instruction that the indictment is of no probative value and that it is not evidence of any wrongdoing by Ms. Harris?

2. Do you believe that it is the obligation of the prosecution to prove, beyond a reasonable doubt, each allegation that it has made in the indictment? Will you hold the prosecution to that standard?

3. Under our Constitution the government must prove its case beyond a reasonable doubt. Would you follow that instruction and find the defendant not guilty if you had a reasonable doubt as to her guilt?

4. Do you understand that Ms. Harris must be presumed to be innocent of the charges made against her and that, if after you hear all of the evidence in this case you are not satisfied that each element of the charged crime has been proven beyond a

reasonable doubt that it is you duty to find the defendant not guilty, even if you suspect or think that she may be guilty?

5. If the judge told you that a person charged with a crime is not required to testify and that you are required not to take into account and draw any conclusion from his or her failure to testify, would you accept and act upon those instructions?

6. Are you familiar with legal terms? Have you had any legal training?

7. Are you related to any person who works in the court system?

8. Are you related to any person who is a lawyer?

9. Are you related to any person who works in law enforcement?

10. Are you related to any person who works for the IRS, or who ever has worked for the IRS? In what capacity? What were your [that person's] assignments? Did your [his/her] duties include civil or criminal enforcement?

11. Have you ever been involved in a lawsuit or other legal action, either civil or criminal? Please describe (privately) the nature of the legal action.

12. Have you ever served on a jury? Please describe the nature of the case or cases. Was the case or were the cases civil or criminal? Did the jury reach a verdict? How did you feel about your experience as a juror?

13. Would it make any difference to you in considering the evidence if you liked or disliked the defendant or any of the lawyers in this case?

14. Would you give the testimony of a police officer or any other government agent more weight because of his or her position?

15. Do you believe that the attorney for Ms. Harris, the defendant in this case, should have to persuade you that she is not guilty?

2

16. In this case, the prosecution has brought an indictment that charges that Ms. Harris had concealed her assets. If the judge instructs you that you must acquit Ms. Harris, if you find that she acted in good faith -- that is, that she actually believed, and acted in accordance with that actual belief, that her conduct was allowable by law, -- will you accept and act upon such instructions and acquit the defendant?

17. In this case Ms. Harris is charged with "willfully" attempting to evade taxes. If the judge instructs you that you must acquit Ms. Harris if you find that she believed that she was not violating the law, even if her actions were not objectively reasonable, and even if you, yourself would not believe the same things Ms. Harris says she believed, would you accept those instructions and find Ms. Harris not guilty?

18. Will you accept the Court's instruction that the prosecution must prove beyond a reasonable doubt that Ms. Harris knowingly acted in a manner to violate the law, that is, knowing that she was in violation of the law, in order to find her guilty?

19. Can you accept the Court's instruction that even if Ms. Harris was wrong in her beliefs about the tax laws and regulations, and even if her actions were based upon negligence or mistakes, that you still must acquit her if you find that she honestly believed at the relevant time that his actions were lawful? If the judge so instructs you will you follow those instructions and find Ms. Harris  not guilty?

20. Often, it is said that ignorance of the law is no defense. In criminal tax cases, such as this one, that rule of thumb does not apply. Can you accept the Court's instruction that Ms. Harris is not presumed to know the law regarding taxes and that, in fact, in order to obtain a conviction in this case, the prosecution must prove beyond a reasonable doubt that the defendant knew and understood the law as the government sees it?

21. Do you understand that the presumption in this case is that Ms. Harris is innocent and that you can only convict her if the prosecution proves each essential charge beyond a reasonable doubt, including the charge that Ms. Harris knew the law and deliberately violated it? If the judge so instructs you and you find that Ms. Harris believed that her actions were lawful, even if they were not, will you acquit the defendant?

22. The Judge will define the word "willfully" to you at the close of evidence in her instructions. If the Court instructs you that willfulness in criminal tax cases means that the government must prove that the defendant knew of her duty under the tax statutes passed by Congress, and that Ms. Harris voluntarily and intentionally violated that duty, and you believe that the prosecution has not met its requirement, will you acquit the defendant?

23. At the close of the trial, after the evidence has been presented, the judge will read instructions to you. If the judge instructs you that you must acquit Ms. Harris unless the prosecutor has proven beyond a reasonable doubt that she willfully violated the law, will you follow those instructions and acquit the defendant if you have a reasonable doubt at to whether she acted "willfully?"

24. If the judge instructs you that if a defendant has relied in good faith upon decisions of the highest court, even if the judge tells you that the defendant may have misinterpreted those decisions, you must acquit the defendant, will you follow those instructions and find Ms. Harris not guilty?

25. Do you understand and can you agree that you must not convict Ms. Harris for the purpose of deterring others from committing crimes, or because you may believe that everyone should pay taxes?

26. Do you agree that you may not convict Ms. Harris for any reason other than that she has violated the law by willfully taking actions that she knew were in violation of the law?

27. Is there any matter not covered by questions asked of you that should be brought to the attention of the judge? Would you prefer to discuss that matter privately?

Respectfully Submitted,

January 11, 2007

s/ Mark Lane\_\_\_\_\_
MARK LANE
The Lane Law Firm
2523 Brunswick Rd
Charlottesville, Va. 22093

(434) 293-2349
Attorney for Cassandra Harris

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2007 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Susan Beth Menzer**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 514-6968
Fax: (202) 307-2304
Email: susan.menzer@usdoj.gov

**Diane G. Lucas**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 5921
Washington, DC 20530
(202) 514-8097
Fax: (202) 305-8537
Email: diane.lucas@usdoj.gov

Law Firm of Dennis Eshman, PLLC
1717 K St. NW
Suite 600
Washington, DC 20036
Phone: (202) 332-1244
Fax: (703) 339-8783
Email:**eshmanlaw@cox.net**

                                                    S/  Mark Lane