IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|       Plaintiff,            ) | |
|                   ) | |
|       v.            ) | CASE No.:  1:06-cr-00124-ESH |
|                   ) | |
| CASSANDRA HARRIS,            ) | |
|       Defendant            ) | |

**DEFENDANT'S MOTION TO DISMISS
DUE TO PROSECUTORIAL MISCONDUCT**

    The defendant Cassandra Harris, by and through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 12(b)(2) and Rule 52(b), respectfully moves this Court for an entry of an Order dismissing the case against Cassandra Harris, the defendant in this matter due to egregious prosecutorial misconduct following an order of this court constraining defendant and counsel to meet with the prosecutors.  In support of defendant's dispositive motion the defendant submits the following Memorandum attached hereto, and a Declaration of Ms. Sue Herndon, also attached hereto.

Respectfully Submitted,

January 13, 2007


  s/ Mark Lane
  MARK LANE
  The Lane Law Firm
  2523 Brunswick Rd
  Charlottesville, Va. 22093
  (434) 293-2349
  Attorney for Cassandra Harris

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2007 I electronically filed the foregoing Motion to Dismiss, with accompanying Memorandum and Declaration of Sue Herndon, with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Susan Beth Menzer**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 514-6968
Fax: (202) 307-2304
Email: *susan.menzer@usdoj.gov*

**Diane G. Lucas**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 5921
Washington, DC 20530
(202) 514-8097
Fax: (202) 305-8537
Email: *diane.lucas@usdoj.gov*

Law Firm of Dennis Eshman, PLLC
1717 K St. NW
Suite 600
Washington, DC 20036
Phone: (202) 332-1244
Fax: (703) 339-8783
Email:**eshmanlaw@cox.net**

                                                      S/  Mark Lane