IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|         Plaintiff,         ) | |
|         ) | |
| v.         ) | CASE No.:  1:06-cr-00124-ESH |
|         ) | |
| CASSANDRA HARRIS,         ) | |
|         Defendant         ) | |

**DECLARATION OF SUE HERNDON**

I, Sue Herndon, make this declaration pursuant to the penalties of perjury. The statements below are made based upon my own knowledge of the circumstances and are not offered upon information and belief.

1. I am an adult residing in the city of Charlottesville, Virginia.

2. I have been associated with the Lane Law Firm with offices in Virginia.

3. On, December 11, 2006, I accompanied Mark Lane, Esq., when he met with Ms. Menzer, Ms. Lucas and two representatives of the Distict of Columbia.

4. The meeting took place in the cafeteria in the courthouse.

5. At that meeting, Ms. Menzer, who appeared to be conducting the meeting, was very firmly instructing Mr. Lane that he should accept a plea for his client, Ms. Harris.

6. Mr. Lane stated that his client was the person who would make that decision.

7. Ms. Menzer stated that Ms. Harris had no defense to the charges.

8. Mr. Lane stated that Ms. Harris had read three books, copies of which Ms. Menzer possessed, and that based upon her study of those volumes she actually had a good faith belief that she was not required to pay taxes.

9. Ms. Menzer, very clearly and emphatically stated that Ms. Harris had admitted to her when she questioned her, that she had never even read those three volumes.

10. Ms. Menzer stated that since the defendant had not even read the books she had no defense.

11. At that meeting, and just after that meeting, I took notes about what had transpired at the meeting.

12. There is absolutely no doubt that Ms. Menzer, in attempting to convince Mr. Lane that he should accept the plea agreement that she had offered, stated without any equivocation that she had questioned the defendant about the basis of her good faith belief and that the defendant had admitted to Ms. Menzer that she had never read any of the three books that she claimed she had relied upon.

I make this declaration under penalty of perjury.


s/Sue Herndon
_____

SUE HERNDON
2422 Jefferson Park Avenue
Charlottesville, VA

January 13, 2007