IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|     Plaintiff,     ) | |
|     ) | |
|     v.     ) | CASE No.:  1:06-cr-00124-ESH |
|     ) | |
| CASSANDRA HARRIS,     ) | |
|     Defendant     ) | |

**ORDER DISMISSING THIS CASE**

This matter was heard on the defendant's motion to dismiss, and; **IT IS ADJUDGED** that this matter is dismissed, with prejudice.

DONE AND ORDERED, this the ___ day of January, 2007.

_____

Hon. Ellen Segal Huvelle
United States District Court Judge