# GOVERNMENT EXHIBIT 2



# The Lane Law Firm

2523 Brunswick Road   Charlottesville, VA 22903
Tel [434] 293-2349          Fax [434] 293-9013

Mark Lane
mlane777@cs.com

Patricia E. Lane
plane888@cs.com

December 22, 2006

**VIA E-mail**
**and US Mail**

Susan Beth Menzer, Esq.
US Attorney's Office
555 Fourth Street, NW
Washington, DC  20530
susan.menzer@usdoj.gov

*Re:  US v Harris*

Dear Ms. Menzer:

I made numerous assertions as to fact in my long letter to you. I requested that "[i]f there are any assertions as to facts in this letter with which you disagree please inform me in writing as soon as possible." Your answer that, "we disagree with your factual allegations" is not responsive. Clearly, you are not stating that you did not state to me in the presence of numerous witnesses that Ms. Harris admitted to you that she had not read the books in question. I am prepared to offer sworn statements to the court that you made such a statement to me.

You are obligated to respond specifically to my inquiry or risk the consequences of your refusal to do so.

I know that you are prohibited from using statements made during plea negotiations. You apparently seek to qualify that rule by stating only that you do not intend to use the statement "in our case-in-chief." You do not assert that you will not use that information while cross-examining Ms. Harris.

In either event your misconduct is serious and has compromised the ability of Ms. Harris to receive a fair trial. I am bound by ethical considerations regarding the matter of calling Ms. Harris as a witness in this case; that results from your deliberate misconduct and your violation of the direction from the court.

Ethical considerations require that you respond specifically to the questions posed in my letter to you dated December 21, 2006.

Very truly yours,

Mark Lane

cc:     John Roth, Chief
        Fraud and Public Corruption Section
        John.roth@usdoj.gov