# GOVERNMENT EXHIBIT 3

U.S. Department of Justice



Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 22, 2006

**VIA FACSIMILE (434)293-9013**

Mark Lane, Esquire
The Lane Law Firm
2523 Brunswick Road
Charlottesville, Virginia 22903

      Re:    United States v. Cassandra Harris (Cr. 06-124 (ESH))

Dear Mr. Lane:

    We are in receipt of your letter dated December 21, 2006. First, we disagree with your factual allegations. Second, pursuant to Federal Rules of Evidence 410, we do not intend to use any statements made during the course of plea negotiations in our case-in-chief.

                                      Sincerely,

                                      Susan B. Menzer
                                      Diane G. Lucas
                                      Assistant United States Attorneys

cc:    John Roth, Chief
        Fraud and Public Corruption Section