# GOVERNMENT EXHIBIT 4

**Lucas, Diane (USADC)**

From: MLane777@cs.com
Sent: Sunday, December 10, 2006 12:36 PM
To: Menzer, Susan (USADC); Lucas, Diane (USADC)
Subject: US v Cassandra Harris

Ms. Menzer and Ms. Lucas:

    As you know, I was on trial in the US District Court on Friday when you called my office. I had hoped that you could leave a telephone number so that I could return that call yesterday (Saturday) or today. I think it is important that we talk before we appear before the Court for a status call. I do appreciate your reaching out to me for such a talk.

    I will drive from my office to D.C., early Monday morning. I would very much appreciate it if either of you could call me on my cell phone ▇▇▇▇▇▇ or ▇▇▇▇▇▇ at any time after 7:00AM on Monday to discuss the case or to arrange to meet on Monday morning between 9:00 AM or 9:30 AM, depending on the traffic. If I do not hear from you I will call you at about 9:00 AM. I will call you Ms. Menzer at [202] 514-6968 or you, Ms. Lucas at [202] 514-8097.

    Thank you.

Mark Lane

12/11/2006