# GOVERNMENT EXHIBIT 5



# The Lane Law Firm

2523 Brunswick Road   Charlottesville, VA 22903
Tel [434] 293-2349           Fax [434] 293-9013

Mark Lane
mlane777@cs.com

Patricia E. Lane
plane888@cs.com

December 18, 2006

VIA E-mail
and US Mail

Susan Beth Menzer, Esq.
US Attorney's Office
555 Fourth Street, NW
Washington, DC  20530
susan.menzer@usdoj.gov

Re: US v Harris

Dear Ms. Menzer:

I have been trying to work out an agreement.

I think it is important that the agreement does not preclude me from asking the court to consider a sentence below that suggested by the guidelines. The decision, of course, will be made by the court, not by me.

I only wish to <u>be able</u> to make a request.

Sincerely,

Mark Lane