# GOVERNMENT EXHIBIT 6

**Lucas, Diane (USADC)**

| | |
|---|---|
| **From:** | Menzer, Susan (USADC) |
| **Sent:** | Tuesday, December 19, 2006 5:36 PM |
| **To:** | MLane777@cs.com |
| **Cc:** | Lucas, Diane (USADC) |
| **Subject:** | RE: attached letter |

Mr. Lane - Diane and I ran your question by our Chief. We have a few questions. First, is Ms. Harris going to enter a guilty plea to the tax evasion charge? If so, will she be able to allocute to the facts? Second, what basis will you be seeking a departure? We all would like to see an early disposition of this case. We do not believe it would be in Ms. Harris' interests to go to trial. Thanks, Susan

---

**From:** MLane777@cs.com [mailto:MLane777@cs.com]
**Sent:** Tuesday, December 19, 2006 9:52 AM
**To:** Menzer, Susan (USADC)
**Subject:** attached letter

Dear Ms. Menzer:

    Please read the attached letter.

Thank you,
Mark Lane