**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No.  06-124 (ESH)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **CASSANDRA HARRIS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

**GOVERNMENT'S MEMORANDUM REGARDING ADMISSIBILITY**
**OF CERTAIN GOVERNMENT EXHIBITS**

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, hereby provides the Court with the following memorandum of law regarding the

admissibility of certain government exhibits.

The government intends to move the admission of certain exhibits before the presentation

of the government's first witness.  These exhibits are outlined below by category.

1. **Business Records to which the Government has a Declaration**

Fed. R. of Evid. 902(11) allows for business records to be admitted in evidence at trial

without a custodian of records testifying about their authenticity.[1]  The government has

declarations for the above-listed business records.  The government understands that the defense

does not object.  The government intends to move the following exhibits into evidence pursuant

_____

[1]Fed. R. of Evid. 902(11) allows exhibits which are: "Certified domestic records of regularly conducted activity. — The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under Rule 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record - (A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (B) was kept in the course of the regularly conducted activity; and (C) was made by the regularly conducted activity as a regular practice."

to such business record declarations:

| Business Records' exhibit numbers | Declaration exhibit number |
|---|---|
| 1 through 7 | D-1 |
| 64 | D-2 |
| 65 | D-3 |
| 66 | D-4 |
| 67 | D-5 |

2. **Self-Authenticating Documents from Government Agencies**

Self-authenticating documents are covered by Federal Rule of Evidence 902.  Under Fed. R. Evid. 902(1), a document containing the seal of the U.S. government or any state, territory or district thereof is considered self-authenticating.  The government intends to move the following exhibits into evidence as certified public records from the following government agencies:

| Public Records' exhibit numbers | Government Agency |
|---|---|
| 8 through 33, 60 through 63 | Internal Revenue Service |
| 34 through 59 | DC Office of Tax and Revenue |

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
Susan Menzer D.C. Bar #421007
Diane G. Lucas, D.C. Bar #443610
Assistant United States Attorneys
Fraud and Public Corruption Section
555 4th Street NW, Fifth Floor
Washington, DC 20530