UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-124 (ESH) |
| v. | : | |
| CASSANDRA HARRIS, | : | FILED |
| Defendant. | : | JAN 1 8 2007 |

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

After having duly considered the Defendant's Motion to Dismiss Due to Prosecutorial Misconduct and the Government's Opposition, it is HEREBY ORDERED that Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
ELLEN SEGAL HUVELLE,
District Judge

1/18/07