UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

CASSANDRA HARRIS,
Defendant.

Cr. No. 06-124 (ESH)

VIOLATION:
TITLE 26 U.S.C. § 7201 (Tax Evasion)

### STATEMENT OF FACTS

Since approximately 1977, defendant Cassandra Harris has been employed in the Human Resource Department of the Central Intelligence Agency ("CIA"). For the calendar years 1998 through and including 2002, Ms. Harris self-prepared her U.S. Individual Income Tax Returns (Form 1040) and her District of Columbia tax return (Form D-40), reporting the District of Columbia as her residence.[1]

On March 8, 1999, Ms. Harris signed and submitted to the Internal Revenue Service ("IRS") an individual income tax return in which she reported that she earned $59,846 in wage income from the CIA and owed the United States $5,699 in total taxes. Ms. Harris claimed a tax credit for the 1998 tax year in the amount of $2,871 pursuant to the District of Columbia's First-Time Home Buyer Credit. As a result, she requested a refund of $3,382.

Shortly after receiving Ms. Harris' 1998 individual income tax return, the IRS sent Ms. Harris a letter, requesting more information regarding the claimed tax credit. She did not respond. The IRS sent the letter again, seeking information in support of the claimed tax credit.

---

[1] Ms. Harris told agents that she self-prepared her Federal Income tax returns at home.

1

Ms. Harris responded to the letter by supplying her home telephone number. She did not, however, produce the requested information to the IRS.

Sometime in 1999,[2] Ms. Harris signed and submitted a Withholding Certificate (Form W-4) to the CIA, falsely claiming that she was exempt from withholdings from her wages. Specifically, Ms. Harris wrote "EXEMPT" on the W-4 Form and certified under penalties of perjury that,

> I claim exemption from withholding for 1999, and I certify that I meet **BOTH** of the following conditions for exemption:
> - Last year I had a right to a refund of **ALL** Federal income tax withheld because I had **NO** tax liability **AND**
> - This year I expect a refund of **ALL** federal income tax withheld because I expect to have **NO** tax liability.

As a result, the CIA stopped withholding any federal income taxes from her wages.[3] Likewise, Ms. Harris requested that the CIA stop withholding taxes for the District of Columbia.

On April 26, 2000, Ms. Harris signed and submitted to the IRS a 1999 individual tax return falsely claiming that she had no income and owed no taxes for 1999. She requested a refund in the amount of $1,917.58 -- the amount that had been withheld from her CIA wages before the CIA honored her request to cease tax withholding. Ms. Harris, however, knew that she earned $70,608 in income for 1999 and was not entitled to this refund.[4] On April 25, 2000, Ms. Harris signed and submitted to the District of Columbia an individual tax return for 1999

---

[2] The W-4 Form is dated January 15, 1999.

[3] The W-4 Form was not changed until 2003 and therefore was in effect for the 1999-2002 tax years.

[4] On June 24, 2004, Ms. Harris filed an amended tax return for 1999, showing income of $70,608.

2

claiming "0" wages for 1999. Ms. Harris, in fact, owed the District of Columbia $5,886 in taxes for 1999.

Similarily, on April 16, 2001, Ms. Harris signed and submitted to the IRS an individual tax return falsely claiming that she had no income and owed no taxes during 2000. Ms. Harris submitted a four page affidavit as an attachment to her return in which she stated that she was not liable for income taxes. Specifically, Ms. Harris made various constitutional challenges to the internal revenue laws which have been previously claimed by others and consistently rejected by the courts. For example, Ms. Harris denied earning wages or qualifying as an employee subject to withholding. She directed the IRS to prosecute her employer for fraud for illegally issuing wage and tax statements against her. Yet, Ms. Harris well knew and believed that she had earned $74,824 in wages from the CIA and owed approximately $13,703 in federal income taxes. On April 16, 2001, Ms. Harris signed and submitted to the District of Columbia an individual tax return for 2000, claiming $74,824 in wages and showing a tax liability of $6,140. Ms. Harris, did not, however, submit a payment of those taxes with her District of Columbia return, but filed a statement indicating that she was not subject to income taxes.

Beginning in the Fall 2000, the IRS attempted to contact Ms. Harris on numerous occasions through the mail and by telephone, requesting an appointment with her concerning her taxes. Ms. Harris failed to respond to these requests. Instead, she contacted the Advocates Office in February 2001, complaining that the IRS agents were violating her rights. Moreover, in July 2001, Ms. Harris sent an affidavit to the IRS reiterating her claims that she was exempt from paying income taxes under the law. Specifically, she wrote:

> [p]lease be advised that your notice of delinquent (so called) income taxes is

illegal and unconstitutional. Framers of the Constitution included not one but two limitations in the Constitution that forbid the government to impose any direct taxes upon individuals or upon any property. All direct taxes are required to be 'apportioned' which means that they must be laid upon the state government in proportion to each state's population. This rule also applies to the District govt although denied the rights of statehood by the federal government but given the responsibility of statehood through the granting of limited Home Rule.

Ms. Harris continued to send correspondence of a similar nature to the IRS.

In April 2003, Ms. Harris recorded a UCC Financing Statement listing Ms. Harris as a corporation with tax identification number as a debtor. The creditor is Ms. Harris in her individual capacity. In August 2003, after the IRS notified Ms. Harris that an official tax assessment had been made against her, she sent a blank "bond" to the IRS claiming it would satisfy any debt. She indicated that her tax debt could be satisfied by negotiation of the "bond" at a Puerto Rican Bank.

In the meantime, Ms. Harris knowingly failed to timely file with the IRS individual tax returns for the calendar years 2001 and 2002. Because she had instructed the CIA to stop withholding income taxes from her wages, Ms. Harris failed to pay the United States approximately $16,183 and $14,456 in taxes that she knew she owed for the 2001 and 2002 calendar years, respectively.[5] Likewise, Ms. Harris failed to timely file individual tax returns to the District of Columbia for 2001 and 2002.[6]

---

[5]   Ms. Harris' income for 2001 and 2002 were $85,502 and $81,088 repectively.

[6]   On June 7, 2005, Ms. Harris filed a 2001 individual tax return for the District of Columbia, claiming $85502 in wages and a tax liability of $6,011. The District of Columbia government calculated the tax liability for this year as $6,848. Also in 2005, Ms. Harris submitted to the District of Columbia a 2002 individual tax return stating her wages were $81,088 and tax liability to the District of Columbia was $5601. No payments were submitted

4

In May 2004, IRS agents from the criminal investigation division attempted to contact Ms. Harris at her home. No one answered the door. Shortly thereafter, on May 25, 2004, Ms. Harris signed and filed U.S. Individual Income tax returns for the calendar years 2001 and 2002, in which she correctly reported her income. Although she calculated the corresponding tax due and owing as $16,183 and $14,456, she made no payments. The following month, in June 2004, Ms. Harris signed and filed amended U.S. individual income tax returns for the calendar years 1999 and 2000, in which she correctly reported her income. Again, she correctly calculated the resulting tax due and owing as $12,704 and $13,703, respectively, but failed to make any payments with the filing of these returns.

In total, Ms. Harris' outstanding federal tax liability for the calendar years 1999 through and including 2002 is $56,749.

_____
Cassandra Harris
Defendant

_____
Susan Menzer
Assistant United States Attorney

_____
Mark Lane, Esquire
Counsel for Defendant

Dated: 1/18/07