

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

_____

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

January 18, 2007

Mark Lane, Esq.
2523 Brunswick Road
Charlottesville, VA 22093

**FILED**

JAN 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:   Cassandra Harris No. 06-124

Dear Mr. Mark Lane:

This letter sets forth the full and complete plea offer to your client, Cassandra Harris. This offer is binding only upon the Criminal Division of the United States Attorney's Office for the District of Columbia. Upon receipt, the executed letter will itself become the plea agreement. The terms of the offer are as follows:

1. **Charges:** Ms. Harris agrees to waive Indictment and to plead guilty to ~~a one~~ count III of the Indictment ~~information~~ charging a violation of Title 26, United States Code, Section 7201 (Tax Evasion) for the tax year 2001. It is understood that the guilty plea will be based on a factual admission of guilt to the offense charged to be made before the Court by Ms. Harris and will be entered in accordance with Rule 11 of the Federal Rules of Criminal Procedure. Ms. Harris agrees that the attached "Statement of the Offense" fairly and accurately describes Ms. Harris' actions and involvement in the filing of false income tax returns with the Internal Revenue Service for the tax years 1999 through and including 2002. It is anticipated that during the Rule 11 plea hearing, Ms. Harris will adopt and sign the Statement of the Offense as a written proffer of evidence.

2. **Potential penalties, assessments, and restitution:** Ms. Harris understands that the maximum sentence that can be imposed for violating Title 26, United States Code, Section 7201 is 5 years imprisonment, a fine of $250,000, or a fine of twice the pecuniary gain or loss pursuant to 18 U.S.C. § 3571(d), a $100 special assessment, a 1 year term of supervised release, an order of restitution *in the amount of $56,749*, ~~and an obligation to pay any applicable interest or penalties on fines or restitution not timely made~~. Notwithstanding the maximum sentence for the federal charge, Ms. Harris understands that the sentence to be imposed in this case will be determined in accordance with the guidelines and policies promulgated by the United States Sentencing Guidelines

Page 1

Commission, Guidelines Manual (2002) (hereinafter "Sentencing Guidelines"). Ms. Harris understands that this sentence, including the applicable sentencing guideline range, will be determined solely by the Court, and the government cannot and does not make any promises, representations or predictions regarding what sentence the Court will impose. Ms. Harris further understands that if the Court imposes a sentence greater than that provided in the Sentencing Guidelines range as determined by the Court, or which is in any other way unsatisfactory to her, she cannot withdraw her guilty plea. This does not, however, limit Ms. Harris' right to appeal an unlawful sentence.

    3. **Federal Sentencing Guidelines**: The parties agree that the following Guideline Sections apply to the federal charge:

    (a) Base Offense Level: U.S.S.G. § 2T4.1 is the guideline for the offense of Tax Evasion, in violation of 26 U.S.C. § 7201. The total tax loss to the federal government for the tax years 1999 through 2002 is $56,749. The Tax Table at § 2T4.1 reflects that the base offense level is 14.

    (b) Specific Offense Characteristics: none applicable.

    (c) Acceptance Of Responsibility: Because the defendant has demonstrated acceptance of responsibility for her offense, a two-level reduction is appropriate, pursuant to U.S.S.G. § 3E1.1(b).

    TOTAL =12

Your client agrees not to seek any decreases in your client's base offense level other than those which are agreed to by the government in this paragraph. In the event that this plea offer is either not accepted or is accepted and subsequently withdrawn, the parties will not be bound by the proposed interpretations of applicable Sentencing Guidelines provisions contained herein.

    4. **Financial Arrangements**: Ms. Harris agrees that prior to or at the time of the sentencing, she will deliver to the Clerk's Office, United States District Court, a certified check in the amount of $100, to cover the $100 special assessment, as required in Title 18, United States Code, Section 3013. Ms. Harris also agrees to provide a full and complete accounting of all assets, real or tangible, held by her or in any other name for her benefit, and, to that end, to submit a standard form 500 (Financial Statement of Debtor). Ms. Harris further agrees to fully cooperate with the Internal Revenue Service and the District of Columbia's Office of Tax and Revenue and to pay any taxes due and owing, including interest and penalties, to both the federal and local authorities.

