# GOVERNMENT EXHIBIT 1

Case 1:06-cr-00124-ESH    Document 38-2    Filed 04/24/2007    Page 1 of 2

## United States vs. Cassandra Harris
## Federal Tax Computation

| | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| **Income:** | | | | |
| CIA Salary | $ 70,608.00 | $ 74,824.00 | $ 85,502.00 | $ 81,088.00 |
| Northwest Federal Credit Union - Interest | $ 75.05 | $ 97.37 | $ 63.43 | $ 38.13 |
| prior year DC Tax Refund | $ 739.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Income | $ 71,422.05 | $ 74,921.37 | $ 85,565.43 | $ 81,126.13 |
| **Less:** | | | | |
| Itemized Deduction | $ 10,915.00 | $ 10,280.00 | $ 10,129.00 | $ 10,347.00 |
| Personal Exemption | $ 2,750.00 | $ 2,800.00 | $ 2,900.00 | $ 3,000.00 |
| Taxable Income | $ 57,757.05 | $ 61,841.37 | $ 72,536.43 | $ 67,779.13 |
| Tax | $ 12,830.00 | $ 13,899.00 | $ 16,772.00 | $ 14,648.00 |
| Method of Tax Computation | (Tax Rate) | (Tax Rate) | (Tax Rate) | (Tax Rate) |
| **Less:** | | | | |
| Rate Reduction Credit | $ 0.00 | $ 0.00 | $ 300.00 | $ 0.00 |
| Withholdings | $ 1,917.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Final Tax Due & Owing** | $ 10,913.00 | $ 13,899.00 | $ 16,472.00 | $ 14,648.00 |