# GOVERNMENT EXHIBIT 2

## United States vs. Cassandra Harris
### Computation of District of Columbia Individual Income Tax Liability

| | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|
| **Income:** | | | | |
| CIA Salary | $ 70,608.00 | $ 74,824.00 | $ 85,502.00 | $ 81,088.00 |
| Northwest Federal Credit Union - Interest | $ 75.05 | $ 97.37 | $ 63.43 | $ 38.13 |
| Total Income | $ 70,683.05 | $ 74,921.37 | $ 85,565.43 | $ 81,126.37 |
| **Less:** | | | | |
| Itemized Deduction | $ 10,276.00 | $ 10,280.00 | $ 10,129.00 | $ 10,347.00 |
| Personal Exemption (Single) | $ 1,370.00 | $ 1,370.00 | $ 1,370.00 | $ 1,370.00 |
| Taxable Income | $ 59,037.05 | $ 63,271.37 | $ 74,066.43 | $ 69,409.37 |
| **Less:** | | | | |
| Taxable Income Per Return | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Corrected Taxable Income | $ 59,037.05 | $ 63,271.37 | $ 74,066.43 | $ 69,409.37 |
| Tax Due Per Tax Tables | $ 5,107.00 | $ 5,361.00 | $ 6,099.00 | $ 5,667.00 |
| **Less:** | | | | |
| Payments and Credits | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Remaining Tax Due** | **$ 5,107.00** | **$ 5,361.00** | **$ 6,099.00** | **$ 5,667.00** |