HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-124</u> |
| --- | --- | --- |
| vs. | : | SSN: |
| HARRIS, Cassandra | : | Disclosure Date: <u>March 22, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                        _____
Prosecuting Attorney                                                                   Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
(X)   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 4-26-07                         _____ 4/12/07
Defendant                       Date                              Defense Counsel                Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 5, 2007</u>, to U.S. Probation Officer <u>Tennille Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
        United States Probation Officer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) DOCKET NO.: CR-06-124 (ESH)
)
CASSANDRA HARRIS )
)

RESPONSE TO PRESENTENCE
INVESTIGATION REPORT

Prepared for: Tennille Losch
United States Probation Officer
Fax: (202) 273-0242

On April 12, 2007, while I was in New Mexico regarding another matter pending before the United States District Court, I was informed by Ms. Tennille Losch, United States Probation Officer, that a response was required that day to the Presentencing Investigation Report. I had not had an opportunity to meet with my client, Ms. Cassandra Harris, before that time and so I informed Ms. Losch in writing that I would return from New Mexico and meet with Ms. Harris the following day, April 13, 2007. I further stated that Ms. Harris might have material/factual inaccuracies to report.

During the evening of April 13, 2007, I met with Ms. Harris and reviewed the Presentence Report line by line with her. Today, the first business day after that meeting, I am responding in writing on behalf of Ms. Harris and myself, to the statements in the Presentence Investigative Report. Pursuant to the applicable Local Rule, I am sending this report to Ms. Losch and pursuant to another Local Rule, I am providing counsel for the government with a copy of this report simultaneously.

On page 3, paragraph 1, it is asserted that the defendant was indicted on January 22, 2007. In fact, the indictment took place during 2006, and the correct date of the indictment should be substituted in the report for the date January 22, 2007.

In the report the assertion is made that the "total tax loss to the federal government for the tax years 1999 – 2002 is $56,749." In fact, there is no outstanding tax

1

obligation for the year 1999. During July, 2006, Ms. Harris refinanced the modest home that she owns in order to make payments to the District of Columbia and to the United States Government for taxes due. At that time she was employed by the Central Intelligence Agency and her income was sufficient for her to pay off the mortgage. However, her employment was terminated by the United States Government just after she pleaded guilty in the case, and her income was reduced to approximately one quarter of what it had been.

The tax liability for 1999 was $23,426.60 including penalties and interest. On July 5, 2006 the title company, Regal Title Company, LLC, drafted a check in the amount of $23,426 payable to the United States Treasury. Ms. Harris personally hand delivered that check to the offices of the IRS in Washington, DC, thereby satisfying in full her tax obligation to the United States government for the year 1999.

In addition, pursuant to a notice from the Office of Tax and Revenue for the District of Columbia stating that she owed a sum in excess of $40,000 for her District of Columbia taxes for the years 1999, 2000, 2001, 2002 and 2003, Ms. Harris obtained a check payable to the DC Treasurer from the Regal Title Company, LLC in the amount of $40,753.60. Ms. Harris hand delivered that check to the DC Office of Tax and Revenue during July 2006.

Copies of both of those checks with documentation of proof of delivery by the agencies is being provided with this report.

Under the circumstances the assertion that there is a tax liability for the year 1999 should be eliminated from the report and the federal government should recalculate the amount due since the total of $56,749 appears to be inaccurate when the sum of $23,426.60 is considered.

On page 5, paragraph 16, it is asserted that the IRS attempted to contact Ms. Harris and that Ms. Harris "failed to respond to these requests." In fact, Ms. Harris was contacted by Ms. Karen Glawe, a revenue officer, on or about February 2001 and a meeting was scheduled with Ms. Glawe. That meeting took place in Ms. Glawe's office on North Capitol Street.

In addition, on October 13, 2003, Ms. Harris met with Mr. Greenstein, IRS revenue officer, in his Landover office. Mr. Greenstein stated that after reviewing the records that he was satisfied that Ms. Harris had arranged for taxes to be withheld, that she had changed her approach, and that taxes were being withheld at that time. Ms. Harris told Mr. Greenstein at that time that she was going to follow his advice, refile her tax forms as amendments, and send them to the IRS. During one period, Mr. Ford visited her home and left a card on several occasions while she was not home. At that time Ms. Harris's mother was ill and she was caring for her. She did call Mr. Ford and she did feel that she was being harassed by Mr. Ford.

<u>On page 6 paragraph 18</u>, reference is made to the fact that Ms. Harris failed to timely file individual tax returns for the District of Columbia for 2001 and 2002. However, for the Presentence Report to be complete it should disclose that on July 19, 2006, Ms. Harris paid to the DC treasurer a sum in excess of $40,000 to satisfy all DC income tax claims against her for the years ending 1999, 2000, 2001, 2002 and 2003.

<u>On page 6, following paragraph 18 and prior to paragraph 19</u>, it should be disclosed that Ms. Harris met with Mr. Greenstein on October 13, 2003, in an effort to arrange to file income tax returns for all outstanding years. Mr. Greenstein advised her that after she filed her amended returns the IRS would set up a payment schedule for her.

<u>On page 6, paragraph 19</u>, the report states that while Ms. Harris correctly reported her income and correctly calculated the resulting tax due for the year 1999 she "failed to make any payments with the filing of these returns." In fact, as we have seen, Ms. Harris did subsequently pay in full the sum due for the year 1999 in addition to paying almost 100% in excess of the tax to cover penalties and interest.

<u>Page 6 paragraph 20</u>: The report states that Ms. Harris has an outstanding tax liability for the year 1999 through the year 2002. That statement is inaccurate since Ms. Harris has satisfied her tax liability obligations for 1999 including the penalties and interest that were assessed.

<u>Page 6 paragraph 21</u>: The sum of $56,749 is again cited as is the assertion that the government will seek restitution in that amount. That sum apparently includes tax liability for the year 1999.

<u>Page 7 paragraph 26</u>: The Base Offense Level according to the report is 14. It is possible that a recalculation of tax liability may lower that level.

<u>Page 8 paragraph 41</u>: It is asserted that Ms. Harris turned in her passport. In fact, while Ms. Harris was and is willing to do so, she was told that she need not surrender her passport.

<u>Page 9, paragraph 42</u>: The report refers to five character letters. We submit seven letters, including two that had not been previously sent to Ms. Losch.

<u>Page 10, paragraph 52</u>: The report refers to "Dr. Lane Brewer, who is the Pastor at the Church." Dr. Brewer's first name is Lee, not Lane.

The seven character letters submitted herewith are from Pastor James E. Jordan, Jr.; Ms. Denise Harris; Ms. Jana Roberts, a finance officer at the CIA who worked together in the same office with Ms. Harris for some years; Lisa M. Gardner, who is employed by the CIA as the Information Technology supervisor, and who has known Ms. Harris for more than 15 years; Mrs. Beatrice Harris; Ms. Rosa Mann; and Ms. Ethel F. Parker, a co-worker with Ms. Harris at the CIA for more than a decade.

3

       I am not sending a copy of this report to the court and will see no reason to do so if the appropriate modifications are made.

Respectfully Submitted,


Mark Lane
DC Bar Number 445988
2523 Brunswick Road
Charlottesville, VA  22903

Report Date: April 16, 2007

Enclosures:
    Three (3) tax documents
    Seven (7) character letters

cc: Susan Menzer
555 4th Street, NW
Washington, DC  20001
Fax: (202) 307-2304