    5. **Reservation of Allocution**: The United States reserves its full right of allocution for purposes of sentencing and post-sentencing in this matter, including the right to set forth at sentencing and any proceeding(s) before the Bureau of Prisons all of its evidence with respect to the Ms. Harris' criminal activities. In addition, Ms. Harris acknowledges that the Government is not obligated and does not intend to file any downward departure sentencing motion under

Section 5K1.1 of the Sentencing Guidelines or any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

6. The United States reserves the right to inform the presentence report writer and the Court of any relevant facts, to dispute any factual inaccuracies in the presentence report and to contest any matters not provided for in this plea agreement.

7. If, in this plea agreement, the Government has agreed to recommend or refrain from recommending to the sentencing judge a particular resolution of any sentencing issue, the Government reserves the right to full allocution in any post-sentence litigation in order to defend the sentencing judge's ultimate decision on such issues.

8. **Government Concessions**: In exchange for her guilty plea, the government agrees to not to oppose Ms. Harris' release pending sentencing and Ms. Harris' voluntary surrender to commence serving any sentence which is imposed, provided that Ms. Harris continues to show her acceptance of responsibility by: (a) cooperating with the presentence report writer (including answering all material questions truthfully and providing all financial information requested); (b) cooperating fully and truthfully with the Court in any proceeding arising from this matter; (c) complying with the other provisions of this agreement; and (d) abiding by the conditions set for her release by the Court. Also, subject to other paragraphs in this agreement, the United States will dismiss the ~~not bring any~~ additional criminal charges against Ms. Harris in the United States District Court for the District of Columbia or the Superior Court of the District of Columbia for the conduct outlined in the attached Statement of Offense. This agreement not to prosecute Ms. Harris does not extend to federal or local crimes of violence as those terms are defined in 18 U.S.C. §16 and D.C. § 23-1331(4). It is understood that the United States has no evidence, as of the date of this agreement, of any crimes of violence involving Ms. Harris.

9. **Court is not bound**: Ms. Harris understands that the Court is not obligated to follow any recommendation of the government at the time of sentencing and that the final decision regarding her bond status or detention will be made by the Court at the time of her plea of guilty. The Court's decision in these regards are not grounds for withdrawal from this agreement.

10. **Breach of Agreement**: Ms. Harris agrees that if she fails to comply with any of the provisions of this plea agreement, makes false or misleading statements before the Court, commits any further crimes, or attempts to withdraw the plea, the United States will have the right to characterize such conduct as a breach of this plea agreement. In the event of such a breach, (a) the United States will be free from its obligations under the agreement and may take whatever position it believes appropriate as to the sentence and the conditions of Ms. Harris' release (for example, should your client commit any conduct after the date of this agreement that would form the basis for an increase in your client's offense level or justify an upward departure - examples of which include but are not limited to, obstruction of justice, failure to appear for a court proceeding, criminal conduct while pending sentencing, and false statements to law enforcement agents, the probation officer or Court - the Government is free under this agreement to seek an increase in the offense level based on that post-agreement conduct); (b) Ms. Harris will not have the right to withdraw the guilty plea; (c) Ms. Harris shall be fully subject to

criminal prosecution for any other crimes which she has committed or might commit, if any, including perjury and obstruction of justice; and (d) the United States will be free to use against Ms. Harris, directly and indirectly, in any criminal or civil proceeding any of the information or materials provided by her pursuant to this agreement.

11. **USAO's Criminal Division Bound**: Ms. Harris understands that this agreement is binding only upon the Criminal Division of the United States Attorney's Office for the District of Columbia. This agreement does not bind the Civil Division of this Office, any other United States Attorney's Office, nor does it bind any other state, local, or federal prosecutor. It also does not bar or compromise any civil or administrative tax or other administrative claim pending or that may be made against Ms. Harris.

12. **Complete Agreement**: No other agreements, promises, understandings or representations have been made by the parties or their counsel than those contained in writing herein, nor will any such agreements, promises, understandings, or representations be made unless committed to writing and signed by Ms. Harris, Ms. Harris' counsel and an Assistant United States Attorney for the District of Columbia.

If the foregoing terms and conditions are satisfactory, Ms. Harris may indicate her assent by signing the agreement in the space indicated below and returning the original to me once it has been signed by Ms. Harris and her counsel.

Sincerely yours,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By:

SUSAN B. MENZER
DIANE LUCAS
Assistant United States Attorneys

    I have read this plea agreement and have discussed it with my attorney, Mark Lane, Esquire. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

    I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 1/18/07

Cassandra Harris
Defendant

    I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely sets forth the entire plea agreement. I concur in my client's desire to plead guilty as set forth in this agreement.

Date: January 18, 2007

Mark Lane, Esquire
Attorney for the Defendant